UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GARY KOOPMAN, TIMOTHY KIDD and VICTOR PIRNIK, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>FIAT CHRYSLER AUTOMOBILES N.V., SERGIO MARCHIONNE, RICHARD K. PALMER, and SCOTT KUNSELMAN,<br><br>      Defendants. | No. 15 Civ. 7199 (JMF) |

**DEFENDANTS' NOTICE OF MOTION TO**
**DISMISS THE FIRST AMENDED COMPLAINT**

  PLEASE TAKE NOTICE that upon (i) Defendants' Memorandum In Support of Their Motion To Dismiss the First Amended Complaint; (ii) the attached Declaration of William B. Monahan, dated March 7, 2016, and the exhibits attached thereto; and (iii) all prior pleadings and proceedings had herein, Defendants Fiat Chrysler Automobiles N.V., Sergio Marchionne, Richard K. Palmer and Scott Kunselman will move this Court, before the Honorable Jesse M. Furman, United States District Judge, in Courtroom 1105, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, on a date and time designated by this Court, for an Order pursuant to Rule 12(b) of the Federal Rules of Civil Procedure dismissing the First Amended Complaint (Docket No. 28) with prejudice.

Dated: March 7, 2016
    New York, New York

-2-

                Respectfully submitted,

                <u>   /s/ Robert J. Giuffra, Jr.      </u>
                Robert J. Giuffra, Jr.
                William B. Monahan
                Victoria A. Coyle
                SULLIVAN & CROMWELL LLP
                125 Broad Street
                New York, New York  10004-2468
                Telephone:  (212) 558-4000
                Facsimile:  (212) 558-3588

                *Counsel for Defendants*