UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GARY KOOPMAN, TIMOTHY KIDD and VICTOR PIRNIK, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　　　　v.<br><br>FIAT CHRYSLER AUTOMOBILES N.V., SERGIO MARCHIONNE, RICHARD K. PALMER, and SCOTT KUNSELMAN,<br><br>　　　　　　　　　　Defendants. | No. 15 Civ. 7199 (JMF) |

**DECLARATION OF WILLIAM B. MONAHAN IN SUPPORT OF
<u>DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT</u>**

I, William B. Monahan, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a partner at the law firm of Sullivan & Cromwell LLP, counsel for Defendants Fiat Chrysler Automobiles N.V. ("FCA"), Sergio Marchionne, Richard K. Palmer and Scott Kunselman (collectively, "Defendants") in the above-captioned action.

2. I submit this Declaration to provide the Court with certain materials cited in Defendants' Memorandum in Support of Their Motion to Dismiss the Second Amended Complaint.

3. Attached hereto as <u>Exhibit 1</u> is a true and correct copy of the Second Amended Complaint in this action (Docket No. 38).

4. Attached hereto as <u>Exhibit 2</u> is an Appendix containing true and correct excerpts from various filings made by FCA with the Securities and Exchange Commission ("SEC").

5. Annexed hereto as Exhibit 3 is a true and correct copy of excerpts from International Accounting Standard 37, "Provisions, Contingent Liabilities and Contingent Assets."

6. Annexed hereto as Exhibit 4 is a true and correct copy of excerpts from FCA's filing with the SEC on Form 20-F, dated March 5, 2015.

7. Annexed hereto as Exhibit 5 is a true and correct copy of excerpts from FCA's filing with the SEC on Form F-1/A, dated November 13, 2014.

8. Annexed hereto as Exhibit 6 is a true and correct copy of a letter from the National Highway Traffic Safety Administration ("NHTSA") to FCA US LLC ("FCA US"), dated October 29, 2014, concerning a recall involving vehicles installed with airbags manufactured by third-party airbag manufacturer, Takata Corp.

9. Annexed hereto as Exhibit 7 is a true and correct copy of a letter from NHTSA to FCA US, dated November 25, 2014, concerning a recall involving vehicles installed with airbags manufactured by third-party airbag manufacturer, Takata Corp.

10. Annexed hereto as Exhibit 8 is a true and correct copy of a letter from NHTSA to FCA US, dated February 26, 2015, concerning a recall involving a transmission issue affecting a single vehicle model's ability to shift into "Park."

11. Annexed hereto as Exhibit 9 is a true and correct copy of a press release issued by NHTSA on May 18, 2015 announcing an inquiry and public hearing regarding FCA US's compliance with certain U.S. regulations.

12. Annexed hereto as Exhibit 10 is a true and correct copy of a press release issued by FCA US on May 19, 2015 concerning NHTSA's inquiry.

13. Annexed hereto as <u>Exhibit 11</u> is a true and correct copy of the Consent Order between FCA US and NHTSA, dated July 24, 2015.

14. Annexed hereto as <u>Exhibit 12</u> is a true and correct copy of excerpts from FCA's filing with the SEC on Form 6-K, dated November 6, 2015.

15. Annexed hereto as <u>Exhibit 13</u> is a true and correct copy of the Amendment to the July 24, 2015 Consent Order, dated December 8, 2015.

16. Annexed hereto as <u>Exhibit 14</u> is a true and correct copy of excerpts from FCA's filing with the SEC on Form 10-K, dated March 6, 2012.

17. Annexed hereto as <u>Exhibit 15</u> is a true and correct copy of excerpts from FCA's filing with the SEC on Form 10-K, dated March 7, 2013.

18. Annexed hereto as <u>Exhibit 16</u> is a true and correct copy of excerpts from FCA's filing with the SEC on Form 10-K, dated March 4, 2015.

19. Annexed hereto as <u>Exhibit 17</u> is a true and correct copy of excerpts from FCA's filing with the SEC on Form 20-F, dated February 29, 2016.

20. Annexed hereto as <u>Exhibit 18</u> is a true and correct copy of the transcript of FCA's October 28, 2015 earnings call for the third quarter of 2015.

21. Annexed hereto as <u>Exhibit 19</u> is a true and correct copy of a press release issued by FCA US on July 27, 2015 concerning the July 24, 2015 Consent Order.

22. Annexed hereto as <u>Exhibit 20</u> is a true and correct copy of a letter from NHTSA to FCA US, dated June 18, 2015, concerning a recall involving tire failures.

23. Annexed hereto as <u>Exhibit 21</u> is a true and correct copy of a letter from Chrysler Group to NHTSA, dated June 18, 2013, concerning a recall involving the location of fuel tanks.

24. Annexed hereto as <u>Exhibit 22</u> is a true and correct copy of a letter from Chrysler Group to NHTSA, dated June 18, 2013, concerning a recall involving the location of fuel tanks.

25. Annexed hereto as <u>Exhibit 23</u> is a true and correct copy of the transcript of FCA's July 30, 2015 earnings call for the second quarter of 2015.

26. Annexed hereto as <u>Exhibit 24</u> is a true and correct copy of the transcript of FCA's January 28, 2015 earnings call for the fourth quarter of 2014.

27. Annexed hereto as <u>Exhibit 25</u> is a true and correct copy of excerpts from FCA's filing with the SEC on Form 6-K, dated January 28, 2015.

28. Annexed hereto as <u>Exhibit 26</u> is a true and correct copy of an analyst report issued by European Securities Network on May 19, 2015.

29. Annexed hereto as <u>Exhibit 27</u> is a true and correct copy of an analyst report issued by Morningstar on October 29, 2015.

30. Annexed hereto as <u>Exhibit 28</u> is a true and correct copy of an analyst report issued by Bernstein on July 20, 2015.

31. Annexed hereto as <u>Exhibit 29</u> is a true and correct copy of an analyst report issued by Exane BNP Paribas on July 28, 2015.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of April 2016 in New York, New York.

/s/ William B. Monahan
William B. Monahan