# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

June 24, 2016

Via ECF

The Honorable Jesse M. Furman,
   United States District Judge
      United States District Court for the Southern District of New York,
         Thurgood Marshall United States Courthouse,
            40 Foley Square,
               New York, NY 10007.

          Re:   *Pirnik* v. *Fiat Chrysler Automobiles N.V. et al.*,
                  No. 15 Civ. 7199 (JMF)

Dear Judge Furman:

        On behalf of Defendants Fiat Chrysler Automobiles N.V., Sergio Marchionne, Richard K. Palmer and Scott Kunselman, I write in accordance with Rule 3(G) of the Court's Individual Rules to request oral argument on Defendants' fully submitted motion to dismiss Plaintiffs' Second Amended Complaint (Docket No. 38).

                                  Respectfully submitted,

                                    Robert J. Giuffra, Jr.

cc:    All counsel of record (via ECF)