UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GARY KOOPMANN, TIMOTHY KIDD and VICTOR PIRNIK, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiffs,<br><br>            v.<br><br>FIAT CHRYSLER AUTOMOBILES N.V., SERGIO MARCHIONNE, RICHARD K. PALMER, and SCOTT KUNSELMAN,<br><br>            Defendants. | No. 15 Civ. 7199 (JMF) |

**DEFENDANTS' NOTICE OF MOTION TO DISMISS
THE EMISSIONS-RELATED CLAIMS FROM THE THIRD AMENDED COMPLAINT**

      PLEASE TAKE NOTICE that upon (i) the Memorandum In Support of Defendants' Motion To Dismiss the Emissions-Related Claims from the Third Amended Complaint; (ii) the Declaration of Joshua S. Levy, dated March 22, 2017, and the exhibits attached thereto; and (iii) all prior pleadings and proceedings had herein, Defendants Fiat Chrysler Automobiles N.V., Sergio Marchionne, Richard K. Palmer and Scott Kunselman will move this Court, before the Honorable Jesse M. Furman, United States District Judge, in Courtroom 1105, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, on a date and time designated by this Court, for an Order pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure dismissing with prejudice the emissions claims from the Third Amended Complaint (ECF No. 69), and for such other and further relief as the Court deems appropriate.

Dated: March 22, 2017
       New York, New York

-2-

Respectfully submitted,

   /s/ Robert J. Giuffra, Jr.
Robert J. Giuffra, Jr.
William B. Monahan
Joshua S. Levy
Anil K. Vassanji
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004-2468
Telephone:  (212) 558-4000
Facsimile:  (212) 558-3588

*Counsel for Defendants*