**BUSINESS NEWS** | Tue Sep 22, 2015 | 9:58am EDT

# Fiat Chrysler U.S. says its cars do not use any defeat devices



A new Fiat Chrysler Automobiles sign is pictured after being unveiled at Chrysler Group World Headquarters in Auburn Hills, Michigan May 6, 2014. REUTERS/Rebecca Cook

   

The U.S. unit of Fiat Chrysler Automobiles said on Tuesday its vehicles do not use any defeat devices like those at the centre of an emissions scandal plaguing rival Volkswagen.

Shares in Volkswagen, Europe's biggest carmaker, plunged on Monday and Tuesday after it admitted using software that deceived U.S. regulators measuring toxic emissions in some of its diesel cars.

"FCA U.S. does not use 'defeat devices'," Fiat Chrysler said in an emailed statement, adding that it was working closely with the U.S. Environmental Protection Agency and the California Air Resources Board to "ensure its vehicles are compliant with all applicable requirements".

(This story has been refiled to remove superfluous word in paragraph 3)

(Reporting by Agnieszka Flak)