UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| GARY KOOPMANN, TIMOTHY KIDD and VICTOR PIRNIK, Individually and on Behalf of All Others Similarly Situated, | : : : : : : | Civ. Action No: 15-cv-07199-JMF |
| Plaintiff(s), | : : : | **CLASS ACTION** |
| v. | : : : : | |
| FIAT CHRYSLER AUTOMOBILES N.V., FCA US, LLC, SERGIO MARCHIONNE, RICHARD K. PALMER, SCOTT KUNSELMAN, MICHAEL DAHL, STEVE MAZURE and ROBERT E. LEE | : : : : : : : | |
| Defendants. | : : | |

**DECLARATION OF MICHAEL J. WERNKE**

I, Michael J. Wernke, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1.      I am a partner of the law firm of Pomerantz LLP, appointed by the Court as Lead Counsel in this action. I am personally involved in the representation of Lead Plaintiffs and the putative class, and submit this declaration in opposition to Defendants' Motion To Dismiss The Emissions-Related Claims From The Fourth Amended Complaint.  I have personal knowledge of the matters set forth herein.

2.      Attached hereto as Exhibit 1 is a true and correct copy of the LexisNexis transcript of Fiat Chrysler's Automobiles NV, July 27, 2017 Q2 2017 Earnings Call.

3.      Attached hereto as Exhibit 2 is a true and correct copy of the Thompson Reuters transcript of Fiat Chrysler's Automobiles NV, July 27, 2017 Q2 2017 Earnings Call.


I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of September 2017, in New York, NY.


                                                            */s/ Michael J. Wernke*
                                                            Michael J. Wernke