December 5, 2017

**VIA ECF**

The Honorable Jesse M. Furman
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

*Re: Koopmann et al. v. Fiat Chrysler Automobiles N.V. et al.*, **1:15-cv-07199-JMF (S.D.N.Y.)**

Dear Judge Furman:

We represent Lead Plaintiffs Gary Koopmann, Timothy Kidd and Plaintiff Victor Pirnik ("Plaintiffs") in the above-captioned Action. We write pursuant Paragraph 1.A of Your Honor's Individual Rules to bring to the Court's attention a recent development relevant to this Action.

As the Court is aware, on November 27, 2017, Defendants "tagged" this Action to the Multidistrict Litigation ("MDL") pending before Judge Chen in the Northern District of California. *In Re: Chrysler-Dodge-Jeep Ecodiesel Marketing, Sales Practices and Products Liability Litigation,* MDL 2777 (ECF. 128). Yesterday afternoon, we received notice from the Judicial Panel on Multidistrict Litigation ("JPMDL") that "The Clerk of the Panel has determined the listed actions(s) is not appropriate for inclusion in this MDL." *Id.* at (ECF. 129) (Text only entry). As a result, this Action will remain separate from the MDL unless Defendants choose to move for a transfer of this Action pursuant to JPMDL Rule 7.1(b)(i).

Respectfully submitted,

*/s/Jeremy A. Lieberman*
Jeremy A. Lieberman
Michael J. Wernke
Veronica V. Montenegro
POMERANTZ LLP
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665

Patrick V. Dahlstrom
POMERANTZ LLP
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184            `

*/s/ Laurence M. Rosen*
Laurence M. Rosen
Phillip Kim

Sara Fuks
THE ROSEN LAW FIRM, P.A.
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827

*Co-Lead Counsel for Plaintiffs*


cc:     All counsel (by ECF)