UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GARY KOOPMANN, TIMOTHY KIDD and VICTOR PIRNIK, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　　　　　Plaintiffs,<br><br>　　　　　　　v.<br><br>FIAT CHRYSLER AUTOMOBILES N.V., FCA US LLC, SERGIO MARCHIONNE, RICHARD K. PALMER, SCOTT KUNSELMAN, MICHAEL DAHL, STEVE MAZURE and ROBERT E. LEE,<br><br>　　　　　　　　　　　　　　Defendants. | Civ. Action No: 15-cv-07199-JMF |

## NOTICE OF MOTION FOR CLASS CERTIFICATION

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of their Motion for Class Certification, dated December 21, 2017, the accompanying Declaration of Jeremy A. Lieberman, dated December 21, 2017, and the exhibits attached thereto, and all prior papers and proceedings herein, Lead Plaintiffs Gary Koopmann and Timothy Kidd and Plaintiff Victor Pirnik, through their undersigned attorneys, will move this Court, before the Honorable Jesse M. Furman, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, on a date and a time designated by the Court, for an Order: (1) certifying this action pursuant to Rule 23(a) and Rule 23(b)(3) as a class action and certifying the Class defined herein; (2) appointing Gary Koopmann, Timothy

Kidd and Victor Pirnik as Class Representatives and (3) appointing Pomerantz LLP and The Rosen Law Firm P.A. as Counsel for the Class.

Dated: December 21, 2017                                Respectfully submitted,

                                                        **POMERANTZ LLP**

                                                        */s/ Jeremy A. Lieberman*
                                                        Jeremy A. Lieberman
                                                        Michael J. Wernke
                                                        Veronica V. Montenegro
                                                        J. Alexander Hood II
                                                        Marc Gorrie
                                                        600 Third Avenue, 20th Floor
                                                        New York, New York 10016
                                                        Telephone: (212) 661-1100
                                                        Facsimile: (212) 661-8665
                                                        Email: jalieberman@pomlaw.com
                                                        ahood@pomlaw.com
                                                        mgorrie@pomlaw.com


                                                        **POMERANTZ LLP**
                                                        Patrick V. Dahlstrom
                                                        10 South La Salle Street, Suite 3505
                                                        Chicago, Illinois 60603
                                                        Telephone: (312) 377-1181
                                                        Facsimile: (312) 377-1184
                                                        Email: pdahlstrom@pomlaw.com

                                                        **THE ROSEN LAW FIRM, P.A.**
                                                        Laurence M. Rosen
                                                        Phillip Kim
                                                        Sara Fuks
                                                        275 Madison Avenue, 34th Floor
                                                        New York, New York 10016
                                                        Telephone: (212) 686-1060
                                                        Fax: (212) 202-3827
                                                        Email: lrosen@rosenlegal.com
                                                        Email: pkim@rosenlegal.com
                                                        Email: sfuks@rosenlegal.com


                                                        *Co-Lead Counsel for Plaintiffs*