December 22, 2017

**VIA ECF**

The Honorable Jesse M. Furman
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

***Re:  Koopmann et al. v. Fiat Chrysler Automobiles N.V. et al.,*** **1:15-cv-07199-JMF (S.D.N.Y.)**

Dear Judge Furman:

We represent Lead Plaintiffs Gary Koopmann, Timothy Kidd and Plaintiff Victor Pirnik ("Plaintiffs") in the above-captioned Action.  We write pursuant Section 23.5 of Electronic Case Filing Rules & Instructions to inform the Court that a technical failure with the ECF system prevented us from timely filing certain documents related to Plaintiffs' motion for class certification by the deadline of December 21, 2017.  While we were able to file Plaintiffs' Notice Of Motion For Class Certification (ECF No. 148) and Plaintiffs' Memorandum In Support Of Motion For Class Certification (ECF No. 149), certain exhibits attached to the supporting Declaration Of Jeremy A. Lieberman were unable to be accepted by the ECF system. We are currently working with the ECF help desk to resolve the issue and will file the documents as soon as possible.

Plaintiffs did provide copies of all the documents in support of class certification, including the declaration and exhibits, to Defendants on December 21, 2017.


Respectfully submitted,

*/s/Jeremy A. Lieberman*
Jeremy A. Lieberman
Michael J. Wernke
Veronica V. Montenegro
POMERANTZ LLP
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665

Patrick V. Dahlstrom
POMERANTZ LLP
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone:  (312) 377-1181
Facsimile:  (312) 377-1184                    `

*/s/ Laurence M. Rosen*

1

Laurence M. Rosen
Phillip Kim
Sara Fuks
THE ROSEN LAW FIRM, P.A.
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone:  (212) 686-1060
Facsimile:  (212) 202-3827

*Co-Lead Counsel for Plaintiffs*


cc:     All counsel (by ECF)