### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GARY KOOPMANN, TIMOTHY KIDD and VICTOR PIRNIK, Individually and on Behalf of All Others Similarly Situated, | No. 15 Civ. 7199 (JMF) |
| Plaintiffs, | |
| v. | |
| FIAT CHRYSLER AUTOMOBILES N.V., FCA US LLC, SERGIO MARCHIONNE, SCOTT KUNSELMAN, MICHAEL DAHL, STEVE MAZURE, and ROBERT E. LEE, | |
| Defendants. | |

### DECLARATION OF JOSHUA S. LEVY IN OPPOSITION
### TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

I, Joshua S. Levy, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am a member of the bar of this Court and am associated with the law firm of Sullivan & Cromwell LLP, counsel for Defendants in the above-captioned action.

2.      I respectfully submit this Declaration to provide the Court with certain materials cited in Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for Class Certification.

3.      Attached hereto as Exhibit 1 is a true and correct copy of the Expert Report of Paul A. Gompers, Ph.D., dated February 13, 2018.

4.      Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the transcript of the deposition of Zachary Nye, Ph.D., dated February 2, 2018.

5.      Attached hereto as <u>Exhibit 3</u> is a true and correct copy of a press release issued by the National Highway Traffic Safety Administration ("NHTSA") titled *U.S. DOT Announces Fiat Chrysler Public Hearing and Issues Special Order*, dated May 18, 2015, bearing production numbers FCA-PIRNIK-000993751 to FCA-PIRNIK-000993752.

6.      Attached hereto as <u>Exhibit 4</u> is a true and correct copy of a *Wall Street Journal* article titled *Regulators Step Up Pressure on Chrysler Over Recalls*, dated May 18, 2015, which is also available at https://www.wsj.com/articles/regulators-probing-fiat-chrysler-recall-performance-1431971186.

7.      Attached hereto as <u>Exhibit 5</u> is a true and correct copy of a *New York Times* article titled *Regulators to Hold Hearing on Fiat Chrysler Safety Response*, dated May 18, 2015, which is also available at https://nyti.ms/1dfLM9w.

8.      Attached hereto as <u>Exhibit 6</u> is a true and correct copy of a *USA Today* article titled *Feds order Fiat Chrysler to defend pace of 20 recalls*, dated May 18, 2015, which is also available at https://www.usatoday.com/story/money/cars/2015/05/18/nhtsa-fiat-chrysler-fca-dot-recall-repairs-hearling/27535245/.

9.      Attached hereto as <u>Exhibit 7</u> is a true and correct copy of excerpts of the transcript of a public hearing held by NHTSA titled *Public Hearing to Determine Whether Fiat Chrysler Has Reasonably Met Its Obligations to Remedy Recalled Vehicles and To Notify NHTSA, Owners, and Purchasers of Recalls*, dated July 2, 2015, which is also available at https://www.autosafety.org/wp-content/uploads/2015/07/Transcript-FCA-Hearing-2.pdf.

10.     Attached hereto as <u>Exhibit 8</u> is a true and correct copy of a *New York Times* article titled *Fiat Chrysler Accused of Neglect in 23 Recalls*, dated July 2, 2015, which is also available at https://www.nytimes.com/2015/07/03/business/fiat-chrysler-accused-of-neglect-in-23-recalls.html.

11.     Attached hereto as <u>Exhibit 9</u> is a true and correct copy of an analyst report by *Morningstar Equity Research* titled *FCA May Face NHTSA Fines for Dilatory Recall Practices; EUR 20 Fair Value Estimate Unchanged*, dated July 7, 2015.

12.     Attached hereto as <u>Exhibit 10</u> is a true and correct copy of a *Detroit News* article titled *Feds not done probing Fiat Chrysler's recall efforts*, dated July 21, 2015, which is also available at http://www.detroitnews.com/story/business/autos/chrysler/2015/07/21/feds-done-probing-fiat-chryslers-recall-efforts/30437677/.

13.     Attached hereto as <u>Exhibit 11</u> is a true and correct copy of an *IHS Global Insight* article titled *US safety regulator likely to impose penalties on FCA over recall handling*, dated July 3, 2015.

14.     Attached hereto as <u>Exhibit 12</u> is a true and correct copy of *Detroit News* article titled *US plans to penalize Fiat Chrysler over delayed recalls*, dated July 2, 2015, which is also available at http://www.detroitnews.com/story/business/autos/chrysler/2015/07/02/fiat-chrysler-nhtsa-hearing/29620337/.

15.     Attached hereto as <u>Exhibit 13</u> is a true and correct copy of the Consent Order between FCA US LLC ("FCA US") and NHTSA, dated July 24, 2015.

16.     Attached hereto as <u>Exhibit 14</u> is a true and correct copy of a press release issued by FCA US titled *FCA US Announces Kunselman Retirement*, dated October 27, 2015, which is also available at http://media.fcanorthamerica.com/print.do?id=17071.

17.    Attached hereto as Exhibit 15 is a true and correct copy of an *IHS Global Insight* article titled *FCA's senior quality executive to retire, company recalls Ram and Cherokee*, dated October 28, 2015.

18.    Attached hereto as Exhibit 16 is a true and correct copy of a *Wall Street Journal* article titled *Fiat Chrysler Safety Chief to Retire*, dated October 27, 2015, which is also available at https://www.wsj.com/articles/fiat-chrysler-safety-chief-to-retire-1445961406.

19.    Attached hereto as Exhibit 17 is a true and correct copy of a *St. Louis Post-Dispatch* article titled *Fiat Chrysler to pay $70 million fine to U.S. government*, dated December 10, 2015, which is also available at http://www.stltoday.com/business/local/fiat-chrysler-to-pay-million-fine-to-u-s-government/article_dad6265d-1402-5ea5-a921-c8c7fd7564ee.html.

20.    Attached hereto as Exhibit 18 is a true and correct copy of a *Washington Post* article titled *Fiat Chrysler hit with $70 million federal fine for safety reporting failures*, dated December 10, 2015, which is also available at https://www.washingtonpost.com/local/trafficandcommuting/fiat-chrysler-hit-with-70-million-federal-fine-for-safety-reporting-failures/2015/12/10/0eb1864c-9f55-11e5-a3c5-c77f2cc5a43c_story.html?utm_term=.f7acf8087a4b.

21.    Attached hereto as Exhibit 19 is a true and correct copy of a *Wall Street Journal* article titled *U.S. Fines Fiat Chrysler $70 Million for Safety-Reporting Lapses*, dated December 10, 2015, which is also available at  https://www.wsj.com/articles/u-s-fines-fiat-chrysler-70-million-for-safety-reporting-lapses-1449764405.

22.    Attached hereto as Exhibit 20 is a true and correct copy of excerpts of Fiat Chrysler Automobiles N.V.'s filing with the Securities and Exchange Commission on Form 6-K, dated August 4, 2016.

23.     Attached hereto as <u>Exhibit 21</u> is a true and correct copy of a press release issued by the Environmental Protection Agency titled *United States Files Complaint Against Fiat Chrysler Automobiles for Alleged Clean Air Act Violation*, dated May 23, 2017, which is also available at https://www.epa.gov/newsreleases/united-states-files-complaint-against-fiat-chrysler-automobiles-alleged-clean-air-act.

24.     Attached hereto as <u>Exhibit 22</u> are true and correct copies of documents produced by Plaintiffs in this action on February 9, 2018, bearing production numbers Koopmann0022 to Koopmann0023.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of February 2018 in New York, New York.

<u>/s/ Joshua S. Levy</u>
Joshua S. Levy