# Exhibit 2

ZACHARY NYE, PH.D. - 02/02/2018

```
 1  UNITED STATES DISTRICT COURT

 2  SOUTHERN DISTRICT OF NEW YORK

 3  -----------------------------------x

 4  GARY KOOPMAN, TIMOTHY KIDD and

 5  VICTOR PIRNIK, Individually and on

 6  Behalf of All Others Similarly

 7  Situated,

 8                 Plaintiffs,

 9        v.                    15-cv-7199(JMF)

10  FIAT CHRYSLER AUTOMOBILES N.V.,

11  SERGIO MARCHIONNE, RICHARD K.

12  PALMER, and SCOTT KUNSELMAN

13                 Defendants.

14  -----------------------------------x

15                 February 2, 2018

16                 10:00 a.m.

17

18      Videotaped Deposition of ZACHARY NYE,

19  Ph.D., taken by Defendants, at the offices of

20  SULLIVAN & CROMWELL LLP, 125 Broad Street, New

21  York, New York, before Frank J. Bas, a

22  Registered Professional Reporter, Certified

23  Realtime Reporter and Notary Public within and

24  for the State of New York.

25
```

```
 1  A P P E A R A N C E S:

 2

 3  POMERANTZ LLP

 4  Attorneys for Plaintiffs

 5       600 Third Avenue

 6       New York, New York 10016

 7  BY:  JEREMY A. LIEBERMAN, ESQ.

 8       jalieberman@pomlaw.com

 9       MICHAEL J. WERNKE, ESQ.

10       mjwernke@pomlaw.com

11

12            -and-

13

14  THE ROSEN LAW FIRM, P.A.

15  Attorneys for Plaintiffs

16       275 Madison Avenue, 34th Floor

17       New York, New York 10016-2498

18  BY:  SARA FUKS, ESQ.

19       sfuks@rosenlegal.com

20

21

22

23

24

25
```

```
 1  A P P E A R A N C E S (CONTINUED):

 2

 3  SULLIVAN & CROMWELL LLP

 4  Attorneys for Defendants

 5       125 Broad Street

 6       New York, New York 10004

 7  BY:  JOSHUA S. LEVY, ESQ.

 8       levyjo@sullcrom.com

 9       MATTHEW A. PELLER, ESQ.

10       pellerm@sullcrom.com

11

12

13

14

15  ALSO PRESENT:

16       DREW CERRIA, Videographer

17

18

19

20

21

22

23

24

25
```

```
 1                    ZACHARY NYE, Ph.D.
 2   vigorously argue that these findings are the          10:25:30
 3   product of improper econometric tests and that        10:25:33
 4   these are spurious observations.                      10:25:36
 5              And there's a debate.  It's not            10:25:39
 6   100 percent determined who is right or wrong.        10:25:41
 7   Long-term, you know, as more data comes in,          10:25:44
 8   that should be -- become more clear.                 10:25:46
 9              But these are also very                    10:25:50
10   long-term findings.  These are not                   10:25:52
11   contradicting the event studies using short          10:25:57
12   windows, which is akin to what we use -- it is        10:26:01
13   what we use, when what I've done here in this         10:26:03
14   event study for my report and what I've done          10:26:06
15   for many other cases.                                10:26:08
16              And the academic literature on            10:26:11
17   that front is that stock prices do react             10:26:13
18   significantly or at least appropriately to the        10:26:18
19   release of information.  In short windows.            10:26:23
20         Q.    Let's turn to page 24.  And              10:26:29
21   if you see on the bottom paragraph you write          10:26:47
22   (as read):                                           10:26:50
23              For all of the data series, the            10:26:50
24         responses of the Yosemite prices to           10:26:52
25         lagged information is statistically            10:26:54
```

1                    ZACHARY NYE, Ph.D.

2          insignificant the 95% level.                    10:26:56

3                    Do you see that?                      10:26:59

4          A.    I do.                                     10:27:00

5          Q.    Why do you refer to the                  10:27:00

6    95 percent level?  What do you mean by that?         10:27:02

7          A.    Oh, that's -- so that's a                10:27:04

8    common level of -- a confidence level that is        10:27:07

9    routinely used to convey statistical                 10:27:11

10   significance.  However, it is not the only           10:27:14

11   confidence level used to convey statistical          10:27:18

12   significance, and there are many articles and        10:27:20

13   many authors that have used confidence levels        10:27:24

14   at the 90 percent level to convey statistical        10:27:26

15   significance.                                         10:27:28

16                    There are also many authors          10:27:29

17   that have opined that economic effects can be        10:27:30

18   significant at even lower confidence levels.         10:27:34

19   And that's pervasive, I believe, in the              10:27:37

20   economics, accounting and finance literature.       10:27:41

21         Q.    In your academic work here you           10:27:44

22   refer to the 95 percent confidence level,            10:27:45

23   right?                                                10:27:47

24         A.    I do.                                     10:27:48

25         Q.    Have you ever taught any                  10:27:51

```
 1                    ZACHARY NYE, Ph.D.                  10:50:16
 2  of market industry effects.  I have that          10:50:16
 3  in one of my exhibits.  But I haven't gone         10:50:18
 4  in and analyzed the informational impact on        10:50:21
 5  those dates.                                        10:50:29
 6          Q.    So it sounded like, from what        10:50:30
 7  you said before, you had gone through the          10:50:33
 8  complaint and tried to identify the corrective     10:50:35
 9  disclosures to include in your study, is that      10:50:38
10  right?                                              10:50:40
11          A.    Yeah, the corrective events.         10:50:40
12          Q.    Did you conduct that same            10:50:42
13  analysis for the alleged misstatements in the      10:50:44
14  complaint?                                          10:50:48
15          A.    No, I did not.  And I think it       10:50:48
16  wouldn't be particularly useful because this       10:50:50
17  is -- my understanding is that this is a price     10:50:53
18  maintenance case, so you shouldn't expect to       10:50:56
19  see significant price movements because            10:50:59
20  they -- it's more likely they didn't tell the      10:51:02
21  truth as opposed to lying about something          10:51:04
22  positive that didn't really exist.                 10:51:06
23          Q.    And what's your basis for this       10:51:08
24  being a price maintenance case?                    10:51:10
25          A.    From reading the complaint.          10:51:11
```

1              ZACHARY NYE, Ph.D.                    10:51:13
2  Also just knowing the general -- it is           10:51:13
3  obviously a price maintenance case, in my        10:51:15
4  economic opinion.                                10:51:18
5         Q.    And what's the basis for that       10:51:19
6  opinion?                                          10:51:22
7         A.    Knowing the allegations and         10:51:22
8  knowing what information affects stock prices     10:51:27
9  and what doesn't impact stock prices, and in     10:51:30
10  my opinion these misstatements shouldn't have    10:51:33
11  been expected to impact the stock price.         10:51:37
12         Q.    So you would not expect any of      10:51:39
13  the alleged misstatements to have any effect     10:51:41
14  on FCA stock price?                              10:51:44
15         A.    Yeah, I would be surprised if       10:51:46
16  they did.  I can't recall all the misstatement   10:51:47
17  dates.  And if they moved it might be because    10:51:50
18  of confounding information unrelated to the      10:51:52
19  alleged misstatements.  Because I do remember    10:51:55
20  there's a lot of earnings releases that          10:51:57
21  coincided with the alleged misstatements.        10:52:01
22              But no, yeah, the alleged            10:52:04
23  misstatements themselves were not saying that    10:52:06
24  they were non-compliant.  So the market          10:52:08
25  assumed they were compliant, is my               10:52:10

```
 1                   ZACHARY NYE, Ph.D.                    10:52:13
 2  understanding, such that you wouldn't expect           10:52:13
 3  to see a price movement when they say, hey,            10:52:14
 4  we're compliant.                                       10:52:17
 5           Q.   Let's turn to the complaint,             10:52:18
 6  page 78.                                               10:53:02
 7           A.   Did you say 78?                          10:53:04
 8           Q.   Yes.  Do you have that in front          10:53:05
 9  of you?                                                10:53:06
10           A.   I do.                                    10:53:07
11           Q.   And do you see there's a                 10:53:07
12  section entitled "Material False and                   10:53:09
13  Misleading Statements Issued During the Class          10:53:11
14  Period"?  Do you see that?                             10:53:12
15           A.   I do.                                    10:53:13
16           Q.   And as we discussed earlier,             10:53:13
17  you didn't review these statements or include          10:53:16
18  them in your study?                                    10:53:18
19           A.    I've reviewed the statements            10:53:19
20  but I didn't -- they're not in my exhibit 15.          10:53:22
21           Q.   And if we turn to                        10:53:27
22  paragraph 280.  It states that (as read):             10:53:40
23                On November 26, 2014 Chrysler            10:53:42
24           filed a Form F-1/A with the SEC.              10:53:45
25                Do you see that?                         10:53:48
```

```
 1                    ZACHARY NYE, Ph.D.                    10:53:49
 2          A.    I do.                                     10:53:49
 3          Q.    And then in the next paragraph,           10:53:49
 4   281, it includes some statements from that            10:53:51
 5   Form F-1/A, including, about two-thirds of the        10:53:53
 6   way down (as read):                                   10:53:56
 7                    We are substantially in              10:53:57
 8           compliance with the relevant global           10:53:58
 9           regulatory requirements affecting our         10:54:00
10           facilities and products.                      10:54:01
11                    Do you see that?                      10:54:02
12          A.    I do.                                     10:54:03
13          Q.    And you hadn't conducted any             10:54:04
14   analysis of press or earnings --                       10:54:09
15                    MR. LEVY:  Withdrawn.                 10:54:13
16   BY MR. LEVY:                                           10:54:14
17          Q.    You haven't conducted any                10:54:14
18   analysis of press or analyst reports related          10:54:15
19   to that disclosure?                                    10:54:18
20                    MR. LIEBERMAN:  Objection to         10:54:26
21           form.                                          10:54:27
22                    Go ahead.                             10:54:27
23          A.    I don't -- no, that's not an             10:54:28
24   event date in my exhibit 15.                           10:54:30
25                    So we've calculated the return,      10:54:32
```

```
 1                    ZACHARY NYE, Ph.D.
 2   the -- on the impact data associated with          10:54:36
 3   this, but I haven't gone in detail and             10:54:38
 4   looked at every analyst report, and if there       10:54:40
 5   exists any.                                         10:54:43
 6                    I certainly have all of the        10:54:43
 7   analyst reports that I can get my hands on,        10:54:44
 8   and it may well be that there are no analyst       10:54:47
 9   reports related to this because this is a          10:54:49
10   Form F-1/A, which isn't the -- usually the         10:54:51
11   most covered of the SEC forms, and I don't         10:54:56
12   know of any news at the moment either.             10:55:02
13                    But in short, in summary, it's     10:55:06
14   not examined in my exhibit 15, my event study.     10:55:08
15        Q.    I guess keeping the complaint           10:55:12
16   in front of you, if you want to pull up            10:55:15
17   exhibit 14B in your report.                         10:55:17
18        A.    Sure.  Go to this date?                 10:55:20
19        Q.    Yes.  If you can look to                10:55:38
20   November 26, 2014.  It's about two-thirds          10:55:39
21   of the way down the page.  Halfway.  Do you        10:55:41
22   see it?                                             10:55:43
23        A.    I do see it.                            10:55:46
24        Q.    And your regression results             10:56:03
25   show that there was no statistically               10:56:07
```

```
1                    ZACHARY NYE, Ph.D.
2   significant impact on FCA's stock price on the      10:56:09
3   date of this alleged misstatement, is that          10:56:11
4   right?                                              10:56:16
5           A.    Yeah, I mean, I don't know the        10:56:16
6   timing, whether it was before or after market       10:56:17
7   close or during the market hours of the             10:56:19
8   filing, but it doesn't really matter because        10:56:21
9   there's no significant return in the                10:56:22
10  surrounding days either.  So there's no             10:56:27
11  significant return associated with this             10:56:29
12  filing.                                             10:56:30
13          Q.    Let's turn to paragraph 294 of        10:56:33
14  the complaint.                                      10:56:41
15          A.    I'm there.                            10:56:57
16          Q.    Do you see it states (as read):       10:56:59
17                On March 5, 2015 Chrysler            10:57:00
18                issued a press release and filed     10:57:03
19                an annual report on Form 20-F with   10:57:04
20                the SEC.                             10:57:06
21                Do you see that?                     10:57:07
22          A.    Yes.                                  10:57:12
23          Q.    And then turning to paragraph         10:57:14
24  302 do you see that according to the complaint      10:57:17
25  this Form 20-F also contained the language          10:57:26
```

```
 1                   ZACHARY NYE, Ph.D.
 2  that (as read):                                      10:57:29
 3                   We are substantially in             10:57:30
 4          compliance with the relevant global          10:57:31
 5          regulatory requirements affecting our        10:57:34
 6          facilities and products.                     10:57:35
 7                   Do you see that?                     10:57:36
 8          A.    I do.                                   10:57:36
 9          Q.    And turning back then to               10:57:37
10  exhibit 14B of your report.                          10:57:43
11          A.    Okay.                                   10:57:46
12          Q.    If you can find that date.             10:57:46
13  It's on page 2.                                       10:57:48
14          A.    I'm sorry.  March 5?                    10:58:03
15          Q.    Yeah, March 5, 2015.                    10:58:04
16          A.    March 5, 2015.  Okay.  I'm             10:58:11
17  there.                                                10:58:14
18          Q.    And do you agree that there is         10:58:14
19  no statistically significant effect on FCA            10:58:17
20  stock price on that day or the surrounding            10:58:20
21  days as a result of that alleged misstatement?        10:58:22
22          A.    I agree.                                10:58:24
23          Q.    And did you review any press or        10:58:25
24  analyst coverage surrounding that Form 20-F?          10:58:27
25          A.    I may have.  I can't recall            10:58:31
```

```
 1                    ZACHARY NYE, Ph.D.
 2   any.                                            10:58:32
 3          Q.     And are you aware of any of       10:58:33
 4   that analysis discussing this "substantially    10:58:35
 5   in compliance" statement?                       10:58:39
 6          A.     I'm sorry?                         10:58:40
 7          Q.     Of any press or analyst reports   10:58:41
 8   that you reviewed surrounding this Form 20-F,   10:58:49
 9   are you aware of any of it discussing this      10:58:52
10   "substantially in compliance" language from     10:58:55
11   the complaint?                                  10:58:56
12              MR. LIEBERMAN:  Objection to         10:58:56
13          form.                                    10:58:58
14          A.     I am not aware of any, or don't   10:58:58
15   recall any to the extent I reviewed any.        10:59:00
16          Q.     Let's turn to -- back to the      10:59:03
17   complaint, paragraph 314.                       10:59:13
18          A.     Okay.                             10:59:30
19          Q.     It states that (as read):         10:59:31
20              On May 19 Chrysler also filed        10:59:32
21          a prospectus on Form F-4 with the SEC.   10:59:36
22              Do you see that?                      10:59:39
23          A.     I do.                             10:59:39
24          Q.     And further down in this          10:59:41
25   paragraph do you see this -- according to the   10:59:44
```

```
 1                    ZACHARY NYE, Ph.D.
 2   complaint that this Form F-4 also contained        10:59:46
 3   the same "substantially in compliance"             10:59:50
 4   language?  Do you see that?                         10:59:52
 5           A.    Yeah, I do.                            10:59:55
 6           Q.    And turning back to exhibit            10:59:57
 7   14B, if we can find that date.  I think it's        11:00:02
 8   also on page 2.  No, it's on page 3.  Sorry.        11:00:04
 9           A.    All right.  I have found it.          11:00:11
10           Q.    And you agree that there was no        11:00:13
11   statistically significant impact on FCA's           11:00:15
12   stock price on the date of this alleged             11:00:17
13   misstatement or on the surrounding dates?           11:00:19
14           A.    I agree.                               11:00:21
15           Q.    And did you review any press           11:00:23
16   or analyst coverage for the Form F-4 on             11:00:29
17   May 19, 2015?                                        11:00:34
18           A.    I may have, but I am not -- I          11:00:35
19   can't recall any.                                    11:00:38
20           Q.    Let's turn to -- back to the           11:00:38
21   complaint, paragraph 316.                            11:00:45
22           A.    Okay.                                  11:00:48
23           Q.    It refers there, or it states         11:00:49
24   (as read):                                           11:00:57
25                    On June 17, 2015, Chrysler          11:00:58
```

```
 1                    ZACHARY NYE, Ph.D.
 2            issued a press release and filed with      11:00:59
 3            the SEC a prospectus on Form 424B4.        11:01:00
 4                 Do you see that?                      11:01:04
 5       A.    Yes.                                      11:01:05
 6       Q.    And then at the bottom of the             11:01:05
 7   paragraph the complaint alleges that this SEC       11:01:07
 8   filing stated (as read):                           11:01:11
 9                 We are substantially in               11:01:12
10            compliance with the relevant global       11:01:13
11            regulatory requirements affecting our     11:01:15
12            facilities and products.                  11:01:16
13                 Do you see that?                      11:01:17
14       A.    I do.                                     11:01:18
15       Q.    And turning back to exhibit 14B          11:01:19
16   of the report.                                      11:01:21
17       A.    I'm there.                                11:01:24
18       Q.    If you can find that date, it's          11:01:24
19   also on page 3.  Do you agree that on the date     11:01:26
20   of this alleged misstatement there was no          11:01:30
21   statistically significant impact on FCA's          11:01:32
22   stock price on this date or the surrounding        11:01:34
23   dates?                                              11:01:36
24       A.    I agree.                                  11:01:36
25       Q.    Did you review any press or              11:01:38
```

```
 1                ZACHARY NYE, Ph.D.
 2  analyst reports surrounding this SEC filing?        11:01:40
 3        A.    I may have.  I can't recall any         11:01:43
 4  that I reviewed.                                    11:01:49
 5        Q.    Let's look at some emission             11:01:49
 6  statements now.  Let's look at paragraph 343        11:01:54
 7  of the complaint.                                   11:01:57
 8        A.    343?  Okay.                             11:01:59
 9        Q.    And it refers to a January 27,          11:02:09
10  2016 earnings call.  Do you see that?               11:02:12
11        A.    I do.                                   11:02:14
12        Q.    And if we look on the next              11:02:15
13  page, on the earnings call it's stated              11:02:22
14  that (as read):                                     11:02:27
15             I think we feel comfortable in          11:02:27
16        making the statement that there are no        11:02:28
17        defeat mechanisms or devices present          11:02:30
18        in our vehicles.  And I think the cars        11:02:32
19        perform the same way on the road as           11:02:34
20        they do in the lab under the same             11:02:36
21        operating conditions.  This is a              11:02:39
22        heightened concern.                           11:02:40
23             Do you see that?                         11:02:41
24        A.    I do.                                   11:02:42
25        Q.    So let's turn to exhibit 15 of          11:02:42
```

| | |
|---|---|
| 1              ZACHARY NYE, Ph.D. | |
| 2   your report now. | 11:02:44 |
| 3          A.    Okay. | 11:02:47 |
| 4          Q.    This earnings call is one of | 11:02:47 |
| 5   the dates you looked at in your event study, | 11:02:55 |
| 6   is that right? | 11:02:57 |
| 7          A.    That's correct. | 11:02:58 |
| 8          Q.    And your study showed that | 11:02:59 |
| 9   there was no statistically significant impact | 11:03:02 |
| 10   on FCA's stock price on the date of that call, | 11:03:04 |
| 11   is that right? | 11:03:07 |
| 12          A.    That's right. | 11:03:07 |
| 13              Well, let me just double-check | 11:03:09 |
| 14   something real quick.  (Pause.) | 11:03:12 |
| 15              Yeah, the conference call was | 11:03:45 |
| 16   in the morning, and there was no statistically | 11:03:51 |
| 17   significant price change on January 27, 2016. | 11:03:55 |
| 18          Q.    Okay. | 11:04:02 |
| 19              MR. LEVY:  I think we can take | 11:04:03 |
| 20          a short break. | 11:04:04 |
| 21              THE WITNESS:  Okay. | 11:04:04 |
| 22              THE VIDEOGRAPHER:  Just watch | 11:04:05 |
| 23          your mics when you get up, please. | 11:04:08 |
| 24              The time is approximately | 11:04:13 |
| 25          11:04.  We are going off the record. | 11:04:15 |

```
 1                  ZACHARY NYE, Ph.D.                      11:24:03
 2  no mention of defeat devices that I can at             11:24:03
 3  least remember from the analyst reports or             11:24:07
 4  the -- um -- news articles on this date.               11:24:09
 5          Q.    Okay.  Let's turn back to the            11:24:18
 6  complaint on paragraph 345.                            11:24:20
 7          A.    Just bear with me.  The                  11:24:32
 8  complaint.  345.  Oh, I opened right to it.            11:24:34
 9          Q.    Do you see it begins                     11:24:39
10  "February 2, 2016 Chrysler issued a press             11:24:41
11  release"?  Do you see that?                            11:24:44
12          A.    Yes.                                     11:24:45
13          Q.    And then further down in the            11:24:45
14  paragraph the complaint alleges that this             11:24:48
15  press release stated that (as read):                  11:24:52
16              FCA diesel vehicles do not have           11:24:54
17              a mechanism to either detect that they    11:24:55
18              are undergoing a bench test in a          11:24:57
19              laboratory or to activate a function      11:24:59
20              to operate emission controls only         11:25:00
21              under laboratory conditions.  In other    11:25:02
22              words, although emission levels vary      11:25:04
23              depending on driving conditions, the      11:25:06
24              emission control system of the FCA         11:25:08
25              vehicles operate in the same way          11:25:09
```

```
 1                    ZACHARY NYE, Ph.D.
 2            under the same conditions whether          11:25:11
 3            the vehicle is in a laboratory or on       11:25:13
 4            the road.                                  11:25:14
 5                    Do you see that?                   11:25:15
 6            A.    Yes.                                 11:25:16
 7            Q.    And now if we turn to               11:25:16
 8    exhibit 14B of your report, page 6.               11:25:22
 9            A.    Okay.                                11:25:45
10            Q.    Do you see the date of that         11:25:45
11    alleged misstatement, February 2, 2016?           11:25:48
12            A.    Mm-hmm.                              11:25:51
13            Q.    And do you agree that your          11:25:52
14    regression analysis shows that there was no       11:25:54
15    statistically significant impact on FCA's         11:25:56
16    stock on the date of that alleged misstatement    11:25:58
17    or the surrounding dates?                         11:26:01
18            A.    Well, the surrounding dates         11:26:02
19    there are significant price reactions, and I      11:26:05
20    don't at the moment know the timing of this --    11:26:09
21    oh, no, I'm looking at the wrong date.  It's      11:26:15
22    February 2, right?                                11:26:17
23            Q.    February 2, 2016.  Yes.             11:26:18
24            A.    Okay.  I was looking at the         11:26:20
25    next date.                                        11:26:21
```

| | | |
|---|---|---|
| 1 | ZACHARY NYE, Ph.D. | |
| 2 | February 2.  No, yeah, | 11:26:22 |
| 3 | there's no significant price reactions on | 11:26:26 |
| 4 | February 1, 2 or 3, 2016. | 11:26:30 |
| 5 | Q.    And did you review any press or | 11:26:33 |
| 6 | analyst coverage of this press release by FCA? | 11:26:36 |
| 7 | A.    I may have.  I can't recall any | 11:26:39 |
| 8 | specifically at the moment. | 11:26:43 |
| 9 | Q.    But you didn't include it as | 11:26:44 |
| 10 | part of your event study? | 11:26:46 |
| 11 | A.    No, I did not. | 11:26:47 |
| 12 | Q.    Let's turn to paragraph 361 of | 11:26:48 |
| 13 | the complaint. | 11:26:54 |
| 14 | A.    Okay. | 11:27:01 |
| 15 | Q.    It begins, "On September 22, | 11:27:01 |
| 16 | 2016."  Do you see that? | 11:27:04 |
| 17 | A.    I do. | 11:27:06 |
| 18 | Q.    If you'll look at the top of | 11:27:06 |
| 19 | the next page on that date the complaint | 11:27:09 |
| 20 | alleges that (as read): | 11:27:12 |
| 21 | A Chrysler spokesman stated | 11:27:14 |
| 22 | FCA US does not use defeat devices and | 11:27:17 |
| 23 | that it was working closely with the | 11:27:19 |
| 24 | EPA and CARB to ensure that its | 11:27:21 |
| 25 | vehicles were compliant -- to ensure | 11:27:23 |

| | | |
|---|---|---|
| 1 | ZACHARY NYE, Ph.D. | |
| 2 | its vehicles are compliant with all | 11:27:25 |
| 3 | applicable requirements. | 11:27:26 |
| 4 | Do you see that? | 11:27:28 |
| 5 | A.    Yes. | 11:27:29 |
| 6 | Q.    And turning back again to | 11:27:29 |
| 7 | exhibit 14B of your report.  This is on | 11:27:33 |
| 8 | page 9. | 11:27:39 |
| 9 | A.    Okay. | 11:27:40 |
| 10 | Q.    Do you see that date, | 11:27:40 |
| 11 | September 22, 2016? | 11:27:42 |
| 12 | A.    I do. | 11:27:47 |
| 13 | Q.    And do you agree that there's | 11:27:47 |
| 14 | no statistically significant impact on FCA's | 11:27:50 |
| 15 | stock on that date of the alleged misstatement | 11:27:53 |
| 16 | in the complaint or the surrounding dates? | 11:27:55 |
| 17 | A.    I do. | 11:27:57 |
| 18 | Q.    Let's turn to exhibit 15 of | 11:27:57 |
| 19 | your report. | 11:28:08 |
| 20 | A.    Okay. | 11:28:10 |
| 21 | Q.    You testified earlier that you | 11:28:11 |
| 22 | included alleged disclosure events on -- in | 11:28:22 |
| 23 | your event study that are listed in the fourth | 11:28:27 |
| 24 | amended complaint, is that right? | 11:28:29 |
| 25 | A.    That's correct. | 11:28:30 |

| | | |
|---|---|---|
| 1 | ZACHARY NYE, Ph.D. | |
| 2 | Q.    So let's take a look at the | 11:28:32 |
| 3 | event date July 26, 2015.  You title it, | 11:28:35 |
| 4 | "NHTSA fined FCA $105 million for violations | 11:28:39 |
| 5 | in 23 recalls." | 11:28:44 |
| 6 | Do you see that? | 11:28:44 |
| 7 | A.    Yes. | 11:28:45 |
| 8 | Q.    And according to this chart you | 11:28:45 |
| 9 | found a statistically significant impact at | 11:28:47 |
| 10 | the 92.12 percent confidence level, is that | 11:28:51 |
| 11 | right? | 11:28:54 |
| 12 | A.    That's correct. | 11:28:54 |
| 13 | Q.    How did you determine what | 11:28:55 |
| 14 | confidence level to use for statistical | 11:28:56 |
| 15 | significance in this report? | 11:28:59 |
| 16 | A.    I have routinely reported a | 11:29:01 |
| 17 | statistical significance in reports in | 11:29:07 |
| 18 | securities litigation, event studies in | 11:29:10 |
| 19 | general, at the 90 percent and the 95 percent | 11:29:12 |
| 20 | level. | 11:29:14 |
| 21 | Again, all it means is that a | 11:29:17 |
| 22 | return is particularly extreme in absolute | 11:29:19 |
| 23 | magnitude such that you should only expect to | 11:29:25 |
| 24 | see it either 5 or 10 percent of the time, | 11:29:27 |
| 25 | depending on the confidence level used. | 11:29:28 |

```
 1                  ZACHARY NYE, Ph.D.                12:05:35
 2   Incremental new information, obviously bad,      12:05:35
 3   caused the stock price to go down.               12:05:40
 4          Q.    Let's turn to page 177 of this      12:05:42
 5   exhibit.                                          12:05:45
 6          A.    Okay.                                12:05:53
 7          Q.    And this is your analysis of        12:05:54
 8   the impact day of May 23, 2017, when the DoJ     12:05:58
 9   on behalf of the EPA filed a lawsuit, is that    12:06:04
10   right?                                            12:06:06
11          A.    Correct.                            12:06:06
12          Q.    And so you mentioned the notice     12:06:07
13   of violation from the EPA, and if you look on    12:06:09
14   this page you'll see that in its press release   12:06:12
15   the Department of Justice writes that its        12:06:15
16   allegations are consistent with those set       12:06:18
17   forth in notice of violation that EPA issued     12:06:19
18   to FCA US LLC and FCA NV on January 12, 2017.    12:06:22
19                 Do you see that?                   12:06:28
20          A.    Yes.                                12:06:28
21          Q.    So if the allegations are not       12:06:28
22   new, wouldn't we expect to --                    12:06:32
23                 MR. LEVY:  Withdrawn.              12:06:35
24   BY MR. LEVY:                                      12:06:36
25          Q.    If the allegations are not new,     12:06:36
```

| | | |
|---|---|---|
| 1 | ZACHARY NYE, Ph.D. | |
| 2 | why would we expect to see a stock price | 12:06:38 |
| 3 | decrease that day? | 12:06:40 |
| 4 | A.   I think it's clear from the | 12:06:41 |
| 5 | coverage of the analysts.  I mean, it is | 12:06:43 |
| 6 | incremental new information disclosed on | 12:06:45 |
| 7 | May 23rd.  I believe -- I should check.  My | 12:06:49 |
| 8 | understanding is, I believe in January they | 12:06:52 |
| 9 | had not accused it of having, quote-unquote, | 12:07:02 |
| 10 | cheat or defeat devices, but now they are | 12:07:08 |
| 11 | alleging that, and it was an incremental | 12:07:16 |
| 12 | difference. | 12:07:19 |
| 13 | Q.   I can represent to you that the | 12:07:19 |
| 14 | NOV stated that FCA vehicles may contain | 12:07:23 |
| 15 | defeat devices. | 12:07:27 |
| 16 | A.   Yeah, but analysts -- let's go | 12:07:28 |
| 17 | to that date.  So it's January 12, 2017. | 12:07:31 |
| 18 | (Pause.) | 12:07:48 |
| 19 | It's a long one.  There's a lot | 12:07:49 |
| 20 | of analyst reports on that day.  (Pause.) | 12:07:55 |
| 21 | I think this is pervasive. | 12:08:34 |
| 22 | They're all the analyst reports, but like the | 12:08:39 |
| 23 | Commerzbank analyst report discussed on page | 12:08:41 |
| 24 | 128 of my exhibit 15, it describes the EPA | 12:08:44 |
| 25 | issued a notice of violation.  It's the second | 12:08:57 |

| | | |
|---|---|---|
| 1 | ZACHARY NYE, Ph.D. | |
| 2 | paragraph of the block quote.  It starts "What | 12:09:00 |
| 3 | happened," question mark.  And they describe | 12:09:02 |
| 4 | the EPA issued a notice of violation.  And | 12:09:05 |
| 5 | they say (as read): | 12:09:11 |
| 6 | While the EPA issued a | 12:09:11 |
| 7 | violation notice of the Clean Air Act, | 12:09:13 |
| 8 | it did not yet call it a defeat | 12:09:15 |
| 9 | device.  FCA has to prove now that it | 12:09:19 |
| 10 | is not VW-like software.  Cynthia | 12:09:21 |
| 11 | Giles, EPA's enforcement chief, stated | 12:09:27 |
| 12 | that:  Our meetings with Fiat Chrysler | 12:09:29 |
| 13 | to date have not produced a viable | 12:09:31 |
| 14 | explanation for the software. | 12:09:33 |
| 15 | FCA denies wrongdoing. | 12:09:35 |
| 16 | So that was a big difference, | 12:09:38 |
| 17 | is that the market considered this to be not a | 12:09:40 |
| 18 | full accusation of using defeat devices, but | 12:09:43 |
| 19 | there was a failure to notify the EPA about | 12:09:46 |
| 20 | the eight auxiliary emission control devices, | 12:09:53 |
| 21 | but had not formally dubbed them or accused | 12:09:58 |
| 22 | them of being, you know, cheat or defeat | 12:10:01 |
| 23 | devices. | 12:10:03 |
| 24 | And if they had -- that was a | 12:10:03 |
| 25 | big problem for VW, because they effective -- | 12:10:05 |

```
 1                    ZACHARY NYE, Ph.D.
 2   they did admit that they had those problems        12:10:08
 3   and that caused the stock price to tank and        12:10:10
 4   caused them to have massive fines and recall       12:10:14
 5   costs.                                             12:10:17
 6                    And so the analysts at this       12:10:17
 7   time were drawing a distinction, whereas in        12:10:19
 8   May there was a more formal -- there was an        12:10:21
 9   accusation of use of the eight AECDs,              12:10:25
10   constituted defeat devices, and that this was      12:10:31
11   a very serious regulatory infraction by Fiat       12:10:33
12   Chrysler that would be pursued by the              12:10:41
13   Department of Justice.                             12:10:43
14            Q.    Let's turn to the complaint,        12:10:45
15   paragraph 364.                                     12:10:47
16            A.    Complaint.  Okay.  I'm there.       12:10:50
17            Q.    And it begins (as read):            12:11:09
18                  On January 12, 2017 the EPA and     12:11:10
19            CARB each issued a notice of              12:11:13
20            violation.                                12:11:14
21                  Do you see that?                    12:11:15
22            A.    I do.                                12:11:16
23            Q.    And then at the very end           12:11:16
24   of that paragraph, in the penultimate              12:11:19
25   sentence it states, or the complaint alleges       12:11:23
```

```
 1                    ZACHARY NYE, Ph.D.
 2  that (as read):                                  12:11:26
 3                    The EPA states to date, despite 12:11:26
 4           having the opportunity to do so, FCA     12:11:28
 5           has failed to establish that these are   12:11:31
 6           not defeat devices.                      12:11:32
 7                    Do you see that?                12:11:33
 8           A.    I do.                              12:11:34
 9           Q.    So in January 12, 2017 there's     12:11:34
10  been a disclosure to the market about the         12:11:39
11  possibility of FCA vehicles containing defeat     12:11:42
12  devices, is that right?                           12:11:44
13           A.    Yeah, but there's degrees to       12:11:46
14  the thing, right?  This is not the same thing     12:11:49
15  as -- this is saying that they have failed to     12:11:51
16  establish that these are not defeat devices,      12:11:53
17  and the analysts clearly are reacting, saying,    12:11:56
18  oh, they haven't accused them of using defeat     12:11:58
19  devices.                                          12:12:01
20                    Later on, when they are         12:12:01
21  actively accused of using defeat devices, the     12:12:02
22  market reacts negatively and comments that        12:12:05
23  they are accusing them now of using defeat        12:12:08
24  devices.                                          12:12:10
25                    So there's a progression.  It's 12:12:10
```

```
 1                    ZACHARY NYE, Ph.D.
 2  not like a binary switch:  I've disclosed all       12:12:12
 3  the risks, therefore nothing else could             12:12:15
 4  possibly happen.                                     12:12:17
 5                    No.  There's a progression.        12:12:18
 6  That's a spectrum of negative probabilities          12:12:19
 7  that can occur and that's what's evolving over       12:12:21
 8  time, is that we're seeing the information set       12:12:24
 9  grow to cover an increasing chance of a              12:12:26
10  negative outcome in a very -- a very negative        12:12:29
11  outcome in terms of dollars concerned, and          12:12:34
12  that causes the stock price to react                 12:12:35
13  negatively, as it should, and it did, and it's      12:12:37
14  totally consistent with market efficiency.           12:12:42
15          Q.    Have you reviewed the DOJ's EPA        12:12:44
16  complaint from May 23?                               12:12:47
17          A.    I don't recall reading it.  I         12:12:51
18  may have.                                            12:12:54
19          Q.    What's your basis that that           12:12:54
20  complaint contained additional allegations not      12:12:57
21  contained in the NOVs?                               12:12:59
22          A.    The reactions by the market.          12:13:02
23          Q.    Is it possible that the market        12:13:08
24  was reacting to the fact that the Department        12:13:09
25  of Justice filed a lawsuit?                          12:13:13
```

```
 1                    ZACHARY NYE, Ph.D.
 2          A.    Yes.                              12:15:45
 3          Q.    Do you expect to see alleged      12:15:45
 4   corrective disclosures in this section?        12:15:48
 5          A.    Yes.                              12:15:51
 6          Q.    Did you include all of the        12:15:51
 7   alleged disclosures in this section in your    12:15:53
 8   report?                                        12:15:56
 9          A.    I believe so.                     12:15:56
10          Q.    Let's turn to paragraph 341.      12:15:57
11          A.    341.  Okay.                       12:16:08
12          Q.    It begins on December 9, 2015.    12:16:13
13   Do you see that?                               12:16:15
14          A.    I do.                             12:16:18
15          Q.    It states (as read):             12:16:19
16                On December 9, 2015, after the    12:16:22
17          close of trading, it was announced     12:16:24
18          that NHTSA had issued an amendment to  12:16:25
19          its July 24, 2015 consent order with   12:16:27
20          Chrysler.                               12:16:34
21          A.    Okay.                             12:16:35
22          Q.    And looking at the end of the     12:16:35
23   paragraph, it states (as read):               12:16:36
24                The amendment required Chrysler   12:16:39
25          to pay $70 million in additional civil 12:16:41
```

1                  ZACHARY NYE, Ph.D.

2          penalties.                                    12:16:43

3          A.     Okay.                                  12:16:46

4          Q.     Did you examine this alleged           12:16:46

5    disclosure in your -- in your event study?          12:16:49

6          A.     I'm familiar with this date.           12:16:53

7    It's not in the event study.  It's -- because       12:16:58

8    I think this is not -- this is kind of an           12:17:03

9    addendum to the -- to the July consent order,       12:17:05

10   so it's adding a little bit in extra costs.         12:17:09

11                But this isn't the reason why          12:17:11

12   the markets reacted so negatively on July 26.       12:17:13

13   It was because more of the recall -- or the         12:17:17

14   repurchase requirements that could be, you          12:17:21

15   know, billions of dollars.  So that was the         12:17:24

16   main ramifications of the consent order, and        12:17:26

17   that the heightened $70 million fine, you           12:17:28

18   know, for a company of Chrysler's size, is not      12:17:34

19   particularly large.                                 12:17:36

20         Q.     The initial consent order had a        12:17:38

21   $105 million fine and this has a $70 million        12:17:40

22   fine.  It's your testimony that that's not          12:17:44

23   material?                                           12:17:46

24         A.     I think I just answered that.          12:17:46

25   I mean, it's the multibillion-dollar potential      12:17:48

```
 1                    ZACHARY NYE, Ph.D.                    12:17:50
 2   liability for product repurchases that is the          12:17:50
 3   concern of the market on July 26, 2015.                12:17:55
 4           Q.    So it's your testimony that              12:17:59
 5   this second consent order didn't add any new           12:18:04
 6   incremental material information?                      12:18:07
 7           A.    It does, and it may -- but it's          12:18:11
 8   not -- it's not going to have a huge impact to         12:18:14
 9   the value of the firm, just on its face.               12:18:16
10   Given that it's a continuation of the                  12:18:19
11   addendum -- the consent order in July.                 12:18:22
12           Q.    Let's turn to exhibit 14B of             12:18:26
13   your report.                                           12:18:29
14           A.    14B, okay.  I am there.  Okay.           12:18:31
15           Q.    And if we look over at, it's on          12:18:49
16   page 5, the date of this alleged disclosure,           12:18:53
17   December 9 and 10.  Do you see that on the             12:18:56
18   bottom?                                                12:18:58
19           A.    Yes.                                     12:18:58
20           Q.    And do you agree that there was          12:18:58
21   no statistically significant impact on FCA's           12:19:01
22   stock on those dates?                                  12:19:04
23           A.    Yeah, and I don't know if any            12:19:05
24   other -- I can't recall right now as I sit             12:19:08
25   here today whether there was other                     12:19:12
```

| | | |
|---|---|---|
| 1 | ZACHARY NYE, Ph.D. | |
| 2 | company-specific information disclosed on | 12:19:13 |
| 3 | these days, but the insignificant price | 12:19:15 |
| 4 | reactions to me are totally consistent with | 12:19:18 |
| 5 | market efficiency in this case.  Based on what | 12:19:20 |
| 6 | I just said.  This is -- the incremental fine | 12:19:22 |
| 7 | is not very large and the real impact was felt | 12:19:26 |
| 8 | in January when the original consent order was | 12:19:29 |
| 9 | filed.  Not January.  July. | 12:19:34 |
| 10 |     Q.    Will you turn to page 115 of | 12:19:55 |
| 11 | the complaint. | 12:19:57 |
| 12 |     A.    Page 115.  I am there. | 12:20:01 |
| 13 |     Q.    And do you see it's titled "The | 12:20:07 |
| 14 | Truth About Chrysler Emissions Violations | 12:20:11 |
| 15 | Begins to Emerge"? | 12:20:14 |
| 16 |     A.    I see that. | 12:20:15 |
| 17 |     Q.    Did you include all of the | 12:20:16 |
| 18 | alleged disclosures in this section in -- in | 12:20:20 |
| 19 | your event study? | 12:20:24 |
| 20 |     A.    I believe so. | 12:20:25 |
| 21 |     Q.    Let's look at that first | 12:20:25 |
| 22 | paragraph under this section, paragraph 355. | 12:20:30 |
| 23 | Do you see that? | 12:20:35 |
| 24 |     A.    355, okay. | 12:20:36 |
| 25 |     Q.    It states (as read): | 12:20:39 |

```
 1                    ZACHARY NYE, Ph.D.
 2                On May 19, 2016, Chrysler          12:20:42
 3            cancelled a meeting with German        12:20:45
 4            Transport Minister Alexander Dobrindt  12:20:46
 5            to discuss the national investigative  12:20:49
 6            commission on emissions, saying that   12:20:52
 7            Germany authorities have no say over   12:20:54
 8            it.  Reacting to this, Dobrindt stated 12:20:55
 9            that:  This uncooperative conduct by   12:20:57
10            Fiat is totally incomprehensible ...   12:20:59
11            There are concrete allegations at      12:21:00
12            issue.  It would be appropriate if     12:21:02
13            Fiat commented to the investigative    12:21:04
14            committee on this.                      12:21:05
15                Do you see that paragraph?         12:21:05
16            A.    Yes.                              12:21:06
17            Q.    Would you consider this a         12:21:07
18    corrective disclosure?                          12:21:09
19            A.    I'm not -- I'm not the            12:21:10
20    plaintiffs' counsel or lead plaintiff or a     12:21:12
21    lawyer.  But it's in this section.  I don't    12:21:16
22    know whether they considered it a corrective   12:21:18
23    disclosure.  I believe they don't consider     12:21:20
24    that necessarily a corrective disclosure, at   12:21:21
25    least for loss causation purposes.              12:21:23
```

```
 1                    ZACHARY NYE, Ph.D.
 2          Q.    What's your basis for that?        12:21:25
 3          A.    Normally my experience with        12:21:26
 4  these types of cases is that when you see a      12:21:29
 5  discussion of a price decline in a section       12:21:32
 6  like this, those end up being the dates that     12:21:35
 7  are "corrective."                                12:21:38
 8                Quote-unquote, "corrective."       12:21:42
 9          Q.    Could we turn to exhibit 14B of    12:21:53
10  your report.                                     12:21:56
11          A.    Okay.  I am there.                 12:21:59
12          Q.    On page 7 of the report do you     12:22:11
13  find that date, May 19, 2016?                    12:22:25
14          A.    Yes.                               12:22:27
15          Q.    And your regression analysis       12:22:27
16  found that there was no statistically            12:22:29
17  significant impact on FCA's stock that day,      12:22:30
18  right?                                           12:22:33
19          A.    Yeah, it's a negative -- it's a    12:22:34
20  fairly large negative residual, minus 2.5        12:22:36
21  percent.  Significant at the 83 percent, I       12:22:40
22  suppose, confidence level.  But it's, yeah,      12:22:44
23  not significant like at conventional levels.     12:22:46
24          Q.    So there was no statistically      12:22:50
25  significant impact on FCA's stock price that     12:22:52
```

```
 1                  ZACHARY NYE, Ph.D.

 2  day, correct?                                    12:22:54

 3          A.    No -- it was not significant at    12:22:55

 4  the 90-percent-or-greater level of confidence.   12:22:58

 5          Q.    If we look at paragraph 360 of      12:23:05

 6  the complaint.                                   12:23:07

 7          A.    Okay.                              12:23:09

 8          Q.    It begins (as read):               12:23:09

 9                On September 1st, 2016, Reuters    12:23:12

10          reported that the German government      12:23:15

11          had formally accused Chrysler of using  12:23:17

12          a defeat device to switch off           12:23:20

13          emissions.

14                Do you see that?                   12:23:22

15          A.    I do.                              12:23:23

16          Q.    Did you include that alleged       12:23:23

17  disclosure in your analysis?                     12:23:25

18          A.    I don't -- no, I did not.          12:23:27

19          Q.    Did this provide any new           12:23:30

20  incremental material that would be of interest   12:23:40

21  to the market, in your view?                     12:23:41

22          A.    I don't know whether -- I don't    12:23:43

23  have -- I haven't analyzed this one.  I can't    12:23:58

24  recall analyzing this one in particular          12:24:01

25  detail.                                          12:24:04
```

```
 1                  ZACHARY NYE, Ph.D.
 2                  Again, the corrective              12:24:04
 3  disclosures are not mine to determine so I'm       12:24:06
 4  operating on guidance from counsel.  So my         12:24:09
 5  understanding is that this is not considered a     12:24:12
 6  corrective disclosure.                             12:24:14
 7           Q.    If we turn to exhibit 14B of        12:24:16
 8  your report, page 9, where that date appears.      12:24:23
 9           A.    Okay.                               12:24:32
10           Q.    Do you agree that there was no      12:24:33
11  statistically significant impact on FCA's          12:24:36
12  stock that day or the next day?                    12:24:38
13           A.    There is no statistically           12:24:41
14  significant decline -- on September 2 again is     12:24:43
15  a similar thing.  It's significant.  If the        12:24:53
16  impact date -- which I don't know at the           12:24:57
17  moment whether the impact date is September 2.     12:24:59
18  If it is, that is a negative company-specific      12:25:03
19  return of negative 2.41 percent, which is          12:25:08
20  significant at the 80 percent confidence           12:25:13
21  level, so it's, you know, fairly large.  You       12:25:14
22  should only expect to see it, at most, 20          12:25:17
23  percent of the time.  But it is not                12:25:20
24  significant at conventional, say, 90 percent       12:25:22
25  or greater confidence levels.                      12:25:26
```

| | | |
|---|---|---|
| 1 | ZACHARY NYE, Ph.D. | |
| 2 | Q.    Turning to paragraph 363 -- | 12:25:28 |
| 3 | A.    363.  Okay. | 12:25:37 |
| 4 | Q.    -- of the complaint.  It states | 12:25:41 |
| 5 | (as read): | 12:25:42 |
| 6 | On October 17, 2016 Chrysler's | 12:25:42 |
| 7 | chief technical officer Harald Wester | 12:25:45 |
| 8 | angered members of the European | 12:25:48 |
| 9 | Parliament at a hearing in Brussels | 12:25:49 |
| 10 | when he questioned the methods used to | 12:25:51 |
| 11 | the European governments reporting | 12:25:53 |
| 12 | that Chrysler's diesel cars were | 12:25:54 |
| 13 | emitting far beyond EU limits when | 12:25:56 |
| 14 | driving on the road. | 12:25:59 |
| 15 | Do you see that? | 12:26:00 |
| 16 | A.    Yes. | 12:26:00 |
| 17 | Q.    Do you have a view on whether | 12:26:00 |
| 18 | the allegations in this paragraph are adding | 12:26:07 |
| 19 | new incremental material information to the | 12:26:09 |
| 20 | market? | 12:26:11 |
| 21 | A.    I don't -- at the moment I | 12:26:12 |
| 22 | don't know whether this added incremental | 12:26:16 |
| 23 | information, as I sit here right now. | 12:26:18 |
| 24 | Q.    If we go to exhibit 14B to your | 12:26:21 |
| 25 | report. | 12:26:27 |

```
 1                    ZACHARY NYE, Ph.D.
 2          A.    Okay.                              12:26:38
 3          Q.    It's on page 9 that date,          12:26:40
 4  October 17, 2016.                                12:26:43
 5          A.    Mm-hmm.  I'm there.                12:26:45
 6          Q.    Do you agree that on that day      12:26:47
 7  and the next day there was no statistically      12:26:50
 8  significant effect on FCA's stock price?         12:26:52
 9          A.    I agree.                           12:26:55
10          Q.    Let's turn to paragraph 372 of     12:26:57
11  the complaint.                                   12:27:04
12          A.    372.  Okay.                        12:27:09
13          Q.    And the complaint alleges that     12:27:10
14  (as read):                                       12:27:14
15                On May 31, 2017 Germany's          12:27:14
16          transportation ministry announced that   12:27:17
17          it had found a new defeat device in a    12:27:18
18          Chrysler car.                            12:27:21
19                Do you see that?                   12:27:21
20          A.    Yes.                               12:27:22
21          Q.    Do you have a view on whether      12:27:23
22  that added any incremental information into      12:27:25
23  the market?                                      12:27:27
24          A.    Not as I sit here today.           12:27:28
25          Q.    And if we look back to exhibit     12:27:30
```

| | | |
|---|---|---|
| 1 | ZACHARY NYE, Ph.D. | |
| 2 | 14B in your report, that's on page 11. | 12:27:37 |
| 3 | A.    Okay. | 12:27:46 |
| 4 | Q.    Do you agree that there was no | 12:27:46 |
| 5 | statistically significant impact on FCA's | 12:27:51 |
| 6 | stock price that day? | 12:27:53 |
| 7 | A.    I agree. | 12:27:55 |
| 8 | Q.    And then turning to paragraph | 12:27:56 |
| 9 | 373 to the complaint. | 12:28:01 |
| 10 | A.    Mm-hmm, I'm there. | 12:28:03 |
| 11 | Q.    It states that (as read): | 12:28:04 |
| 12 | On May 17, 2017 the European | 12:28:06 |
| 13 | Commission (EC) issued a press release | 12:28:11 |
| 14 | stating that it had decided to launch | 12:28:12 |
| 15 | an infringement procedure against | 12:28:13 |
| 16 | Italy for failing to fulfill its | 12:28:15 |
| 17 | obligations under EU vehicle | 12:28:17 |
| 18 | type-approval legislation with regard | 12:28:19 |
| 19 | to Chrysler automobiles. | 12:28:21 |
| 20 | Do you see that? | 12:28:22 |
| 21 | A.    Yes. | 12:28:23 |
| 22 | Q.    Do you have a view on whether | 12:28:24 |
| 23 | that added any incremental information into | 12:28:26 |
| 24 | the market? | 12:28:27 |
| 25 | A.    Not as I sit here today. | 12:28:28 |

```
 1                    ZACHARY NYE, Ph.D.
 2          Q.    And if we turn to exhibit B of      12:28:30
 3   your report on page 12.                          12:28:36
 4          A.    I am there.                          12:28:52
 5          Q.    Do you agree that on that           12:28:55
 6   date, on the day of the alleged disclosure,      12:28:58
 7   May 17, 2017, and the next day, there was no     12:28:59
 8   statistically significant impact on FCA's        12:29:02
 9   stock price?                                      12:29:04
10          A.    I agree.                            12:29:05
11                MR. LEVY:  I think we can break     12:29:09
12          for lunch.                                12:29:10
13                MR. LIEBERMAN:  Great.              12:29:10
14                THE VIDEOGRAPHER:  The time is      12:29:11
15          approximately 12:29.  We're going off     12:29:14
16          the record.                               12:29:17
17                         ---
18          (Lunch recess taken at 12:29 p.m.)        12:29:18
19
20
21
22
23
24
25
```

```
 1                    ZACHARY NYE, Ph.D.
 2           A F T E R N O O N     S E S S I O N
 3              (Time Noted:  1:19 p.m.)              13:18:34
 4                    THE VIDEOGRAPHER:  We're back    13:18:34
 5           on the record.  It's approximately       13:19:11
 6           1:19.  Thank you.                         13:19:12
 7                         _ _ _                       13:19:13
 8    Z A C H A R Y   N Y E, P h. D.,
 9         resumed as a witness, having been
10         previously sworn by the Notary Public,
11         was examined and testified further as
12         follows:
13    CONTINUED EXAMINATION
14    BY MR. LEVY:                                     13:19:14
15              Q.    Can you please turn to           13:19:14
16    paragraph 72 of your report.                     13:19:19
17              A.    Okay.  I'm there.                 13:19:25
18              Q.    And so you're not currently      13:19:27
19    offering to calculate classified damages in     13:19:30
20    that matter -- in this matter, is that right?   13:19:33
21              A.    That's correct.                  13:19:36
22              Q.    You're instead offering a        13:19:36
23    preliminary method of calculating damages, is   13:19:39
24    that an accurate description?                    13:19:40
25              A.    It's a general economic          13:19:42
```

| | | |
|---|---|---|
| 1 | ZACHARY NYE, Ph.D. | |
| 2 | framework for quantifying per-share damages on | 13:19:45 |
| 3 | a classwide basis.  It has -- it describes a | 13:19:48 |
| 4 | methodology based on an event study, or the | 13:19:52 |
| 5 | event study methodology that has been accepted | 13:19:55 |
| 6 | many, many times in federal securities | 13:20:00 |
| 7 | litigation. | 13:20:02 |
| 8 | And all I'm doing here is just | 13:20:03 |
| 9 | describing how it is done, you know, in a | 13:20:05 |
| 10 | general sense, and that I believe it's | 13:20:09 |
| 11 | applicable to this case. | 13:20:12 |
| 12 | Q.    And so you are not actually | 13:20:14 |
| 13 | offering a damages model now? | 13:20:16 |
| 14 | A.    No, I haven't quantified | 13:20:18 |
| 15 | per-share damages or examined loss causation | 13:20:23 |
| 16 | in this matter. | 13:20:25 |
| 17 | Q.    This is just kind of a | 13:20:26 |
| 18 | high-level general sense of what such a model | 13:20:28 |
| 19 | might look like? | 13:20:30 |
| 20 | A.    It's a -- it's describing the | 13:20:31 |
| 21 | general economic framework for quantifying | 13:20:33 |
| 22 | per-share damages on a classwide basis. | 13:20:36 |
| 23 | Q.    Okay.  In paragraph 74 you | 13:20:39 |
| 24 | write that (as read): | 13:20:42 |
| 25 | Price inflation may be measured | 13:20:44 |

```
 1              C E R T I F I C A T E

 2   STATE OF NEW YORK      )

 3   COUNTY OF NEW YORK     )

 4              I, FRANK J. BAS, a Registered

 5   Professional Reporter, Certified Realtime

 6   Reporter and Notary Public within and for the

 7   State of New York, do hereby certify:

 8              That ZACHARY NYE, Ph.D., the witness

 9   whose testimony is hereinbefore set forth, was

10   duly sworn by me and that such testimony given

11   by the witness was taken down stenographically

12   by me and then transcribed.

13              I further certify that I am not

14   related by blood or marriage, to any of the

15   parties in this matter and that I am in no way

16   interested in the outcome of this matter.

17              That any copy of this transcript

18   obtained from a source other than the court

19   reporting firm, including from co-counsel, is

20   uncertified and may not be used at trial.

21              IN WITNESS WHEREOF, I have hereunto

22   set my hand this 2nd of February, 2018.

23              Frank J. Bas
                FRANK J. BAS, RPR CRR
24              STATE OF NEW YORK
                Notary Public No. 01BA6260327
25              (My commission expires 4/30/2020)
```