UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GARY KOOPMANN, TIMOTHY KIDD and VICTOR PIRNIK, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff(s),<br><br>v.<br><br>FIAT CHRYSLER AUTOMOBILES N.V., FCA US LLC, SERGIO MARCHIONNE, RICHARD K. PALMER, SCOTT KUNSELMAN, MICHAEL DAHL, STEVE MAZURE and ROBERT E. LEE<br><br>Defendants. | Civ. Action No: 15-cv-07199-JMF<br><br>**CLASS ACTION** |

**DECLARATION OF JEREMY A. LIEBERMAN**

I, Jeremy A. Lieberman, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am a partner of the law firm of Pomerantz LLP, appointed by the Court as Co-Lead Counsel in this action. I am personally involved in the representation of Plaintiffs and the putative class and submit this declaration in support of Plaintiffs' Letter Motion Seeking Order Granting Leave to take 40 Depositions. I have personal knowledge of the matters set forth herein.

2. Attached hereto as Exhibit 1 is a true and correct copy ███████████████████████████████████████████████████

3. Attached hereto as Exhibit 2 is a true and correct copy ███████████████████████████████████████

1

4.      Attached hereto as Exhibit 3 is a true and correct copy ████████████

████████████████████████████████████

5.      Attached hereto as Exhibit 4 is a true and correct copy of Defendants' Amended Initial Disclosures Pursuant to Rule 26(a)(1), dated December 11, 2017.

6.      Attached hereto as Exhibit 5 is a true and correct copy of an email communication sent by Josh S. Levy to Michael J. Wernke, cc'ing Veronica V. Montenegro, Sara Fuks and Jonathan Stern, dated March 29, 2018.

7.      Attached hereto as Exhibit 6 is a true and correct copy of an email communication sent by Josh S. Levy to Michael J. Wernke, cc'ing Veronica V. Montenegro and Sara Fuks, dated May 3, 2018.

8.      Attached hereto as Exhibit 7 is a true and correct copy of an email communication sent by Josh S. Levy to Michael J. Wernke, cc'ing Veronica V. Montenegro and Sara Fuks, dated May 4, 2018.

9.      Attached hereto as Exhibit 8 is Plaintiffs' Schedule of Necessary Deposition Witnesses.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of May 2018, in New York, NY.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman