# Exhibit 1

# PT Application Engineering





Authorized: 226
NBU: 225
NBU Actual: 218
SBU: 1
SRA Auth: 38
SRA's: 47

**7900** — Mark Shost, Director of PT Application Engineering

**7420** — Kate Newman (c), Business Coordinator/Administrative Assistant

**7420** — Robert Forgiel, Pt Driveability & Emissions

**7890 / 7760** — Cheryl Stark, OBD/ETC Cal. & Compliance

**7730** — Bob Nankee, OBD Cert & Regulatory Planning

**7850** — Dan Hennessy, Diesel & Specialty Gas Drivability & Emissions

**7830** — Edward Czarnecki, Project Coordination

**7670** — Ray Tessier Jr., 948TE Transmission Calibration

**7220 / 7680** — Joseph Adams, RWD/Corp/Purch. Torque & Trans Cal.

**7730** — Mike Zammit, PT After-treatment Systems

**7610** — John Phillips, Powertrain Calibration Innovation and Technical Problem Solving Manager

**7900** — Tim White, Head of 9-Speed Application Task Force

Revised on 05/16/14

# Gas PT Drivability & Emissions

CHRYSLER

- **7420 Robert Forgiel** — PT Drivability & Emissions
  - **Melissa Westphal** (C) — Business Coordinator
  - **Kerry Franks** — WGE & 2.0L Tigershark PF
    - Peter Church — WGE, C-Segment
    - Glen Hillaker — Emissions
    - Ben Hoffman — WGE, D-Segment
    - Mike Birt (c) — Vehicle Engineer
    - Josh Macchiavello — WGE, Torque, Tools
    - Xiaowei Ng — Purge, Knock, FFV, PF Cal
    - Paul Harris — Idle, Start PF
    - Robert Abader — Engineer
    - Colin Haire — DL CNG
  - **Tracy Muchler** — 2.4L TS & DE
    - Evan Xiao (7720) — Emissions, WR02
    - Troy Messick — Multi-Air
    - Eric Strome — Start/Stop
    - Uday Uppala (c) — Calibration Engineer ACS Stop/Start
    - Chad Dalberg — Calibration Engineer Therma/Model
    - Kevin Ohlrogge — Start FFV
    - Tom Kuzak (c) — WK/WD/WS E. Wing Emissions
    - Sean Kim — Calibration Engineer Emissions WR02
    - Tom Dougan (c) — Calibration Engineer Starts E-Wing
    - John Buchanan(c) — Veh. Eng.
    - Cody Finnegan — Calibration Engineer Idle
  - **Tom Jones** — Pentastar RWD
    - Jim Dowbenko — Emissions, starts O2 Control, ICFC
    - Bob Johann — DS/WDWK Cal Lead FFV,ESS,PTTM
    - Jeff Frost — Knock, Spark Starts, DSOP
    - Guntas Malhotra — ESS, Emissions Starts
    - Bjorn Anderson — JK/WDWK Cal Lead Emissions
    - Roman Mleczek (c) — Vehicle Update Mgt. / Test Sup.
    - Sujith Gunti (c) — SAQ
    - John Doane — Gas Flows/Spark Thermal
    - TBD — Req# 1002519
    - TBD — Req# 1002523
  - **Jason Wielenga** — Pentastar FWD
    - Greg Beverly — Rolls, KL Emissions VVT, 02 Feedback
    - Dennis Jeng — Start/ESS
    - Cheol Lee — FFV, Torque Model, Idle Control
    - Matthew Shook (c) — Pentastar Vehicle Engineer
    - Nick Hansen
    - Kevin Farrugia — Purge, DSOP, RT/JC/JS Emissions
    - Brian Conser — UF Emissions/ ICFC
    - Dhruvang Rathod (c) — VF/Thermal Model Idle Speed
    - Armando FierroFletes — RT/JS/JC Drivability Cal
    - TBD — Req# 1002520
  - **3.0L Pentastar, China**
    - TBD
    - Iqbal Chowdhury — 3.0L China
  - **Jim Wallace** — Eagle
    - Robert Brys — Evap, ESS DS 8HP70
    - Peter Rathsack — Gasflow, Transient Fuel LD/LX/LA 8HP70
    - Farris Riaz — Thermal Mgmt, MDS, LC/LA MT, LD/LX/LC WA580
    - Jacob Griffin — ICFC, Dyno Interface, DS 65RFE
    - Phil Czerniak (c) — Vehicle Engneer
    - Aditya Utturkar(c) — Emissions & Data Analysis
    - David Daunter — WK/WD
    - Jabous Weaver (c) — Hemi Calibration
    - Tom Burger — VLQ Calibration
  - **Greg Stauffer** — 5.7L CNG GHL BGE
    - Carlos Gomez — DL CNG Calibration
    - Clayton Cooper — Engineer
    - Jim Harrison (c) — BGE Thermal
    - Nick Ekladyous (c) — Cal. Engineer
    - Cody Crane — BGE Torque
    - Garet McConnell — BGE Knock
    - Bill Gadwell — BGE HD Emissions Purge
    - Natalie Reeder — BGE MD Emissions ICFC/DFT
  - **Michael Emmorey** — Methodology Manager
    - Abhijit Nikam (c) — COE Process
    - Satya Bhatt (c) — COE Process
    - James V. Smith — COE Process

NBU Authorized: 61
NBU Actual: 47
SBU: N/A
SRA Authorized: 12
SRA: 17

On Loan to 7720
Jim Jamrog
Pzemyslaw Pikul
Dan Blokker

C = Contract/SRA
JS = Job Share
--- PS = Purchased Service
L = Loaner to Dept

Revised on 05/16/14





# OBD/ETC Calibration & Compliance




# PT Torque & Transmission Calibration

CHRYSLER

- **7220/7680 — Joseph Adams** — RWD/Corp/Purch. Torque & Trans Cal.
  - **7680 — Craig Ashmore** — Adv'd Torque Supervisor, SRT, Adv'd Tools
    - Ben Moeller — 6.4L SRT 8HP70 SRT W/L
    - Ryan Masters — Fwd c/o VF 3.6L 6.4L MTX
    - Brace Bade — PTC Torque Adv'd 6.2 MTX
    - Sylvia Reiser — MatLab Adv'd
    - TBD — Req # 1008280 Adv'd Features
    - TBD — Req # 1008281 Adv'd Tools and Simulation
  - **7680 — Mike Hagen** — Manager, RWD Torque Control & Drive Strategy
    - Seth Buchinger — 5.7L 8HP70 Torque Control Lead
    - Will Weissberg — 3.6L Phx Renewal
    - Weston Hages — 3.6L DS, C/O 3.6L 3.2L LA
    - Brandon Armstrong (c) — 3.0L China 3.6L 8HP WK
    - Jeff Holley — 5.7L LA
    - Jeong Kim — 5.7L DS
    - Chris Pueppke — 6.4L BGE DJ/DD/DP/D2
    - Nicholas Ridenour — Torque CIE
    - Dustin Kolodge — 5.7L/8hp70 (A580) Drive Strategy Lead
    - Paul Tuttle — 3.6L/5.7L WK 300 hp L c/o
    - Kevin Klueck — 3.6L DS 3Ltd DS 3L China
    - Caitlin Bunt — 5.7L L's
    - Michael Cooper — (PS) 5.7L DS/6.4L SRT
    - John Keyser — 3.0L 845 RE
    - Kyle Schumaker — 6/4L SRT 8HP70
    - Vincent Polzin — 3.6 LX/LD/LA Drive Strategy
    - Michael Hargreaves — A580 (Police/JK/LX)
  - **7220 — Jim Merner** — Manager, RWD Shift Control, Purchased/Corps Trans
    - Thirumal Nagadi — 6.7L Diesel HD Trk RFE Lead
    - Asim Ashraf — RFE CNG
    - Dana Tousley — Aisin HD Cummins/BGE
    - Weija Cui — 66RFE
    - Venkata Arumalla — RFE Diesel 68RFE
    - Bryan Wright — BGE RFE
    - Javed Dada — Pressure Control Specialist ATSYS Lead
    - Jeff Ross — WK 3.6L 845RE
    - Usman Khan — DS Garage Shift/ ESS
    - Rahul Rangarajan — LX 3.2/3.6L 845RE
    - Chris Wahl (c) — Engr. Support
    - Fady Yousif — 3.6L LA ATSYS SRT ATSYS
    - Ken Nelson (C) — 8HP70SQ
    - TBD (C) — Req# 1008282 8HP70SQ
    - Brandon Rogers — Summer Intern
  - **7220 — Steve Barrer** — Manager, FWD Shift Control, Purchased/Corp Trans
    - Rita Cicinelli — Transmission Quality
    - Ajit Alfred (PS) — Quality Engineer
    - Damien Subora — ProActive Quality
    - Anthony Bootka(c) — ProActive Quality
    - Deepak Hosmane — ProActive Quality (PS)
    - Julie Starr — Summer Intern
    - TBD (c) — SQA/AVLDRV
    - Bill Gorsuch — 62TE Lead
    - Brandon Guelde — (PS) (IAV) 62TE Quality
    - Abhy Mane — (PS IAV) 62TE Quality
    - Bruce Chapman — Fleet/Instr Mgmt DVPR/Test Coord.
    - Krishna Soudararajan — FWD Purch Lead
    - Ali Abdulsaid — BA Asin DDCT PF
    - Brian Morrison — BF Aisin DDCT BF
    - Dave Fathy — FF Abarth Asin
    - Blair Weston (PS) — HPT 2.4L MK
    - Chingwa Shin — Aisin (LTV

NBU Authorized: 38
NBU Actual: 41
SBU: N/A
SRA Authorized: 6
SRA Actual: 5

C = Contract/SRA
JS = Job Share
--- PS = Purchased Service
L = Loaner to Dept

Revised on 05/16/14





# 948TE Transmission & Torque Calibration

CHRYSLER

**7670 — Ray Tessier Jr.** — 948TE Transmission Calibration Manager

NBU Authorized: 24
NBU Actual: 24
SBU: N/A
SRA Authorized: 3
SRA Actual: 5

## TBD — Manager Transmission Calibration – Drive Strategy

- Lorenzo Biundo — Lead Drive Strategy Cal Engr KL 2.4L, UF 2.4L
- Stefan Kalmbach — Drive Strategy Cal Engr. '15UF 3.6L
- Christian Malcolm — Drive Strategy Cal Engr KL 2.4 L
- Syed Ali — Drive Strategy Cal Engr Feature Calibration
- Clark Richardson (PS — Drive Strategy Cal Engr. BU 2.4L, FB 2.4L (US)
- Nicholas Stack (PS) — Drive Strategy VM 2.4L non-NAFTA (US)
- Kaushik Shanboug (c) — Drive Strategy Feature Calibration
- Ferdinand Baessler (PS) — Drive Strategy . (Germany)
- Thomas Ratzmann (ZF) — Drive Strategy Cal Engr
- Christian Jung — Drive Strategy Cal Engr (AVL-EMEA)l-
- Susan Fricker Int'l — Cal & Cal Resource Supervisor
- Rick Schock (c) — Vehicle Engineer
- Laura Corvino (c) — Business Coordinator
- Req # 1003752 (c) — Vehicle Engineer
- Req # 1006820 — Sr. ASIS Cal Engr.
- Req # 1006822 — ASIS Cal Engr.

## Daniel Baibak — 948TE Torque Control Supervisor

- Britton Alexander — Sr. Torque Control Cal Engineer 2.4L UF
- Carl Cao — Sr. Torque Control Cal. Engr 2.4L KL/VM
- Nick Hunt — Sr. Torque Control Cal Engineer 2.4L BU/FB
- Michael Kotsonas — Sr. Torque Control Cal Engineer 3.6L
- John Prevost — Sr. Torque Control Cal Engineer 3.2L
- Torque Control Engineer — Req # 1005935
- Torque Control Engineer — Req # 1007886
- Jeff Brandon (4-1) — 948TE Calibration Math Tools Lead
- Zhi Lu (c) — Math Based Cal

## Jason Frisch — 948TE Shift Quality (ATSYS) Cal. Mgr

- William (Dirk) Mayhew — Senior ATSYS Specialist & RU 3.6L
- Peter Savage (PS) — Shift Quality Calibration 2.4LBU/2.4LFB/2.4LVM
- Peter Woodbridge 6-14 — Shift Quality Cal Engineer KL/UF2.4L
- Ryland Rodman — 948TE ATSYS Test Engineer KL 6.2L/UF 3.6L
- Richard Hilmes — 948TE ATSYS Adapt Test Engineer
- Joe Ivacko (c) — Torque Converter Clutch Specialist
- Steven Christ — Shift Quality Cal Engr. 2.0L/2.2L Diesel KL/BU/FB/RU
- Matthias Nerz (PS) — ZF Chrysler 2.4L ATSYS Cal Engineer (Germany)
- Cem Toksoex (PS) — ZF Chrysler 202L D ATSYS Cal Eng (Germany)
- Req #1005301 — ATSYS Cal Engr
- Req # 1007894 — ATSyS Cal Engr
- Stefan Giere (PS) — ZF Chrysler Account Shift Quality Man (Germany)
- Sebastian Eble (PS) — ZF Chrysler 3.6L ATSYS Cal Eng (Germany)
- Alex Jensch (PS) — ZF Chrysler 2.4L ATSYS Cal Eng (Germany)
- Urs Boecher (PS) — ZF Chrysler 3.2L ATSYS Cal Eng (Germany)
- Patrick Schatz (PS) — AVL K4/BU 1.4L ATSYS Tech Manager (US)
- Frederic Boissinot (PS) — AVL K4/BU 1.4L ATSYS Account Manager (US)
- ZF ATSYS Resident Engineer (US) — TBD (PS)
- Scott Shockley (PS) — ZF Fleet Support US Engineer (zf)
- Johannes Boes (PS) — ZF Resident US Engineer (zf)
- Req # 1007896 — ATSYS Cal Engr
- Req # 1007896 — ATSYS Cal Engr
- Req # 1006769 — Lead ATSYS Cal Engr Int'l

## Cory Bruckner — PT Cal Benchmarking & Team Support Supervisor

- Vanessa Vitso — BSG & ESS Lead
- Scott Gittins — 948TE Terrain Mode Benchmarking & Cal
- Jason Reamy — Benchmarking/Test Engr.
- Joel Teichman — Drv Strategy Cal Engr '14-'15KL 2.4L
- Andrew Kendall — Benchmarking/Test Engr.
- Quincy Schultz — Benchmarking/Test Engr Starts April 1st
- *Tianwei Sun — ESS/BSG Transmission Cal*
- Req # 1007165 — ESS/BSG
- Req #1006797 — ESS/BSG Transmission
- Req #1007161 — TransmissionCal & Test
- Req # 1006847 — Benchmarking/Test
- Req # 1007887 — Benchmarking/Test r
- Req #1007162 — TransmissionCal & Test

C = Contract/SRA
JS = Job Share
--- PS = Purchased Service
L = Loaner to Dept





# Advanced Catalyst & Regulatory Planning

CHRYSLER

NBU Authorized: 13
NBU Actual: 15
SBU: 1
SRA Authorized: 2
SRA Actual: 1

C = Contract/SRA
JS = Job Share
--- PS = Purchased Service
L = Loaner to Dept

Revised on 05/16/14




# PT Project Coordination



NBU Authorized: 9
NBU Actual: 6
SBU: N/A
SRA Authorized: 1
SRA Actual: 1

**7830**
Edward Czarnecki
Project Coordination

- TBD
  Req # 1004819
- Basman Zayya
  HPT Transmission
  Tigershark
  BSG
- Dan Du Rocher
  V6/Hurricane
  PentaStar
- Marvin Higgins
  BGE CNG AISIN Trans/
  Pentastar Classic 8 Speed
  Transmission
- Trent Brown (c)
  9 Speed Application

- Fariba Hollister
  FIRE Engines
  PHEV
- Tanigha Ferrell
  GMETV6
- Denise Schuh
  Intl Programs
- Gary Arquette (c)
  Pentastar Upgrade
- Req # 1001946

C = Contract/SRA
JS = Job Share
--- PS = Purchased Service
L = Loaner to Dept

Revised on 05/16/14

# Diesel & Specialty Gas PT Drivability & Emissions





NBU Authorized: 10
NBU Actual: 16
SBU: N/A
SRA Authorized: 1
SRA Actual: 3

**7850 Daniel Hennessy** — Diesel/Specialty Gas D&E

- **7850 Mark O'Donovan** — PT Diesel Applications
  - Tom Larose — Diesel Engineer
  - Derek Fogarty (c) — Diesel Engineer
  - Christopher Swoish — Diesel Cal Engineer
  - Paul Dudley — Diesel Engineer

- **7850 Justin Kollien** — PT Diesel OBD
  - Kim Person — Diesel PT D&E Calibration
  - Vijay Agrawal — Engineer
  - Jacob Morales — Engineer
  - TBD — Req # 1005850
  - TBD — Req # 1005851

- **7850 Paul Adamovicz** — Fire 1.4L Turbo
  - Brent Feasel — BF
  - Alex O'Neil — PF
  - Shreyas Venkataraju (C) — Engineer
  - Brandon Maierle — PF, Ewing, AGS
  - Nigel Schuh (c) — Vehicle Engineer
  - Andre Lorico — Emissions
  - Gilberto Giacomini (PS) — Magnetti Marelli
  - Marco Guazzarini (PS) — Magnetti Marelli
  - Andrea DeVellis (PS) — Magnetti Marelli

- **7850 Paul Gregor** — 1.4L NA, 1.8l GDI, 2.0L/2.2 Diesel
  - Evan Nelson — 1.4L N/A Engineer
  - Rohit Allen — 2.0/2.2l Diesel Engineer
  - Thomas Buffamonte — 2.0/2.2l Diesel Engineer
  - TBD

C = Contract/SRA
JS = Job Share
--- PS = Purchased Service
L = Loaner to Dept

Confidential Business Information
Confidential
2016FCA0000386
FCA-PIRNIK-001038926

<mark>Case 1:15-cv-07199-JMF   Document 201-1   Filed 05/14/18   Page 10 of 10</mark>

# PT Calibration Innovation and Techincal Problem Solving





NBU Authorized: N/A
NBU Actual: N/A
SBU: N/A
SRA Authorized: N/A
SRA Actual: N/A