# Exhibit 2

# VEHICLE SAFETY & REGULATORY COMPLIANCE
## Vehicle Certification



**Vehicle Certification**
Steve Mazure

- **Vehicle Intl. Emissions Cert.** — Meena Patel
- **Vehicle Intl. Emissions Cert.** — Todd Groghan
- **Certification Responsible** — Morrie Lee
  - **NAFTA Certification** — TBD
  - **NAFTA Certification** — Ellis Jefferson
  - **NAFTA Certification** — Joseph Ryan
  - **NAFTA Certification** — Beth Borland
  - **Testing/DB/ Agency Liaison** — James Smith
- **Compliance Responsible** — Paul Mendrick
  - **FE/Emissions/ ZEV Compliance** — Jeff Stilman
  - **Build Compliance** — Kelli Myers
  - **Emission Defect Reporting** — Mark Finsterwald
  - **Emission Defect Reporting** — Dennis Rakicki
  - **Emissions Compliance/ Reporting** — Jeremy Hamer
- **Vehicle Chemicals / SOC** — Chris Sidney
  - **SOC Compliance Responsible** — Brandi Lapere
  - **IMDS Data Responsible** — Kirsten Scicluna
- **HD Emissions, ELV & Fleet CNG** — Nakia Simon
  - **Global ELV Coordinator** — Darnell Jones
  - **Global ELV Support** — TBD
- **Vehicle Intl. Emissions Cert.** — Jose Luis Angelos Lopez

*March 2, 2016*

Confidential