# Exhibit 3



# VM North America Organization Chart



- **CHAIRMAN** — Fred Cartwright
- **CEO** — Giorgio Garimberti
- **VM NORTH AMERICA INC. President** — Raffaele De Vivo
- **VM TECHNICAL DIRECTOR** — Gianluca Sabbioni
- **VM MANAGER, AUTOMOTIVE ENGINE DESIGN** — Mauro Puglia
- **VM CALIBRATION ENGINEER & ADV. RESEARCH** — Sergio Pasini
- **DESIGN SUPPORT** — Barry Dobar
- **DESIGN SUPPORT** — Ivonne Bosch
- **PROG. MANAGER** — Ken Goss
- **PROG. MANAGER** — Nicola Tonin
- **DURABILITY & CERT.** — Giorgio Zacchi
- **DURABILITY & CERT.** — Spencer Schipper
- **CALIBRATION ENG.** — Marco Forlani
- **CALIBRATION ENG.** — Michele Padovan
- **CALIBRATION ENG.** — Riccardo Pettazzoni
- **CALIBRATION LEADER** — Emanuele Palma
- **CALIBRATION ENG.** — Matt Lipkowitz
- **CALIBRATION ENG.** — Johnathon Cato / Michael Koch
- **CALIBRATION ENG.** — Donald Yearby
- **CALIBRATION ENG.** — Curtis Easterling
- **SERVICE TECHNICIAN** — Mike Jaworski
- **QUALITY SUPPORT** — Eric Rocco / Anwer Zaidi
- **CUSTOMER REP.** — Diana Dupuie

1