July 25, 2018

Via ECF

The Honorable Jesse M. Furman,
    United States District Judge,
        United States District Court for the Southern District of New York,
            40 Foley Square,
                New York, New York 10007.

        Re:    *Pirnik et al.* v. *Fiat Chrysler Automobiles N.V., et al.*,
                  No. 15 Civ. 7199 (JMF)

Dear Judge Furman:

        On behalf of the parties in the above-referenced action, we write in response to Your Honor's July 18, 2018 Order (ECF No. 235) to provide an update on the parties' efforts to schedule the deposition of Plaintiffs' final fact witness, who had been Sergio Marchionne (until recently, FCA's Chief Executive Officer).

        As has been widely reported over the past few days, Mr. Marchionne recently suffered unexpected complications while recovering from surgery. These complications worsened significantly in the past week, and this morning, Mr. Marchionne passed away. The parties are currently discussing alternative options with respect to Plaintiffs' final fact witness deposition. Given these recent events, the parties request an additional week (*i.e.*, to August 1) to reach resolution on this matter and then report back to the Court.

|  |  |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| */s/ Michael J. Wernke* | */s/ William B. Monahan* |
| Michael J. Wernke | William B. Monahan |
| Pomerantz LLP | Sullivan & Cromwell LLP |
| 600 Third Avenue, 20th Floor | 125 Broad Street |
| New York, New York 10016 | New York, New York 10004 |
| (212) 661-1100 | (212) 558-4000 |
| mjwernke@pomlaw.com | monahanw@sullcrom.com |
| ***Counsel for Plaintiffs*** | ***Counsel for Defendants*** |