# Exhibit A

PATRICK MAIO - 08/22/2018

```
 1

 2   IN THE UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 3   ----------------------------------------x
     GARY KOOPMAN, TIMOTHY KIDD and
 4   VICTOR PIRNIK, Individually and on
     Behalf of All Others Similarly
 5   Situated,

 6                     Plaintiffs,

 7                     Case No.
     v.                      15-cv-7199(JMF)
 8

 9   FIAT CHRYSLER AUTOMOBILES N.V.,
     SERGIO MARCHIONNE, RICHARD K.
10   PALMER, and SCOTT KUNSELMAN

11                     Defendants.

12   ----------------------------------------x

13                          10:10 a.m.

14                          August 22, 2018

15
                            125 Broad Street
16                          New York, New York

17

18          VIDEOTAPED DEPOSITION of PATRICK MAIO, a

19   Witness in the above entitled matter, pursuant to

20   Order, before Stephen J. Moore, a Registered

21   Professional Reporter, Certified Realtime Reporter

22   and Notary Public of the State of New York.

23

24

25
```

```
 1                          PATRICK MAIO

 2

 3    A P P E A R A N C E S:

 4           THE ROSEN LAW FIRM, P.A.

 5                   Attorneys for Plaintiffs and Class

 6                   275 Madison Avenue, 34th Floor

 7                   New York, New York 10016-2498

 8

 9           BY:    SARA FUKS, ESQ.

10                  sfuks@rosenlegal.com

11

12           POMERANTZ LLP

13                   Attorneys for Plaintiffs and Class

14                   600 Third Avenue

15                   New York, New York 10016

16

17           BY:    VERONICA MONTENEGRO, ESQ.

18

19           SULLIVAN & CROMWELL LLP

20                   Attorneys for Defendants

21                   125 Broad Street

22                   New York, New York  10004-2498

23           BY:    TASHA N. THOMPSON, ESQ.
                    - and -
24                  MICHAEL T. TOMAINO, JR., ESQ.

25
```

1                        PATRICK MAIO

2   EXAMINATION BY                          PAGE

3   MS. THOMPSON                               5

4   MS. FUKS                                  76

5   MS. THOMPSON - Continued                  80

6

7                  E X H I B I T S

8

9   1     Phone bill of Patrick Maio from    14    8

10        January and February of 2017

11        (redacted)

12

13  2     Declaration of Alex Crabb          43   10

14

15  3     Excerpt from the Complaint         75   25

16

17

18

19

20

21

22

23

24

25

1                    PATRICK MAIO

2            THE VIDEOGRAPHER:  We are now

3    going on the record.  This is media 1 of

4    the video deposition of Patrick Maio.

5            Today is Wednesday, August 22,

6    2018, and the time is approximately 10:07.

7    This is the case entitled Gary Koopman,

8    Timothy Kidd and Victor Pirnick versus

9    Fiat Chrysler Automobiles, filed in the

10   State of New York, case number 15 CV

11   07199-JMF.

12           The deposition is being held at 125

13   Broad Street, New York, New York.

14           My name is Rocky Mercurio, the

15   videographer, and the certified court

16   reporter is Stephen Moore.

17           Will counsel please introduce

18   yourselves and whom you represent for the

19   record.

20           MS. THOMPSON:  Tasha Thompson

21   from Sullivan & Cromwell on behalf of

22   Defendants, and Michael Tomaino from

23   Sullivan & Cromwell for Defendants.

24           MS. FUKS:  Sara Fuks from The

25   Rosen Law Firm on behalf of Plaintiffs

Case 1:15-cv-07199-JMF   Document 248-1   Filed 09/04/18   Page 6 of 104

```
 1                        PATRICK MAIO
 2         and the class.
 3                 MS. MONTENEGRO:  Veronica
 4         Montenegro from Pomerantz on behalf of
 5         the Plaintiffs and the class.
 6                 THE VIDEOGRAPHER:  The court
 7         reporter will now swear in the witness
 8         and then we can proceed.
 9
10   P A T R I C K    M A I O,   called as a witness,
11         having been first duly sworn by the Notary
12         Public, was examined and testified as
13         follows:
14
15   EXAMINATION BY
16   MS. THOMPSON:
17
18         Q     Good morning.
19         A     Good morning.
20         Q     My name is Tasha Thompson, and
21   I'll be asking you a few questions today.
22                 Before we get started, could you
23   just state your name and home address for the
24   record?
25         A     Yes, my name is Patrick Maio,
```

```
 1                    PATRICK MAIO
 2   M-a-i-o, and my home address is ████████
 3   ████████████████████████████.
 4          Q      Have you ever been deposed,
 5   Mr. Maio?
 6          A      No.
 7          Q      So the way it works today is
 8   that I will just ask you some questions, and
 9   you do have to answer the questions, unless
10   your counsel instructs you specifically not to
11   answer them.
12                 Do you understand that?
13          A      Yes.
14          Q      If you don't understand a
15   question, please ask me for clarification.
16                 If you don't ask, I will assume
17   that you understood.  Does that make sense?
18          A      Yes.
19          Q      Is there any reason that you
20   can't testify truthfully today?
21          A      No.
22          Q      Do you know why we are here
23   today?
24          A      We are here today so you can ask
25   me questions because of, I guess there is a
```

```
 1                        PATRICK MAIO
 2   discrepancy in the testimonies and what I have
 3   provided as far as information to the other law
 4   firms.
 5           Q      How did you first learn of this
 6   deposition?
 7           A      How did I first learn?
 8           Q      That you were going to have to
 9   be deposed today?
10           A      I was notified what, August,
11   early August that I would have to be coming
12   here to New York to basically be deposed.
13           Q      Who told you?
14           A      My boss, initially.
15           Q      Did you do anything to prepare
16   for the deposition?
17           A      Spoke with lawyers, with Rosen
18   and Pomerantz, and reviewed documents.
19           Q      What documents did you review?
20           A      Well, my notes, some information
21   that I provided to my boss regarding the
22   interview, that was put in a prepared format.
23                  And that was it.
24           Q      Who prepared the format?
25           A      Me.
```

```
 1                          PATRICK MAIO
 2          Q        Did any of the notes or the
 3   documents that you reviewed remind you of any
 4   details of your investigation that you had
 5   forgotten?
 6          A        Remind me, yeah.  I mean, it's
 7   been almost a year and a half, so, yes.
 8          Q        Which documents reminded you of
 9   those?
10          A        All of it; nothing in
11   particular.
12          Q        Did you do anything else to
13   prepare for today?
14          A        For today, I spoke with my boss
15   at On Point, and also I spoke with the
16   attorneys representing the Plaintiffs in this
17   case.
18          Q        Who is your boss at On Point?
19          A        You are going to make me
20   pronounce his last name, Chris Szechinski.
21          Q        Could you please spell that?
22          A        Oh, God.
23          Q        If you can.
24          A        It's not going to be correct,
25   but I'll give it a good shot,
```

```
 1                     PATRICK MAIO
 2   S-z-e-c-h-i-n-s-k-i, something of that sort.
 3               I mean, it's a pretty consonant
 4   riddled name.
 5        Q     Fair enough.
 6               So, you mentioned that you work
 7   for On Point?
 8        A     Yes.
 9        Q     When did you start?
10        A     I had two stints.  The first
11   time would have been in late '14 for about a
12   month, month and a half as an independent
13   contractor.
14               And that would have been in,
15   don't hold me to the dates exactly, but
16   September, October of 2014.
17               And then I moved right -- I'm a
18   newspaper reporter by trade, so I took a job
19   with San Diego Union Tribune, and the last time
20   I joined Chris would have been beginning in
21   October of 2016.
22        Q     Has your position at On Point
23   changed since you joined in October of 2016?
24        A     I am not doing -- currently I'm
25   not doing research any longer for -- in cases
```

```
 1                        PATRICK MAIO
 2   that he's working on.
 3         Q       When did that change?
 4         A       When I started teaching at the
 5   University of Southern California, writing.
 6         Q       Writing is what you teach?
 7         A       Yes.
 8         Q       One of your assignments for On
 9   Point was an investigation in connection with
10   this case, right?
11         A       Yes.
12         Q       When did you receive that
13   assignment?
14         A       I can't remember specifically
15   the date, but I would surmise it was probably
16   in early February of 2017.
17                 And the reason I surmise that is
18   again, it was a year and a half ago, but the
19   reason I surmise that is because my first memos
20   were written about that time.
21                 So if they are dated then, then
22   that must have been when I started.
23         Q       How many memos did you write in
24   connection with this assignment?
25                 MS. FUKS:  Objection.  This goes
```

```
 1                      PATRICK MAIO
 2          beyond the scope of the deposition as
 3          ordered by the court.
 4          Q      Are you going to answer my
 5   question?
 6                  MS. FUKS:  I am instructing him
 7          not to answer because it's beyond the
 8          scope.
 9                  MR. TOMAINO:  How about if she
10          asks how many memos did he prepare of
11          his conversation with Mr. Crabb?
12                  We are entitled to that, right?
13                  MS. FUKS:  Yes.
14                  MR. TOMAINO:  Why don't you ask
15          that question, why how many memos did
16          you write in connection with your
17          interview of Mr. Crabb, or interviews?
18          A      Just one.
19          Q      How many times did you speak
20   with Mr. Crabb?
21          A      Once.
22          Q      For your assignment, was there a
23   deadline to complete the assignment?
24          A      A deadline, my job is to write
25   them as quickly as possible within a short
```

```
 1                        PATRICK MAIO
 2   amount of time after I do the interview.
 3           Q       Was there a deadline to complete
 4   the investigation as a whole?
 5           A       I'm not privy to that
 6   information.  I mean, that's Chris' job, and I
 7   just follow his orders on speaking to people.
 8           Q       Did Chris give you any deadline
 9   for turning in any memos?
10           A       "Get it done."
11           Q       What was the goal of your
12   assignment?
13           A       Interview people -- what is the
14   goal that Chris gave me?
15           Q       Yes.
16           A       Interview people and ask them
17   about their former employment, about what they
18   did, generally speaking.
19           Q       So, did you exclusively
20   interview former employees?
21           A       Yes.  Yes.
22           Q       Was that an instruction that you
23   received from Chris?
24           A       I'm not permitted to speak to
25   current employees.
```

```
 1                        PATRICK MAIO
 2         Q      Who gave you that instruction?
 3         A      Chris.
 4         Q      Chris, and --
 5         A      And I do what he tells me to do.
 6         Q      Understood.
 7                How did you know when you were
 8   through with the assignment?
 9         A      I thought I was through with it
10   in February of 2017.
11                So in the back of your mind I
12   suppose there is probably a thought that it may
13   never be done, because of something like this
14   that may occur.
15                But, I turn in my memo, and he
16   turns it in to whomever he turns it in to.
17                I don't ask a lot of questions
18   about who he turns it in to, specifically,
19   again, it's not my job responsibility.
20                But yeah, I thought I was done
21   with it probably in February, early February of
22   2017.
23                And then I move on.
24         Q      So, the conversation you had
25   with Mr. Crabb was in February of 2017, right?
```

```
 1                       PATRICK MAIO
 2         A       February 7 at 6:11 p.m.
 3                 MS. THOMPSON:  I am handing the
 4         court reporter a document to mark as
 5         Exhibit 1.
 6         A       Did I get that date right?
 7                 (The above described document was
 8         marked Maio Exhibit 1 for identification
 9         as of this date.)
10         Q       So, we have just marked as
11   Exhibit 1 your phone bill from January and
12   February of 2017, is that right?
13         A       Let me look.  It looks to be
14   that, yes.
15         Q       Or at least a heavily redacted
16   version?
17         A       Yes, this is my phone bill.
18         Q       On the front page here it lists
19   four different phone numbers.  Do you see that?
20         A       Yes.
21         Q       Are all of those your phone
22   numbers?
23         A       They are on my family plan;
24   wife, two kids.
25         Q       Which one do you use?
```

```
 1                        PATRICK MAIO
 2             A        ███████████.
 3             Q        All right.  If you turn to page
 4      20 using the numbers at the top of the records
 5      here.
 6             A        Okay.
 7             Q        You will see the only unredacted
 8      information on this page seems to indicate that
 9      you had a 46 minute phone call with a Colorado
10      phone number at 6:11 p.m. on February 7 of
11      2017, is that right?
12             A        Yes.
13             Q        Is that Mr. Crabb's phone
14      number?
15             A        Yes, that's the one I reached
16      him on, so --
17             Q        Did you ask if he was in
18      Colorado at the time?
19             A        That came up in the
20      conversation, yes.
21             Q        What did he say?
22             A        What did he say why he's in
23      Colorado?
24             Q        Did he say he was in Colorado?
25             A        I was no idea if he was in
```

```
 1                    PATRICK MAIO
 2   Colorado or not when I spoke with him, but he
 3   said he moved to Colorado or was in the process
 4   of moving to Colorado.
 5              But I have no idea when I spoke
 6   to him, because again, this may have been a
 7   cell phone.  I don't know.
 8         Q    You are not sure.
 9              How did you get Mr. Crabb's cell
10   phone number?
11              MS. FUKS:  Objection.  That goes
12         into work product and strategy.
13              MR. TOMAINO:  To identify the
14         source of the information?
15              MS. FUKS:  Where he gets his
16         information from and his research from
17         is part of work product.
18              MR. TOMAINO:  We totally
19         disagree.
20              Just note the objections to the
21         instruction.
22              MS. THOMPSON:  If you object to
23         the instruction.
24         Q    Were you provided Mr. Crabb's
25   contact information by counsel?
```

```
 1                          PATRICK MAIO
 2                 MS. FUKS:  I'm going to object
 3            and instruct him not to answer.  Where
 4            he gets phone numbers from is part of
 5            his work product and strategy.
 6            Q     Do you intend to follow that
 7    instruction?
 8            A     Yes.
 9            Q     Did you get the phone number
10    from your boss?
11                 MS. FUKS:  Excuse me, I objected,
12            I am instructing him not to answer this
13            line of questioning as to where he got
14            the phone number from.
15                 MS. THOMPSON:  You are objecting
16            to whether he got it from his boss?
17            Couldn't he just say no?
18                 MS. FUKS:  That is a yes or no
19            question, but I'm objecting to questions
20            as to whom he got the phone number from
21            and how he got it, because that's
22            strategy, that's work product.
23                 MS. THOMPSON:  We disagree with
24            that characterization, but --
25                 MS. FUKS:  That's fine.  We can
```

```
 1                        PATRICK MAIO
 2          have that.
 3               Q     How did you know when you were
 4     going through your phone records that this was
 5     Mr. Crabb's phone number?
 6               A     I called him.
 7               Q     Let me clarify it.
 8                     When you were going through to
 9     decide, did you decide which phone number to
10     list -- which call to leave unredacted here?
11               A     No, that's the only phone call I
12     made to Mr. Crabb.
13               Q     As opposed to any of the other
14     phone calls listed on this page, were you the
15     one that identified this as the phone call you
16     made to Mr. Crabb?
17               A     Oh, I got you.  Yes, that's
18     correct.  I identified it because it matched
19     the number that I had reached him on.
20               Q     Do you just remember what his
21     phone number was?
22               A     Off the top of my head, no, I do
23     not.
24               Q     Did you have to look it up to
25     figure out which call was his phone number?
```

```
 1                      PATRICK MAIO
 2          A       Yeah, I did.
 3          Q       What did you review to remind
 4   you of that information?
 5          A       A piece of paper.
 6          Q       Was it your notes?
 7          A       Yes, there were -- it was in my
 8   notes, yes.
 9          Q       Is that what you reviewed to
10   remind you of this information?
11          A       Yes.
12                  And -- yes.
13          Q       Was there anything else that
14   reminded you of this information?
15          A       Just a long list of phone
16   numbers, that's all.
17          Q       Who prepared that list?
18          A       I don't know, actually, I do not
19   know.
20          Q       How did you get that list?
21          A       Provided to me.
22          Q       By whom?
23                  MS. FUKS:  Objection.  This is
24          again work product strategy, how he gets
25          his phone numbers.
```

```
 1                PATRICK MAIO
 2         You've identified Mr. Crabb's
 3    number and verified that it was his.
 4    Anything beyond that --
 5         MS. THOMPSON:  Counsel, he relied
 6    on the document to refresh his memory
 7    about the phone call.
 8         I think we are entitled to know
 9    what the document is.
10         MS. FUKS:  He's already
11    identified the document.
12         MR. TOMAINO:  First, let's just
13    stop.  He already testified that his
14    review of his notes in preparation for
15    this deposition helped him remember the
16    content of the conversation.
17         So, as you know, under Rule 612, we
18    get to have a copy of the notes now so we
19    can cross-examine him on the contents that
20    he used to refresh his recollection.
21         MS. FUKS:  No, I don't think so.
22         MR. TOMAINO:  We will create the
23    record.
24         We are requesting that we receive
25    today for purposes of this examination
```

```
 1                   PATRICK MAIO
 2   copies of any documents that he reviewed
 3   in preparation for this deposition and
 4   that refreshed his recollection.
 5         MS. FUKS:  You are absolutely
 6   not.
 7         MR. TOMAINO:  Excuse me, I'm in
 8   the middle of a sentence.
 9         MS. FUKS:  Okay.
10         MR. TOMAINO:  Now I'm going to
11   start over.
12         We are requesting on the record
13   that you produce to us today for use in
14   this deposition any documents that he
15   reviewed in preparation and that refreshed
16   his recollection.
17         He already testified that his notes
18   of the call fall into that category, he
19   already testified that everything he
20   reviewed in preparation for this
21   deposition refreshed his recollection.
22         So now we are going to request that
23   you produce those documents.
24         If you want to refuse, you can
25   refuse, and we will keep the deposition
```

```
 1                    PATRICK MAIO
 2        open.
 3             MS. FUKS:  Okay, you can do that.
 4        We are not going to be producing those
 5        documents because the court has ruled
 6        that his notes and his memos are work
 7        product.
 8             MR. TOMAINO:  He's reviewed them
 9        to refresh misrecollection in
10        preparation for this deposition.
11             Are you still refusing to produce
12        them?
13             MS. FUKS:  Yes.
14             MR. TOMAINO:  Okay, the
15        deposition is going to remain open.
16        Let's go on with the questions.
17             Q    Let's talk about the
18   conversation you had with Mr. Crabb.
19             A    Sure.
20             Q    Did he know that you were going
21   to call him?
22             A    No.
23             Q    How did you introduce yourself
24   when you called?
25             A    I introduced myself, I
```

```
 1                      PATRICK MAIO
 2  identified myself properly as Pat Maio, I am a
 3  researcher working with On Point
 4  Investigations, which is working with the law
 5  firm that's handling a litigation.
 6          Q     Did you ever work directly with
 7  the law firm during the course of your
 8  investigation?
 9          A     No.
10          Q     Did you work exclusively with
11  your boss?
12          A     I just worked with my boss.
13          Q     So how did you start the
14  conversation with Mr. Crabb?
15          A     Just like I outlined to you.
16          Q     After the introductions, I'm
17  sorry.
18          A     Well, then, my second question
19  is always are you a current employee of FCA or
20  not?
21          Q     Did you create the list of
22  questions that you asked?
23          A     No, I did not.
24          Q     Were you provided a list of
25  questions?
```

```
 1                    PATRICK MAIO
 2          MS. FUKS:  Objection, this is
 3    work product.  The list of questions is
 4    work product.  I'm going to instruct him
 5    not to answer.
 6          MS. THOMPSON:  Counsel, I just
 7    asked if he was provided a list, not who
 8    it came from or the content of that
 9    list.
10          Are you still instructing him not
11    to answer?
12          MS. FUKS:  Yes.  By asking him
13    whether he's been provided a list you
14    are eliciting questions as to who
15    provided it to him and how it was
16    provided, and that is work product.
17          MS. THOMPSON:  It's work product
18    to ask whether -- so your position is
19    that it reveals the mental processes of
20    counsel to ask whether he was provided a
21    list of questions?
22          MS. FUKS:  Yes.
23          MR. TOMAINO:  Even if it was from
24    someone who wasn't counsel?
25          MS. FUKS:  Yes.
```

```
 1                PATRICK MAIO
 2          MR. TOMAINO:  How does a list
 3     provided by someone who is not counsel
 4     reveal the mental --
 5          MS. FUKS:  Anybody that he works
 6     with, that we work with, that counsel
 7     works together with on his team is
 8     subsumed in work product.
 9          MR. TOMAINO:  First of all,
10     that's not correct.  And second of all,
11     the question that was asked was whether
12     someone gave him a list.
13          MS. FUKS:  Okay, but that's
14     leading the question that -- that is I
15     mean that is -- I'm objecting.
16          MR. TOMAINO:  You are instructing
17     him not to answer?
18          MS. FUKS:  Yes.
19          MR. TOMAINO:  This deposition is
20     going to have to go on for another day.
21     Just keep making the instruction and
22     we'll keep objecting to the instruction,
23     but that's inappropriate.
24          MS. THOMPSON:  As noted, we
25     object to the instruction.
```

```
 1                      PATRICK MAIO
 2          Q       So, what did Mr. Crabb say in
 3   response to whether he was a current or former
 4   employee?
 5          A       He was a former employee.
 6          Q       Did he tell you the details of
 7   his departure from FCA?
 8          A       He said he was moving to
 9   Colorado, so.
10          Q       Did he tell you where -- like
11   what divisions he worked in in FCA while he was
12   there?
13          A       He said that he worked at the
14   Tech Center in Auburn Hills.
15          Q       Did he tell you what he did
16   there?
17          A       Yes, he kind of outlined two
18   different job responsibilities.
19          Q       What were those?
20          A       The first one, over a period of
21   I think roughly about two years, would have
22   been that he was looking at the fuel economy of
23   FCA developing cars, cars that FCA as
24   developing over the next several years.
25                  Second responsibility would have
```

```
 1                      PATRICK MAIO
 2   been in the benchmarking department, I believe,
 3   looking at non-FCA cars and seeing how -- what
 4   they were doing, the competitors were doing to
 5   either lower their fuel -- yes -- make the fuel
 6   economy more efficient, or lower emissions.
 7                  And the gas -- on the gasoline
 8   side.
 9          Q      Did he ever tell you he worked
10   with diesel vehicles in any way?
11          A      No, he never did.
12          Q      Were those the only two areas
13   that he talked about?
14          A      Well, yeah, I mean -- yes.
15                  Okay, yeah.  Those are the only
16   two areas.  As far as his responsibilities?
17          Q      Right.
18          A      Yes.
19          Q      Are the only two areas he
20   described as his responsibilities?
21          A      Yes, in the gas area, the
22   gasoline side.
23          Q      The gasoline side, specifically
24   fuel economy of developing cars and
25   benchmarking non-FCA manufactured cars, is that
```

```
 1                    PATRICK MAIO
 2   right?
 3           A      Yes.
 4           Q      What else did you guys talk
 5   about during your conversation?
 6           A      We discussed his working
 7   knowledge on the diesel side.
 8                  We discussed how reports were
 9   passed up on his work; up as being up the
10   corporate ladder.
11           Q      All right, we will talk about
12   those separately.
13                  So, you said knowledge, his
14   knowledge of the diesel side.  What do you mean
15   by diesel side?
16           A      As he explained, there were two
17   benchmarking departments in FCA; one was gas
18   and one was diesel.
19           Q      Did he say he had ever worked
20   with diesel benchmarking?
21           A      No, never.
22           Q      What did he give you as the
23   basis for his knowledge about diesel
24   benchmarking?
25           A      His knowledge of engines in
```

```
 1                    PATRICK MAIO
 2   general.  I don't know beyond that, other than
 3   the fact that he may have had colleagues who
 4   worked in the diesel department.
 5                    He understood how diesel engines
 6   may have been testing and those may have been
 7   differently than gasoline.
 8          Q      Did he tell you that he had
 9   knowledge because of working with colleagues?
10          A      He said he had a general working
11   knowledge.  That's all he said to me.
12          Q      Did you explore the basis for
13   that knowledge in any more depth?
14          A      I tried to; I tried to dig down
15   as deep as I could.
16          Q      Did he give you any more
17   explanation?
18          A      Not really, no.  He just said he
19   had a general working knowledge.
20          Q      What did you ask him, to dig
21   down into the depth of his diesel -- the basis
22   for his diesel knowledge?
23          A      How they worked, what were some
24   of the issues, maybe perhaps with testing, as
25   they may have been different or the same as
```

```
 1                      PATRICK MAIO
 2   gasoline.
 3                 I mean, that was general.
 4        Q       And you said that this was the
 5   diesel side of benchmarking, right?
 6        A       As far as what?  As far as what
 7   his knowledge is?  Yeah.  I was very clear on
 8   that, that what is your -- what is your
 9   knowledge of how things are done on the diesel
10   side of the business.
11                 So, he said he only had a
12   general working knowledge, not a specific.
13        Q       Right.  I suppose I'm just
14   trying to distinguish, he was talking about
15   diesel benchmarking rather than diesel fuel
16   economy, right, because you identified those
17   two as sort of his knowledge of things?
18        A       Read that for me again.
19        Q       Was he referring to the diesel
20   side of the fuel economy testing at all, or
21   only benchmarking?
22        A       Well, we discussed how it might
23   be different -- well, what I was looking at was
24   basically fuel economy and lower emissions.
25                 I did not get into anything else
```

```
 1                      PATRICK MAIO
 2  beyond that; he didn't either.
 3         Q      Do you understand emissions
 4  testing is to be part of fuel economy testing?
 5         A      In a general sense, yes.
 6         Q      Did you talk about what types of
 7  emissions he tested as part of his fuel economy
 8  testing?
 9         A      I can't recall specifically, I
10  really can't.
11                But I'm sure that seems to me a
12  plausible question to ask about diesel versus
13  gas emissions.
14                But again, he didn't have any
15  specificity, so --
16         Q      Did you ask about whether it was
17  CO2 emissions, for example?
18         A      No, we just talked about
19  emissions in general.  I never specified
20  anything beyond that.
21         Q      All right.  You also mentioned
22  that you discussed how reports were passed up
23  the corporate ladder, right?
24         A      How he did, yes.
25         Q      What did Mr. Crabb tell you
```

```
 1                      PATRICK MAIO
 2   about how reports were passed up the corporate
 3   ladder?
 4         A      In a general way he would --
 5   well, he had two different job responsibilities
 6   while he worked there.
 7                 It sounded like, from what he
 8   explained to me, from what I read was -- or he
 9   conveyed to me, excuse me, from what he
10   conveyed to me, he would pass his reports on to
11   his senior manager.
12                 Of course I asked who that is,
13   or was, and if he still was employed there or
14   not.
15                 I got nothing out of him on
16   that.  So there you have it.
17                 Then ultimately he explained to
18   me that the reports would go up to Jeffrey Lux
19   and Robert E. Lee, and then from there it goes
20   all the way up to Mr. Marchionne.
21         Q      Did he use the names Jeffrey Lux
22   and Robert E. Lee?
23         A      Yes.
24         Q      He used names instead of just
25   titles, for example?
```

```
 1                      PATRICK MAIO
 2        A      No, I'm trying to recall off the
 3   top of my head again the titles.  Because one
 4   was a -- Lux was a power train -- transmission
 5   power train title, as far as a Vice President.
 6                 And Robert E. Lee was an engine
 7   power train and electrical propulsion and
 8   systems engineering title for Vice President.
 9                 And as I understood it also from
10   speaking with him, though, there is a rather
11   flat organization at Chrysler, or FCA, excuse
12   me, so there is not a lot of management levels,
13   it sounded like.
14                 I mean, he used -- I read his
15   declaration.  I think he said there were like
16   four levels, I believe, between him and
17   Mr. Marchionne.
18                 He never said that to me when I
19   was interviewing him, so I have no idea how
20   many levels there were, other than the fact
21   that ultimately it went up to these two
22   individuals, who then would pass it on up to
23   Marchionne.
24                 That's all I know.
25        Q      Did you specifically ask him how
```

```
 1                    PATRICK MAIO
 2  many levels of management were above him?
 3        A      I did not ask that question, no.
 4        Q      Did you ask anything that would
 5  have elicited the answer to that question?
 6        A      Yeah, how -- I want to know
 7  everybody that's got their hands on that report
 8  as it goes up the chain.
 9        Q      And to go back, just to clarify
10  an earlier question, did he identify Robert E.
11  Lee and Jeff Lux by their titles or by their
12  names?
13        A      Their names.
14        Q      Did he say that he ever
15  personally had passed reports up to Jeff Lux or
16  Robert E. Lee?
17        A      No, never said that.
18        Q      So what was the basis for his
19  understanding that reports were passed up?
20        A      Because I probably asked him
21  that, where does that report go after you give
22  it to senior manager, whom he declined to
23  disclose the identity of, where does that
24  report go.
25                    I mean, I'm like focused on
```

```
 1                        PATRICK MAIO
 2   where that -- who is touching that report as it
 3   goes up.
 4          Q      Why were you focused on who's
 5   touching the report as it goes up?
 6          A      Because I want to know.
 7          Q      Was that part of your
 8   assignment, to find out where information went
 9   in the company?
10          A      No, I wanted to know who is
11   reviewing what.
12          Q      So what report are you talking
13   about?
14          A      The report that he prepared or
15   had his signature on regarding testing at
16   the --  either as a power train engineer or
17   working in the power train -- excuse me, in the
18   benchmarking department.
19          Q      In either fuel -- so there were
20   two different types of reports that you were
21   referring to?
22          A      Well, he worked at two
23   different -- he had two different job
24   responsibilities there, so any reports that he
25   may have been working on, I would like to know
```

```
 1                        PATRICK MAIO
 2   about.
 3           Q       What data was included in that
 4   report?
 5           A       I have no idea.
 6           Q       So, he only works in gas, right,
 7   that's what you said earlier?
 8           A       Yes.
 9           Q       So the reports wouldn't have
10   been about diesel that he was discussing?
11           A       Oh, no, nothing to do with that.
12           Q       For the court reporter's sake,
13   can we wait until after I ask the question?
14           A       I apologize.
15           Q       That's fine.
16                   So there were no reports that
17   involved, that he was talking about, that
18   involved the diesel emissions of FCA vehicles,
19   right?
20           A       No.
21                   MR. TOMAINO:  Would you clarify,
22           restate the question and answer, please.
23           I think there is a double negative in
24           there.
25                   She said right and you said no.
```

```
 1                          PATRICK MAIO
 2                 MS. THOMPSON:  Thank you.
 3                 MR. TOMAINO:  Clarify the
 4        question and answer, please.
 5        Q       Were there any reports that
 6   involved the testing of diesel emissions of FCA
 7   vehicles?
 8        A       Diesel, is that right?
 9                 No.
10        Q       When was the last time you
11   communicated with Mr. Crabb?
12        A       Mr. Crabb?
13        Q       Yes.
14        A       February 7, 2017.
15        Q       And you took notes of that
16   conversation, right?
17        A       Yes.
18        Q       Earlier you mentioned in one of
19   your answers that you read something in
20   relation to Mr. Crabb's job responsibilities.
21                 Were there any documents that
22   you had describing Mr. Crabb's job
23   responsibilities?
24        A       No.
25        Q       Did Mr. Crabb send you any
```

```
 1                       PATRICK MAIO
 2   documents?
 3          A      No.
 4          Q      How did you keep your notes of
 5   your conversation with Mr. Crabb?
 6          A      How do I keep them?
 7                 I keep a paper based copy,
 8   because I can read better off of that than a
 9   screen, and there is also an electronic
10   version.
11          Q      So when you take the notes, are
12   you taking them on paper?
13          A      No.
14          Q      Do you type them?
15          A      I type.
16          Q      Did you -- did you write direct
17   quotes from Mr. Crabb in your notes?
18          A      Generally, yes.
19          Q      Did you write some direct quotes
20   from Mr. Crabb in your notes?
21          A      Yes.
22          Q      Approximately how many quotes
23   did you take down?
24          A      I have no idea, I didn't count
25   them, but there are easily a handful, easily.
```

```
 1                          PATRICK MAIO
 2           Q       And you said earlier that you
 3    reviewed a document that you had formatted
 4    reflecting your conversations with Mr. Crabb,
 5    is that right?
 6                   Did your notes become part of
 7    that document?
 8           A       Well, yeah.
 9           Q       How else, how did you create
10    that document, or what was it?
11           A       Create which document?
12           Q       The document you just said you
13    formatted.
14           A       The formatted document which
15    I --
16           Q       Um-hum.
17           A       Which I guess we can call a
18    memo, right?
19           Q       That would be useful.
20           A       Is that correct?  Yeah, I just
21    wrote a memo.
22           Q       How long was the memo?
23           A       I don't know the exact number,
24    but it was a few pages.
25           Q       Less than ten pages?
```

```
 1                    PATRICK MAIO

 2          A     Yes.

 3          Q     Did the note -- did the memo

 4   contain the direct quotes?

 5          A     I would say yes, yes.

 6          Q     Did you turn your notes into

 7   your boss at all?

 8          A     Everything went to my boss.

 9          Q     So does that include the notes

10   and the memo?

11          A     Yes.

12          Q     Are there any other

13   documentation that that included?

14          A     Phone record.

15          Q     Meaning the phone bill that we

16   have here?

17          A     Yes.

18          Q     Did you record the conversation

19   with Mr. Crabb?

20          A     I don't record.

21          Q     Even as a journalist you've

22   never recorded?

23          A     Only politicians.

24          Q     Why?

25          A     Why?  Because they don't tell
```

```
 1                     PATRICK MAIO
 2    the truth.
 3         Q       Why not anybody else?
 4         A       Because this isn't that kind
 5    of -- well, the reason I don't record, I didn't
 6    record Mr. Crabb in this case is because I live
 7    in California, and there is -- you have to be
 8    very careful about recording people who live in
 9    other states, that can become a potential
10    no-no.
11                 And rather than me researching
12    every state law, 50 of them, potentially that I
13    might have to interview somebody, including out
14    of country, you know, that's why I don't
15    record.
16         Q       When was the last time you
17    looked at your notes?
18         A       Probably yesterday.
19         Q       Did you review both the notes
20    and the memo in preparation for this
21    deposition?
22                 MS. FUKS:  Objection, asking
23              questions about the substance of the
24              documents that he prepared, this is
25              privileged.
```

1                         PATRICK MAIO

2                    MR. TOMAINO:  That wasn't a

3          question about the substance of the

4          document.

5                    She asked him if he reviewed both

6          the notes and the memo in preparation for

7          the deposition.

8                    He's testified he reviewed the

9          notes yesterday.  Now the question is did

10         you also review the memo in preparation

11         for the deposition.  Nothing about the

12         substance.

13                   MS. FUKS:  Okay, I will allow it.

14         A     Yes.

15         Q     When you reviewed those

16    documents, did they remind you of details of

17    your investigation that you had previously

18    forgotten?

19         A     Remember, it's been a year and a

20    half since I spoke to him, so yes.

21                   MS. THOMPSON:  I would like to

22         take a break if that's okay with

23         everybody.

24                   MS. FUKS:  Sure.

25                   THE VIDEOGRAPHER:  We are now

```
 1                      PATRICK MAIO
 2           going off the record.  The time is
 3           10:44.
 4                  (At this point in the proceedings
 5           there was a recess, after which the
 6           deposition continued as follows:)
 7                  MS. THOMPSON:  Can we mark this
 8           as Exhibit 2.
 9                  (The above described document was
10           marked Maio Exhibit 2 for identification
11           as of this date.)
12                  THE VIDEOGRAPHER:  We are now
13           going back on the record.  The time is
14           11:06.
15
16   CONTINUED EXAMINATION BY
17   MS. THOMPSON:
18
19           Q      Welcome back.
20           A      Thank you.
21           Q      So, I have asked the court
22   reporter to mark a second exhibit that we will
23   go ahead and start talking about.
24                  So, the court reporter has
25   marked as Exhibit 2 the declaration of Alex
```

```
 1                      PATRICK MAIO
 2    Crabb.
 3              Do you recognize this document?
 4         A     These are my reading glasses.
 5    Yes.
 6         Q     When did you first see this
 7    document?
 8         A     It would have been, this is
 9    August 22nd, so it would have been earlier this
10    month.
11         Q     How did you receive the
12    document?
13         A     I believe -- I'm not sure, but
14    it would have either have been through Chris,
15    my boss, or one of the lawyers at Pomerantz,
16    perhaps, but I'm not 100 percent sure who sent
17    it first.
18         Q     What was your reaction when you
19    first saw this document?
20         A     My reaction, okay.
21              So I was notified that there
22    could be a deposition to resolve the
23    discrepancies, if -- according to what he
24    perceived to be a discrepancy.
25         Q     So you didn't see this document
```

```
 1                    PATRICK MAIO
 2   before you knew about the deposition, is that
 3   right?
 4          A     I don't -- I don't know, I don't
 5   know which came first, you know.  I really
 6   don't.
 7          Q     They were approximately the same
 8   time?
 9          A     Yeah.
10          Q     All right.  So we are just going
11   to go through a couple of the statements in
12   here and talk about them.
13                So, I think we will start on
14   paragraph 4, which says, "At no time during my
15   work at FCA was I involved with the testing of
16   FCA diesel engine vehicles."
17                Did I read that correctly?
18          A     Yes.
19          Q     Do you agree -- does that line
20   up with what Mr. Crabb told you?
21          A     Yes.
22          Q     So you agree that he was not
23   involved with the testing of FCA diesel engine
24   vehicles?
25          A     Yes.
```

```
 1                         PATRICK MAIO
 2          Q       To your knowledge?
 3                  So paragraph 5, Mr. Crabb says,
 4    "At no time during my work at FCA was I
 5    involved with testing related to nitrogen oxide
 6    or NOx emissions from FCA vehicles."
 7                  Did I read that correctly?
 8          A       Yes.
 9          Q       Do you agree with that
10    statement?
11          A       Yes.
12          Q       So, in paragraph 6 it says, "In
13    2016 I received a telephone call from a man
14    identifying himself as a 'counselor.'
15                  "I spoke to him for a few
16    minutes and expressly told him that while
17    staffed at FCA I did not work on anything
18    related to diesel engine vehicles or NOx
19    emissions."
20                  Did I read that correctly?
21          A       Yes.
22          Q       So, aside from the 2016 part, do
23    you agree with that statement?
24          A       No.
25          Q       Which parts do you disagree
```

```
 1                    PATRICK MAIO
 2  with?
 3         A      I did not identify myself as a
 4  counselor, I always identified myself as a
 5  researcher, always.
 6         Q      Do you remember specifically
 7  identifying yourself as a researcher?
 8         A      Yes.
 9         Q      Are you a counselor in any sense
10  of the word?
11         A      No.
12         Q      During your conversation did
13  Mr. Crabb expressly tell you that while staffed
14  at FCA he did not work on anything related to
15  diesel engine vehicles or NOx emissions?
16         A      Yes.
17         Q      Did you specifically discuss NOx
18  emissions during your conversation?
19         A      No, we only talked about
20  emissions, so that kind of jumped out at me as
21  well.
22         Q      So, do you agree that he stated
23  that he did not work on NOx emissions?
24         A      Could you repeat that question,
25  please?
```

```
 1                    PATRICK MAIO
 2         Q       Do you agree that Mr. Crabb
 3   expressly told that you Mr. Crabb did not work
 4   on NOx emissions?
 5         A       Yes, he did not work on NOx
 6   emissions, that I know of.
 7         Q       So, skipping ahead to paragraph
 8   8, it states, "Paragraph 451 of the Complaint
 9   states that, I 'had knowledge of diesel as well
10   as gasoline engine testing.'
11                 "This is not correct.  At no
12   time during my work at FCA was I involved with
13   testing diesel engine vehicles.
14                 "I did not tell the 'counselor'
15   that I had knowledge of diesel engine vehicle
16   testing."
17                 Did I read that correctly?
18         A       Yes.
19         Q       Do you agree with that
20   statement?
21         A       "At no time during my work at
22   FCA was I involved with testing diesel engine
23   vehicles," that is true, he did tell me that.
24                 "I did not tell the
25   'counselor'," which is a misidentification.  I
```

 1                     PATRICK MAIO

 2  always identify myself as a researcher when I

 3  do my interviews.

 4                 "I did not tell the 'counselor'

 5  that I had knowledge of diesel engine vehicle

 6  testing."

 7                 What he told me was that he had

 8  a general working knowledge of diesel testing.

 9        Q      Did he say he had a general

10  working knowledge of diesel engine testing of

11  FCA vehicles?

12        A      He had a general working

13  knowledge of diesel engine testing.  That's the

14  blanket statement.

15        Q      What kind of testing was he

16  referring to in that?

17        A      I don't know.  Beyond that, I

18  can't go beyond that, because I don't know.

19        Q      In the context of your

20  conversation, could he have been referring to

21  NOx emissions testing?

22        A      I can't --

23                 MS. FUKS:  Objection, calls for

24           speculation.

25        Q      In the context of your

```
 1                    PATRICK MAIO
 2   conversation, was it your understanding that he
 3   was referring to NOx emissions testing at any
 4   point?
 5             A     No, I don't know.
 6             Q     Did you explore the basis for
 7   his general working knowledge of diesel engine
 8   vehicle testing?
 9             A     Generally, yes.
10             Q     Aside from discussions with
11   colleagues, did he provide you with any other
12   basis for that general working knowledge?
13             A     Other than colleagues that he
14   may have known?  I mean, he did get into a few
15   areas, yes.
16             Q     What areas did he get into?
17             A     Well, again, we didn't get too
18   deeply, because he doesn't work in that area,
19   but what he discussed was that diesel engines
20   generally are much hotter than gasoline fired
21   engines.
22             Q     Okay.  Do you agree with the
23   first -- excuse me, we answered that.
24                   Moving on to paragraph 9, it
25   states, "The allegations contained in
```

```
 1                       PATRICK MAIO

 2   paragraphs 453 and 461 of the Complaint, which

 3   describe how 'you have to make sure that the

 4   data is accurate and can be replicated in EPA

 5   tests, and the data gathered from those engine

 6   tests would be analyzed in a report suggest (in

 7   the context of the Complaint) that I had

 8   knowledge of NOx emissions testing and that the

 9   'data' referred to in paragraphs 453 and 461

10   concerned NOx or NOx emissions testing."

11                   We will stop there, because

12   that's a long paragraph.

13        A     Yes.

14        Q     First of all, did I read that

15   correctly?

16        A     Yes.

17        Q     Did Mr. Crabb indicate to you

18   that any of the data in the reports that he

19   described to you had to do with NOx emissions

20   testing?

21        A     No.

22        Q     So, the next sentence here

23   states, "That is incorrect and does not

24   accurately reflect my statements to the

25   'counselor.'.
```

```
 1                          PATRICK MAIO
 2                  "The statements I made to the
 3    'counselor' that are referred to in this
 4    paragraph were about fuel economy, not NOx
 5    emissions or NOx emissions testing."
 6                  Did I read that correctly?
 7         A     Yes.
 8         Q     Aside from the references to
 9    counselor, which we have established --
10         A     Right.
11         Q     -- are incorrect, do you agree
12    with the rest of that statement?
13         A     No, because we didn't talk about
14    NOx, so -- you know what I mean?
15         Q     Do you agree with the statement
16    that, the statements that Mr. Crabb made to you
17    were about fuel economy?
18         A     Yeah; on the gasoline side.
19         Q     So specifically the statements
20    were about fuel economy on the gasoline side?
21         A     Yeah, and then, when he was --
22    with his general working knowledge, you know,
23    whatever that means, he was discussing that.
24                  He included not only fuel
25    economy, but also efficiencies as far as -- or
```

1                         PATRICK MAIO

2     how to lower emissions, and we didn't get into

3     any specificity beyond that.

4              Q      Did he talk about lowering

5     emissions separately from, as a separate

6     process from fuel economy?

7              A      With his second job -- or second

8     job of responsibilities where he tested or was

9     involved in some sort of testing and analysis

10    on competitive cars, which were not diesel, as

11    I understand it, he did not talk -- he did not

12    distinguish any differences that -- he said

13    that both -- the reports that he prepared were

14    the same.

15             Q      To clarify, when you say

16    competitive cars, you mean cars manufactured by

17    competitors, right?

18             A      Yes, like I think the specific

19    models that or makers that were like, again,

20    off the top of my head, like Volvo, BMW, Lexus,

21    so forth, so forth.  He said everything, you

22    name it, we did it.

23             Q      And in all contexts when he was

24    talking about the vehicles he worked on and the

25    data he gathered, he was referring to gasoline

```
 1                      PATRICK MAIO
 2   vehicles, not diesel, correct?
 3           A      That's right; correct.
 4           Q      So if we look back at this
 5   admittedly somewhat long paragraph 9, the
 6   beginning quotes from the Complaint that say
 7   the data is accurate -- that the data being
 8   accurate and data analyzed in a report,
 9   anything referring to that would be referring
10   to gasoline vehicles, right?
11           A      Presumably, yeah.
12           Q      All right.
13                  Moving on to paragraph 10 here,
14   which is another sort of long one, it starts,
15   "In addition, the allegations contained in
16   paragraph 461 of the Complaint which state that
17   a -- excuse me -- that, 'A report' would be
18   'presented to a senior manager' and 'then
19   forwarded up to Jeffrey P. Lux or Robert E.
20   Lee; who 'would then forward these reports to
21   Sergio Marchionne,' are also misleading and do
22   not accurately reflect my statements to the
23   'counselor'."
24                  That's also in quotes.
25                  So, first of all, did I read
```

```
 1                     PATRICK MAIO
 2   that correctly?
 3          A      Yes.
 4          Q      More or less, at least.
 5                 We discussed a little bit
 6   earlier that he talked about a senior manager,
 7   right?
 8          A      Yes.  I think the reference, the
 9   context was his senior manager, the one that he
10   passed his documents to directly, whatever
11   those documents or reports.
12          Q      And those documents or reports
13   that he was talking about passing to his senior
14   manager would have been about gasoline
15   vehicles, right?
16          A      That's correct.
17          Q      So, he used the phrase senior
18   manager, is that right?
19          A      Yes.
20          Q      But he didn't identify that
21   manager, right?
22          A      Yes, or else I would have named
23   him.
24          Q      Did you draft this language?
25          A      Which language?
```

```
 1                      PATRICK MAIO
 2          Q      The language that's quoted here,
 3   presented to a senior manager, forwarded up to
 4   Jeffrey P. Lux or Robert E. Lee, any of the
 5   quotes here?
 6          A      Well, some things are in quotes,
 7   I don't know, is that from the Complaint or is
 8   that from the memo?  Do you know?
 9          Q      It's quoting from the Complaint,
10   I believe.
11                 Did you draft language like this
12   in your memo is what I'm asking?
13          A      Did I draft language like this
14   in my memo?  It's from the Complaint.  I don't
15   know.  I don't know.
16          Q      Have you reviewed the Complaint?
17          A      The Complaint with the pertinent
18   sections, yes.  I did not read the entire
19   lawsuit.
20          Q      When was the first time you saw
21   the Complaint?
22          A      I don't know, but I want to say
23   it was recent months, recent months.
24          Q      Was it after February of 2017?
25                 MS. FUKS:  Objection, this goes
```

```
 1                        PATRICK MAIO
 2          beyond the scope of the deposition.
 3                  MS. THOMPSON:  So ask him when he
 4          reviewed the Complaint?
 5                  MS. FUKS:  Yes.
 6          Q      Are you going to answer the
 7   question?
 8                  MS. FUKS:  You can answer the
 9          question if you remember, but I'm
10          objecting to further questions about --
11          A      I don't remember.
12          Q      Would you like me to repeat the
13   question?
14          A      No, I know what the question
15   was, I just don't remember.
16                  Are you talking about the entire
17   Complaint or -- let me ask you this, are we
18   talking about the entire Complaint, when did I
19   know about it, or the part where this may have
20   been derived from?
21          Q      When did you first review the
22   Complaint in this action?
23                  MS. FUKS:  Objection, asked and
24          answered.
25          A      I just don't know.
```

```
 1                      PATRICK MAIO
 2          Q       All right.
 3                  Returning to this paragraph
 4   here, did Mr. Crabb ever tell you that he
 5   personally forwarded anything to anybody other
 6   than his senior manager?
 7          A       No.
 8          Q       Did he provide a basis for his
 9   understanding of how the reports were forwarded
10   up, as you stated?
11          A       Yes, because I asked him, who
12   touches the document after your senior manager,
13   whoever that is.
14          Q       Did he say how he knew that
15   information?
16          A       Probably because he worked
17   there, I mean, but I'm speculating at this
18   point.
19                  The mere fact that he had a
20   document or a report and he's working with his
21   senior manager, I mean, I would think you would
22   want to know or have some sort of knowledge who
23   gets it next.
24                  He did not provide that.  There
25   are some layers missing between his senior
```

```
 1                     PATRICK MAIO
 2   manager and ultimately Lux and Robert E. Lee.
 3   I don't know who they are.
 4        Q      Did he tell you how he knew who
 5   received the document?
 6               MS. FUKS:  Objection, asked and
 7          answered.  You can answer.
 8        A      Repeat the question.
 9        Q      Did he tell you how he knew who
10   received the document?
11        A      Yeah, he told me verbally, I
12   mean, I'm taking his word for it, he said it
13   ultimately went to the two Senior VPs, Lux and
14   Robert E. Lee.  And then beyond that, it would
15   go to Marchionne.
16               That's all I know.
17        Q      So he didn't explain to you how
18   he knew that, he just said that that's what
19   happened, is that right?
20        A      In a general way.  He never gave
21   me any specificity as far as names.  He would
22   not even tell me the name of his senior
23   manager.
24        Q      All right.  The paragraph here,
25   just to close this paragraph out, says, the
```

```
 1                     PATRICK MAIO
 2   second to last sentence here says, "I had no
 3   contact with Jeffrey P. Lux, Robert E. Lee or
 4   Sergio Marchionne, and do not know if any
 5   reports were forwarded to them.
 6                     "At all times during my work at
 7   FCA there were at least four levels of
 8   management between me and Mr. Marchionne."
 9                     Do you agree with that
10   statement?
11        A     Do I agree with that?
12                     Okay, it's true that he never
13   said he had -- he doesn't -- he said he didn't
14   have contact with Lux, Lee or Marchionne, he's
15   too down on the totem pole, and did not know if
16   any reports were forwarded to them.
17                     I would dispute that, because
18   that's what he told -- what he told me, where
19   those reports ultimately go.
20                     Because I asked him.
21        Q     So, you just said he was too far
22   down on the totem pole.  What do you mean by
23   that?
24        A     Well, he was an engineer or
25   power train engineer initially, so.
```

```
 1                      PATRICK MAIO
 2         Q     So, is there a reason you were
 3   asking someone who you view as too far down on
 4   the totem pole about what Mr. Marchionne
 5   reviewed?
 6              MS. FUKS:  Objection, calls for
 7         his strategy and his mental ---his
 8         mental impressions.
 9              You can't ask him why he asked
10         something.
11              MS. THOMPSON:  Is it your
12         position that asking him why he asked
13         something reveals counsel's mental
14         processes?
15              MS. FUKS:  Yes, beyond the scope.
16              The scope of this deposition are
17         purported discrepancies between the
18         Complaint and Mr. Crabb's declaration, and
19         that's it.
20              MR. TOMAINO:  That's not what the
21         order says.  If that's your
22         understanding of what the scope of the
23         deposition is, you should read the order
24         again, respectfully.
25              It says that what's fair game in
```

```
 1                    PATRICK MAIO

 2         this deposition are his communications

 3         with Mr. Crabb.

 4              MS. FUKS:  Right, his

 5         communications, but not his mental

 6         processes in terms of where he is.

 7              MR. TOMAINO:  His mental --

 8              MS. FUKS:  One --

 9              MR. TOMAINO:  -- processes and

10         counsel's mental process are --

11              MS. FUKS:  That's absolutely

12         wrong.

13              MR. TOMAINO:  We disagree.

14              We are going to have to come back

15         anyway, because he's going to have to

16         produce the two documents that refreshed

17         his recollection in preparation for this

18         deposition, so we will hold that question

19         as well.

20              MS. FUKS:  All right.

21         Q    Were you ever asked to review

22    the accuracy of the Complaint in any way?

23         A    Which part of the Complaint?

24         Q    Any part of the Complaint.

25              MS. FUKS:  Objection.  I'm going
```

```
 1                    PATRICK MAIO
 2        to caution you not to reveal any
 3        communications you've had with counsel.
 4              THE WITNESS:  So I don't answer?
 5              MS. FUKS:  To the extent that the
 6        answer reflects conversations you had
 7        with counsel, then I would instruct you
 8        not to answer.
 9        Q      Is there anything that you can
10   answer?
11        A      No.
12        Q      Were you asked to review the
13   specific portions of the Complaint that
14   referred to Mr. Crabb at any point?
15              MS. FUKS:  Again, I'll make the
16        same objection, to the extent that his
17        answers would reveal conversations with
18        counsel, I instruct him not to answer.
19        Q      Did you review the portions of
20   the Complaint that referred to Mr. Crabb before
21   March of 2017?
22        A      No.
23        Q      Once you submitted your
24   memorandum and notes to your boss, did you ever
25   go back to them to review them for accuracy?
```

```
 1                        PATRICK MAIO
 2          A      Yes.
 3          Q      When?
 4          A      That's a constant process.
 5                 But after I submit my
 6   information to my boss, I want to make sure
 7   it's accurate, and I don't allow anything to
 8   even leave my e-mail until it's 100 percent
 9   accurate, at least according to what I believe
10   it to be accurate.
11          Q      How do you verify the accuracy
12   of the information?
13          A      Well, the accuracy, as far as my
14   conversation with Crabb, like interview skills
15   101, basically if it's something that he's
16   articulated to me, I read it back -- I wouldn't
17   say I read it back to him.
18                 I try to explain it back to him,
19   and he has the opportunity to say no, that's
20   not quite right, or this is right, or whatever.
21                 That's how I get my accuracy
22   when I speak to someone verbally, like
23   Mr. Crabb.
24          Q      Did you do that in the context
25   of that same conversation, or at a later date?
```

```
 1                    PATRICK MAIO
 2        A     I do it all the time, all my
 3   interviews.  Not all of them, but I say the
 4   lion's share of them.
 5        Q     When you were confirming the
 6   accuracy of your notes with respect to
 7   Mr. Crabb, did you do that process during the
 8   same conversation, or at a later date?
 9        A     Not at a later date, because
10   there would have been a phone record for that.
11        Q     Do you remember having a later
12   conversation with him?
13        A     No.
14        Q     So, to be clear, you did not
15   review the allegations in the Complaint about
16   Mr. Crabb before the Complaint was filed, is
17   that right?
18        A     The allegations in the Complaint
19   before Mr. Crabb was included in the Complaint
20   or --
21        Q     No, did you -- to be clear, you
22   did not review the allegations in the Complaint
23   that have to do with Mr. Crabb before the
24   Complaint was filed?
25        A     That's not my job.
```

```
 1                        PATRICK MAIO
 2          Q      So, to answer my question, the
 3   answer is no, then, you did not review?
 4          A      I don't review that, no; that's
 5   not my job.
 6          Q      Okay.
 7                 MS. THOMPSON:  Let's take a
 8          break.
 9                 THE VIDEOGRAPHER:  We are now
10          going off the record.  The time is
11          11:29.
12                 (At this point in the proceedings
13          there was a recess, after which the
14          deposition continued as follows:)
15                 THE VIDEOGRAPHER:  We are now
16          going back on the record.  The time is
17          11:47.
18                 MS. FUKS:  Counsel, before you
19          begin, Mr. Maio just had a clarification
20          with regard to his earlier testimony.
21                 THE WITNESS:  Yeah, while I made
22          note of the fact that Mr. Crabb worked
23          on the gasoline side of the business at
24          the Tech Center, I wanted to clarify
25          that.
```

1              PATRICK MAIO

2          What he told me also was that he

3    had working knowledge of the diesel side

4    of the business as well, and that some of

5    the processes that were followed on that

6    side are similar to what happens on the

7    gas side.

8          And that he understood, because of

9    his working knowledge of how things work,

10   that the passing up of reports on any type

11   of testing that might happen on the diesel

12   side were similar to those on the gas

13   side.

14          MR. TOMAINO:  Did you review any

15   materials just now to recall that?

16          THE WITNESS:  No.

17          MR. TOMAINO:  How did you just

18   recall that during the break, through

19   discussions with counsel?

20          MS. FUKS:  Objection, you cannot

21   ask him --

22          MR. TOMAINO:  You can instruct

23   him not to answer.  There is an ongoing

24   deposition.

25          So the question is did you recall

```
 1                        PATRICK MAIO
 2           what you just stated after discussing the
 3           matter with counsel during a break?
 4                MS. FUKS:  Objection.  He cannot
 5           discuss his discussions with counsel, he
 6           can't.
 7                MR. TOMAINO:  Are you instructing
 8           him not to answer?
 9                MS. FUKS:  I am instructing him
10           not to answer.
11                MR. TOMAINO:  Okay, go to your
12           questions.  Thank you.
13           Q     Earlier we talked about the
14      conversation you had with Mr. Crabb.
15                Did you include everything that
16      you talked about with Mr. Crabb in that
17      discussion you had earlier?
18           A     Which discussion are we talking
19      about?
20           Q     Throughout the deposition, is
21      there anything else that you discussed with
22      Mr. Crabb that you haven't referred to yet?
23           A     I don't think so, no, I mean,
24      it's pretty much it.
25           Q     Did you tell Mr. Crabb that you
```

```
 1                       PATRICK MAIO
 2   were working for the Plaintiffs in a securities
 3   class action?
 4         A      I told Mr. Crabb that I am
 5   working for On Point Investigations, which is
 6   representing a law firm that's involved in
 7   securities -- not securities, but working in a
 8   lawsuit against the company; FCA, that is.
 9         Q      Did you describe in any more
10   detail what the case was about?
11         A      No, because I didn't know.
12         Q      Did you identify who the
13   Plaintiffs were in the lawsuit?
14         A      No.
15         Q      Did you caution Mr. Crabb not to
16   disclose privileged or confidential
17   information?
18         A      He didn't disclose it, so if I
19   felt that there was a need to, I would have
20   mentioned it to him.
21                But he was a former employee.
22   So one of the questions also I ask is if,
23   whether or not he's represented by counsel in
24   any ongoing litigation.
25         Q      Did you ask that question here?
```

```
 1                      PATRICK MAIO
 2        A       Yeah, yeah, it's a standard
 3   question.
 4        Q       What did he say?
 5        A       No.
 6                Although I don't know if that's
 7   true or not, so I'm taking his word.
 8        Q       So, to answer my earlier
 9   question, you did not actually caution
10   Mr. Crabb not to disclose any privileged or
11   confidential information, is that right?
12        A       Not on the surface, no.
13        Q       Did you inform Mr. Crabb that he
14   was under no obligation to respond to you?
15        A       Yeah, I mean everyone has that
16   right.  It's America.
17        Q       Did you tell Mr. Crabb that he
18   had that right?
19        A       Yes.
20        Q       Did you tell Mr. Crabb that he
21   would be identified as a confidential witness
22   in a Complaint?
23        A       No.
24        Q       Did you know that that he could
25   be identified as a confidential witness in the
```

```
 1                    PATRICK MAIO
 2  Complaint?
 3        A      Potentially, yes; but I didn't
 4  know that at the time; so I don't know.
 5        Q      Did you tell Mr. Crabb that his
 6  identity could be revealed during discovery in
 7  the lawsuit?
 8        A      There is always that
 9  possibility, yes.
10        Q      Did you tell Mr. Crabb of that
11  possibility?
12        A      I would say no.
13        Q      Are you represented by counsel
14  today?
15        A      What counsel?
16        Q      Any counsel?
17        A      No -- well, I don't know how you
18  define representation.
19               There are two lawyers sitting at
20  this table on this side that I guess would be
21  my counsel.
22        Q      Is there an engagement letter
23  between you and counsel?
24        A      Oh, no.
25        Q      So you mentioned your boss' name
```

```
 1                      PATRICK MAIO
 2   was Chris, right?
 3          A       Szechinski.  Sorry.
 4          Q       Your guess is as good as mine as
 5   to how to pronounce that.
 6                  Is he still working at On Point?
 7          A       He owns it.
 8          Q       Did you say he owns it?
 9          A       That's a good question.  Yes, he
10   does; I've been led to believe that, yes.
11          Q       Do you know if On Point has a
12   license to conduct private investigations?
13          A       Chris told me so.
14          Q       Do you personally have a license
15   as a private investigator?
16          A       I do not.
17          Q       Did you ask in what states On
18   Point has licenses?
19          A       No.
20          Q       Have you done any of your own
21   independent research into On Point's licensing?
22          A       I explored at one point getting
23   my own license in the State of California, and
24   as I understand it, and again, don't hold me to
25   the facts on this, but what, as I understand
```

```
 1                      PATRICK MAIO
 2   it, is I have to work underneath another person
 3   or another entity like On Point in order to
 4   have a sponsor, basically, in order to become
 5   an investigator.
 6                   And then you have to earn or you
 7   have to work so many hours, hundreds of hours,
 8   maybe thousands, I don't know, because I never
 9   went down that route.
10                   But I have to work with somebody
11   else, I just can't do it on my own, and Chris
12   was clear to me on that.
13        Q     Did Chris tell you in what
14   states On Point was licensed?
15        A     No.
16                   MS. THOMPSON:  We have no further
17             questions at this time.
18                   MS. FUKS:  Give me a couple of
19             minutes.  I am just going to have a few
20             questions.
21                   MR. TOMAINO:  I would like to
22             state for the record that your
23             communications if any at this next break
24             about your examination of a witness who
25             has just testified that he is not your
```

```
 1                   PATRICK MAIO
 2  client are discoverable.
 3          THE VIDEOGRAPHER:  We are now
 4  going off the record.  The time is
 5  11:54 --
 6          MS. FUKS:  I think that
 7  mischaracterizes his testimony.
 8          MR. TOMAINO:  Let's be on the
 9  record for this.  We object to you
10  taking a break to rehearse the questions
11  you are about to ask.
12          THE VIDEOGRAPHER:  We are now
13  going back on the record, the time is
14  11:54.
15          MR. TOMAINO:  We object to your
16  taking a break to rehearse the questions
17  you are about to ask.
18          If you need to take a break to
19  collect your notes and formulate some
20  questions, that's great, but we object to
21  you speaking to the witness who's not your
22  client during the break.
23          MS. FUKS:  He is our client.
24          MR. TOMAINO:  Okay, go ahead.  We
25  can talk about it later.
```

1            PATRICK MAIO

2            MS. FUKS:  Okay, we can talk

3      about it later, that's fine.  We are

4      taking a break.

5            MR. TOMAINO:  I said you can take

6      a break.

7            Our position is that your

8      discussions with this witness about the

9      questions you are about to ask him are

10     discoverable.  That's our position.

11           MS. FUKS:  Okay.

12           THE VIDEOGRAPHER:  We are now

13     going off the record.  The time is

14     11:55.

15           (At this point in the proceedings

16     there was a recess, after which the

17     deposition continued as follows:)

18           THE VIDEOGRAPHER:  We are now

19     going back on the record.  The time is

20     12:03.

21           MS. FUKS:  So, I just have a few

22     questions, and I want to mark an

23     exhibit, I guess this will be 3.

24           (The above described document was

25     marked Maio Exhibit 3 for identification

```
 1                       PATRICK MAIO
 2          as of this date.)
 3
 4    EXAMINATION BY
 5    MS. FUKS:
 6
 7          Q     So Exhibit 3 is an excerpt, I'll
 8    represent that it's an excerpt from the
 9    Complaint.
10                Mr. Maio, can you take a look at
11    paragraph 451.
12          A     Okay.
13          Q     So paragraph 451 states that
14    "Confidential witness number 1, (CW1) worked at
15    Chrysler's Auburn Hills, Michigan Tech Center
16    during the class period evaluating vehicles for
17    fuel economy and scheduling emissions testing
18    and had knowledge of diesel as well as gasoline
19    testing."
20                Is it true that CW1 is
21    Mr. Crabb?
22                MS. THOMPSON:  Objection, calls
23          for speculation.
24          Q     Does that description of CW1
25    match the description of Alex Crabb?
```

```
 1                    PATRICK MAIO
 2         A     Yes.
 3         Q     Is what is in paragraph 451
 4    consistent with your conversation with
 5    Mr. Crabb?
 6         A     Yes.
 7         Q     Paragraph 462 -- 452, I'm sorry,
 8    you're looking at, it says, "As part of the
 9    testing, CW1 would work with a dynamometer,
10    dyno' for short, which were used to measure
11    force, torque or power on both diesel and
12    gasoline engines.
13                "In these tests, a vehicle's
14    tires spin, but the vehicle does not go
15    anywhere.
16                "For emissions testing the dynos
17    were used to provide simulated road loading of
18    either the engines or power train.
19                "Some dynos built into the floor
20    of the Tech Center could simulate a car driving
21    at 40 miles per hour, for instance."
22                "A hose placed in the car's
23    exhaust pipe collects emissions.  The vehicle
24    is run at city or highway cycles to simulate
25    those driving conditions."
```

```
 1                      PATRICK MAIO
 2                 MS. THOMPSON:  I think it says
 3            "driving in those conditions."
 4            Q       "Driving in those conditions,"
 5      excuse me.
 6                 Is what is here in paragraph 452
 7      consistent with what Mr. Crabb told you during
 8      your conversation?
 9            A       Yes.
10                 MS. THOMPSON:  I object to form.
11            Q       Is there anything that
12      inaccurately characterizes what Mr. Crabb told
13      you?
14            A       No.
15            Q       And if you take a look at
16      paragraph 453, "According to CW1, these
17      critical tests are super important, because to
18      certify a car, to sell it, the EPA
19      (Environmental Protection Agency) has to say
20      yeah, we accept the fuel economy numbers.
21                 "When we submit to the EPA that
22      the vehicle does 20 miles per gallon in the
23      city and 30 on the highway, it has to do that.
24                 "If they call you out, you can
25      get in trouble, so you have to make sure that
```

```
 1                     PATRICK MAIO
 2   the data is accurate and can be replicated in
 3   EPA tests."
 4                Is this consistent with what
 5   Mr. Crabb told you in your conversation?
 6                MS. THOMPSON:  Objection.
 7       A    Yes.
 8       Q    Anything in here that is
 9   inaccurate or inconsistent with what he told
10   you?
11                MS. THOMPSON:  Objection.
12       A    No.
13       Q    And if you will turn to
14   paragraph 461, please.
15                461 says, "CW1 explained that
16   the data gathered from these engine tests would
17   be analyzed in a report and presented to a
18   senior manager.
19                "The report would then get
20   forwarded up to Jeffrey Lux or Robert Lee,
21   where decisions would be made along the way on
22   whether to make changes to hardware or
23   somewhere impacting emissions or fuel
24   efficiency.
25                "This process worked the same on
```

```
 1                      PATRICK MAIO
 2   the gasoline side of the benchmarking business
 3   as the diesel side.
 4               "Lux and Lee would then forward
 5   these reports to Marchionne, who would make
 6   decisions on whether to incorporate hardware or
 7   software changes in emissions or fuel
 8   efficiency in Chrysler's vehicles."
 9               Is what is contained in this
10   paragraph consistent with what Mr. Crabb told
11   you during your conversation with him?
12               MS. THOMPSON:  Objection.
13        A     Yes.
14        Q     Is there anything in this
15   paragraph at all that does not accurately
16   reflect what Mr. Crabb told you?
17               MS. THOMPSON:  Objection.
18        A     No.
19               MS. FUKS:  Okay, I have no
20        further questions.
21               MS. THOMPSON:  Okay, we have a
22        few more questions.
23
24   CONTINUED EXAMINATION BY
25   MS. THOMPSON:
```

1                      PATRICK MAIO

2

3          Q      So, still referring you to this

4    document, going back to 451, do you know who

5    confidential witness number 1 is?

6          A      Well, I've been notified that

7    it's Alex Crabb.

8          Q      In the next paragraph, the

9    document discusses the use of dynos on both

10   diesel and gasoline engines.

11                Do you see that?

12         A      Um-hum.

13         Q      And it states that CW1 would

14   work with a dyno on both diesel and gasoline

15   engines.

16                Do you see where it says that?

17         A      Um-hum.

18         Q      Is it your testimony that CW1

19   worked on testing diesel engines?

20         A      He worked with them, with a

21   dyno, I'm not sure -- he worked with, as

22   opposed to worked on.

23         Q      Can you explain the distinction

24   that you are making?

25         A      Well, working with is -- he

```
 1                    PATRICK MAIO
 2   analyzed -- he analyzed the test data and --
 3   for that, and also that working on would mean
 4   that he actually ran it.  I cannot say that.
 5        Q       Did he tell you that he worked
 6   with a dyno on diesel engines?
 7        A       On diesel engines, no.
 8                He had a general working
 9   knowledge of the diesel side of the business,
10   though.
11        Q       But he never told you that he
12   work with a dyno on diesel engines, did he?
13        A       That's correct.
14        Q       Now, in paragraph 453, if you
15   could turn to that, this paragraph contains a
16   quote from CW1, right?
17        A       Yes.
18        Q       Was this quote in your notes?
19        A       Yes.
20        Q       Is this exact quote in your
21   notes?
22        A       Yes.  I mean, I write these
23   memos 24 hours to -- very soon after I do the
24   interviews, you know, so they are not --
25   everything is fresh in my mind.
```

```
 1                       PATRICK MAIO

 2              I do not write these things a

 3   year and a half later, for instance.

 4        Q     So this quote was in your memo,

 5   is that right?

 6        A     Yes.

 7        Q     And in this quote it says,

 8   "These critical tests," without any context

 9   within the quote as to which tests there are,

10   right?

11        A     Yes.

12        Q     In the context of your

13   conversation, these critical tests would have

14   been referring to fuel economy tests, right?

15        A     That is correct.

16        Q     And to be specific, these

17   critical tests would have been referring to

18   fuel economy tests on gasoline engines, right?

19        A     Yes.

20              MS. THOMPSON:  All right, we have

21         nothing further, then, except to note

22         for the record that we do consider this

23         deposition open based on the refusal to

24         produce the memorandum and notes that

25         the witness reviewed.
```

```
 1                    PATRICK MAIO

 2           THE VIDEOGRAPHER:  This concludes

 3    the deposition of Mr. Maio.  The time is

 4    12:12.

 5           We are now off the record.

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                    PATRICK MAIO

2

            I, the undersigned, a Certified
3    Shorthand Reporter of the State of New
     York, do hereby certify:
4            That the foregoing proceedings were
     taken before me at the time and place
5    herein set forth; that any witnesses in
     the foregoing proceedings, prior to
6    testifying, were duly sworn; that a record
     of the proceedings was made by me using
7    machine shorthand which was thereafter
     transcribed under my direction;
8            That the foregoing transcript is a
     true record of the testimony given.
9            Further, that if the foregoing
     pertains to the original transcript of a
10   deposition in a federal case before
     completion of the proceedings, review of
11   the transcript [ ] was [x ] was not
     requested.

12

            I further certify I am neither
13   financially interested in the action nor a
     relative or employee of any attorney or
14   party to this action.
            IN WITNESS WHEREOF, I have this
15   date subscribed my name.

16           Dated: Agust 23rd 2018

17

18

19

20   _____
            Stephen J. Moore
21           RPR, CRR

22

23

24

25

```
 1                   PATRICK MAIO
 2    DECLARATION UNDER PENALTY OF PERJURY
 3            Case Name: KOOPMAN v. FIAT
 4            Date of Deposition: August 22,
 5            2018
 6
 7            I, PATRICK MAIO, hereby certify
 8            Under penalty of perjury under the
 9     laws of the State of New York that the
10     foregoing is true and correct.
11            Executed this _____ day of
12            _____, 2018, at
13             _____.
14
15
16    _____
17
18            PATRICK MAIO
19
20
21
22
23
24
25
```

```
 1                     PATRICK MAIO

 2              DEPOSITION ERRATA SHEET

 3              Case Name: KOOPMAN v. FIAT

 4              Name of Witness: PATRICK MAIO

 5              Date of Deposition: August 22,

 6              2018

 7              Reason Codes:  1. To clarify the

 8              record.

 9              2. To conform to the facts.

10              3. To correct transcription errors.

11   Page _____ Line _____ Reason _____
     From _____ to _____

12   Page _____ Line _____ Reason _____
     From _____ to _____

13   Page _____ Line _____ Reason _____
     From _____ to _____

14   Page _____ Line _____ Reason _____
     From _____ to _____

15   Page _____ Line _____ Reason _____
     From _____ to _____

16   Page _____ Line _____ Reason _____
     From _____ to _____

17   Page _____ Line _____ Reason _____
     From _____ to _____

18   Page _____ Line _____ Reason _____
     From _____ to _____

19   Page _____ Line _____ Reason _____
     From _____ to _____

20   Page _____ Line _____ Reason _____
     From _____ to _____

21   Page _____ Line _____ Reason _____
     From _____ to _____

22   Page _____ Line _____ Reason _____
     From _____ to _____

23   Page _____ Line _____ Reason _____
     From _____ to _____

24   Page _____ Line _____ Reason _____
     From _____ to _____

25              DEPOSITION ERRATA SHEET
```

1                    PATRICK MAIO

2    Page _____ Line _____ Reason _____
     From _____ to _____
3    Page _____ Line _____ Reason _____
     From _____ to _____
4    Page _____ Line _____ Reason _____
     From _____ to _____
5    Page _____ Line _____ Reason _____
     From _____ to _____
6    Page _____ Line _____ Reason _____
     From _____ to _____
7    Page _____ Line _____ Reason _____
     From _____ to _____
8    Page _____ Line _____ Reason _____
     From _____ to _____
9    Page _____ Line _____ Reason _____
     From _____ to _____
10   Page _____ Line _____ Reason _____
     From _____ to _____
11   Page _____ Line _____ Reason _____
     From _____ to _____
12   Page _____ Line _____ Reason _____
     From _____ to _____
13   Page _____ Line _____ Reason _____
     From _____ to _____
14   Page _____ Line _____ Reason _____
     From _____ to _____
15   Page _____ Line _____ Reason _____
     From _____ to _____
16                 _____ Subject to the above

17          changes, I certify that the transcript is

18          true and correct

19                 _____ No changes have been

20          made. I certify that the transcript  is

21          true and correct.

22

23   _____

24                    PATRICK MAIO

25

```
            -

- - - - - - - - - - - - - - - - - - - - - - - - -
- - - - - - - - -x
  1:3,12

---his
  61:7
```

**0**

**07199-JMF**
  4:11

**1**

**1**
  3:9 4:3 14:5,8,11 76:14
  81:5

**10**
  3:13 54:13

**100**
  44:16 64:8

**10004-2498**
  2:22

**10016**
  2:15

**10016-2498**
  2:7

**101**
  64:15

**10:07**
  4:6

**10:10**
  1:13

**10:44**
  43:3

**11:06**
  43:14

**11:29**
  66:11

**11:47**
  66:17

**11:54**
  74:5,14

**11:55**
  75:14

**125**
  2:21 4:12

**12:03**
  75:20

**12:12**
  84:4

**14**
  3:9 9:11

**15**
  4:10

**15-cv-7199(jmf)**
  1:7

**2**

**2**
  3:13 43:8,10,25

**20**
  15:4 78:22

**2014**
  9:16

**2016**
  9:21,23 46:13,22

**2017**
  3:10 10:16 13:10,22,25
  14:12 15:11 37:14
  56:24 63:21

**2018**
  1:14 4:6

**22**
  1:14 4:5

**22nd**
  44:9

**24**
  82:23

**25**
  3:15

**275**
  2:6

**3**

**3**

**3:15** 75:23,25 76:7

**30**
  78:23

**34th**
  2:6

**4**

**4**
  45:14

**40**
  77:21

**43**
  3:13

**451**
  48:8 76:11,13 77:3 81:4

**452**
  77:7 78:6

**453**
  51:2,9 78:16 82:14

**46**
  15:9

**461**
  51:2,9 54:16 79:14,15

**462**
  77:7

**5**

**5**
  3:3 46:3

**50**
  41:12

**6**

**6**
  46:12

**600**
  2:14

**612**
  20:17

**6:11**

**14:2 15:10**

**7**

**7**
  14:2 15:10 37:14

**75**
  3:15

**76**
  3:4

**8**

**8**
  3:9 48:8

**80**
  3:5

**9**

**9**
  50:24 54:5

**A**

**a.m.**
  1:13

**absolutely**
  21:5 62:11

**accept**
  78:20

**accuracy**
  62:22 63:25 64:11,13,
  21 65:6

**accurate**
  51:4 54:7,8 64:7,9,10
  79:2

**accurately**
  51:24 54:22 80:15

**action**
  57:22 69:3

**addition**

54:15

**address**
5:23 6:2

**admittedly**
54:5

**Agency**
78:19

**ago**
10:18

**agree**
45:19,22 46:9,23 47:22
48:2,19 50:22 52:11,15
60:9,11

**ahead**
43:23 48:7 74:24

**Alex**
3:13 43:25 76:25 81:7

**allegations**
50:25 54:15 65:15,18,
22

**allow**
42:13 64:7

**America**
70:16

**amount**
12:2

**analysis**
53:9

**analyzed**
51:6 54:8 79:17 82:2

**answer**
6:9,11 11:4,7 17:3,12
24:5,11 25:17 34:5
36:22 37:4 57:6,8 59:7
63:4,6,8,10,18 66:2,3
67:23 68:8,10 70:8

**answered**
50:23 57:24 59:7

**answers**
37:19 63:17

**anybody**
25:5 41:3 58:5

**anyway**
62:15

**apologize**
146

36:14

**approximately**
4:6 38:22 45:7

**area**
27:21 50:18

**areas**
27:12,16,19 50:15,16

**articulated**
64:16

**aside**
46:22 50:10 52:8

**asked**
23:22 24:7 25:11 32:12
34:20 42:5 43:21 57:23
58:11 59:6 60:20 61:9,
12 62:21 63:12

**asking**
5:21 24:12 41:22 56:12
61:3,12

**asks**
11:10

**assignment**
10:13,24 11:22,23
12:12 13:8 35:8

**assignments**
10:8

**assume**
6:16

**attorneys**
2:5,13,20 8:16

**Auburn**
26:14 76:15

**August**
1:14 4:5 7:10,11 44:9

**Automobiles**
1:9 4:9

**Avenue**
2:6,14

---

**B**

**back**
13:11 34:9 43:13,19
54:4 62:14 63:25 64:16,
17,18 66:16 74:13
75:19 81:4

**based**
38:7 83:23

**basically**
7:12 30:24 64:15 73:4

**basis**
28:23 29:12,21 34:18
50:6,12 58:8

**beginning**
9:20 54:6

**behalf**
1:4 4:21,25 5:4

**believe**
27:2 33:16 44:13 56:10
64:9 72:10

**benchmarking**
27:2,25 28:17,20,24
30:5,15,21 35:18 80:2

**better**
38:8

**beyond**
11:2,7 20:4 29:2 31:2,
20 49:17,18 53:3 57:2
59:14 61:15

**bill**
3:9 14:11,17 40:15

**bit**
55:5

**blanket**
49:14

**BMW**
53:20

**boss**
7:14,21 8:14,18 17:10,
16 23:11,12 40:7,8
44:15 63:24 64:6

**boss'**
71:25

**break**
42:22 66:8 67:18 68:3
73:23 74:10,16,18,22
75:4,6

**Broad**
1:15 2:21 4:13

**built**
77:19

**business**
30:10 66:23 67:4 80:2
82:9

---

**C**

**California**
■ 10:5 41:7 72:23

**call**
15:9 18:10,11,15,25
20:7 21:18 22:21 39:17
46:13 78:24

**called**
5:10 18:6 22:24

**calls**
18:14 49:23 61:6 76:22

**can't**
6:20 10:14 31:9,10
49:18,22 61:9 68:6
73:11

**car**
77:20 78:18

**car's**
77:22

**careful**
41:8

**cars**
26:23 27:3,24,25 53:10,
16

**case**
1:7 4:7,10 8:17 10:10
41:6 69:10

**cases**
9:25

**category**
21:18

**caution**
63:2 69:15 70:9

**cell**
16:7,9

**Center**
26:14 66:24 76:15
77:20

**certified**
1:21 4:15

**certify**

78:18

**chain**
34:8

**change**
10:3

**changed**
9:23

**changes**
79:22 80:7

**characterization**
17:24

**characterizes**
78:12

**Chris**
8:20 9:20 12:8,14,23
13:3,4 44:14 72:2,13
73:11,13

**Chris'**
12:6

**Chrysler**
1:9 4:9 33:11

**Chrysler's**
76:15 80:8

**city**
77:24 78:23

**Claremont**
6:3

**clarification**
6:15 66:19

**clarify**
18:7 34:9 36:21 37:3
53:15 66:24

**class**
2:5,13 5:2,5 69:3 76:16

**clear**
30:7 65:14,21 73:12

**client**
74:2,22,23

**close**
59:25

**CO2**
31:17

**colleagues**
29:3,9 50:11,13

**collect**
74:19

**collects**
77:23

**Colorado**
15:9,18,23,24 16:2,3,4
26:9

**come**
62:14

**coming**
7:11

**communicated**
37:11

**communications**
62:2,5 63:3 73:23

**company**
35:9 69:8

**competitive**
53:10,16

**competitors**
27:4 53:17

**Complaint**
3:15 48:8 51:2,7 54:6,
16 56:7,9,14,16,17,21
57:4,17,18,22 61:18
62:22,23,24 63:13,20
65:15,16,18,19,22,24
70:22 71:2 76:9

**complete**
11:23 12:3

**concerned**
51:10

**concludes**
84:2

**conditions**
77:25 78:3,4

**conduct**
72:12

**confidential**
69:16 70:11,21,25
76:14 81:5

**confirming**
65:5

**connection**
10:9,24 11:16

**consider**
83:22

**consistent**
77:4 78:7 79:4 80:10

**consonant**
9:3

**constant**
64:4

**contact**
16:25 60:3,14

**contain**
40:4

**contained**
50:25 54:15 80:9

**contains**
82:15

**content**
20:16 24:8

**contents**
20:19

**context**
49:19,25 51:7 55:9
64:24 83:8,12

**contexts**
53:23

**continued**
3:5 43:6,16 66:14 75:17
80:24

**contractor**
9:13

**conversation**
11:11 13:24 15:20
20:16 22:18 23:14 28:5
37:16 38:5 40:18 47:12,
18 49:20 50:2 64:14,25
65:8,12 68:14 77:4 78:8
79:5 80:11 83:13

**conversations**
39:4 63:6,17

**conveyed**
32:9,10

**copies**
21:2

**copy**
20:18 38:7

**corporate**
28:10 31:23 32:2

**correct**
8:24 18:18 25:10 39:20
48:11 54:2,3 55:16
82:13 83:15

**correctly**
45:17 46:7,20 48:17
51:15 52:6 55:2

**Couldn't**
17:17

**counsel**
4:17 6:10 16:25 20:5
24:6,20,24 25:3,6 63:3,
7,18 66:18 67:19 68:3,5
69:23 71:13,15,16,21,
23

**counsel's**
61:13 62:10

**counselor**
46:14 47:4,9 48:14 49:4
52:3,9

**counselor'**
48:25 54:23

**counselor.'.**
51:25

**count**
38:24

**country**
41:14

**couple**
45:11 73:18

**course**
23:7 32:12

**court**
1:2 4:15 5:6 11:3 14:4
22:5 36:12 43:21,24

**Crabb**
3:13 11:11,17,20 13:25
18:12,16 22:18 23:14
26:2 31:25 37:11,12,25
38:5,17,20 39:4 40:19
41:6 44:2 45:20 46:3
47:13 48:2,3 51:17
52:16 58:4 62:3 63:14,
20 64:14,23 65:7,16,19,
23 66:22 68:14,16,22,
25 69:4,15 70:10,13,17,

20 71:5,10 76:21,25
77:5 78:7,12 79:5
80:10,16 81:7

**Crabb's**
15:13 16:9,24 18:5 20:2
37:20,22 61:18

**create**
20:22 23:21 39:9,11

**critical**
78:17 83:8,13,17

**Cromwell**
2:19 4:21,23

**cross-examine**
20:19

**current**
12:25 23:19 26:3

**currently**
9:24

**CV**
4:10

**CW1**
76:14,20,24 77:9 78:16
79:15 81:13,18 82:16

**cycles**
77:24

---

**D**

**data**
36:3 51:4,5,9,18 53:25
54:7,8 79:2,16 82:2

**date**
10:15 14:6,9 43:11
64:25 65:8,9 76:2

**dated**
10:21

**dates**
9:15

**day**
25:20

**deadline**
11:23,24 12:3,8

**decide**
18:9

**decisions**
79:21 80:6

**declaration**
3:13 33:15 43:25 61:18

**declined**
34:22

**deep**
29:15

**deeply**
50:18

**Defendants**
1:11 2:20 4:22,23

**define**
71:18



**department**
27:2 29:4 35:18

**departments**
28:17

**departure**
26:7

**deposed**
6:4 7:9,12

**deposition**
1:18 4:4,12 7:6,16 11:2
20:15 21:3,14,21,25
22:10,15 25:19 41:21
42:7,11 43:6 44:22 45:2
57:2 61:16,23 62:2,18
66:14 67:24 68:20
75:17 83:23 84:3

**depth**
29:13,21

**derived**
57:20

**describe**
51:3 69:9

**described**
14:7 27:20 43:9 51:19
75:24

**describing**
37:22

**description**
76:24,25

**detail**
69:10

**details**
8:4 26:6 42:16

**developing**
26:23,24 27:24

**didn't**
31:2,14 38:24 41:5
44:25 50:17 52:13 53:2
55:20 59:17 60:13
69:11,18 71:3

**Diego**
9:19

**diesel**
27:10 28:7,14,15,18,20,
23 29:4,5,21,22 30:5,9,
15,19 31:12 36:10,18
37:6,8 45:16,23 46:18
47:15 48:9,13,15,22
49:5,8,10,13 50:7,19
53:10 54:2 67:3,11
76:18 77:11 80:3 81:10,
14,19 82:6,7,9,12

**differences**
53:12

**different**
14:19 26:18 29:25
30:23 32:5 35:20,23

**differently**
29:7

**dig**
29:14,20

**direct**
38:16,19 40:4

**directly**
23:6 55:10

**disagree**
16:19 17:23 46:25
62:13

**disclose**
34:23 69:16,18 70:10

**discoverable**
74:2 75:10

**discovery**
71:6

**discrepancies**
44:23 61:17

**discrepancy**
7:2 44:24

**discuss**
47:17 68:5

**discussed**
28:6,8 30:22 31:22
50:19 55:5 68:21

**discusses**
81:9

**discussing**
36:10 52:23 68:2

**discussion**
68:17,18

**discussions**
50:10 67:19 68:5 75:8

**dispute**
60:17

**distinction**
81:23

**distinguish**
30:14 53:12

**DISTRICT**
1:2

**divisions**
26:11

**document**
14:4,7 20:6,9,11 39:3,7,
10,11,12,14 42:4 43:9
44:3,7,12,19,25 58:12,
20 59:5,10 75:24 81:4,9

**documentation**
40:13

**documents**
7:18,19 8:3,8 21:2,14,
23 22:5 37:21 38:2
41:24 42:16 55:10,11,
12 62:16

**doesn't**
50:18 60:13

**doing**
9:24,25 27:4

**don't**
6:14,16 9:15 11:14
13:17 16:7 19:18 20:21
29:2 39:23 40:20,25
41:5,14 45:4,6 49:17,18
50:5 56:7,14,15,22
57:11,15,25 59:3 63:4
64:7 66:4 68:23 70:6

71:4,17 72:24 73:8

**double**
36:23

**draft**
55:24 56:11,13



**driving**
77:20,25 78:3,4

**duly**
5:11

**dynamometer**
77:9

**dyno**
81:14,21 82:6,12

**dyno'**
77:10

**dynos**
77:16,19 81:9

**E**

**e-mail**
64:8

**earlier**
34:10 36:7 37:18 39:2
44:9 55:6 66:20 68:13,
17 70:8

**early**
7:11 10:16 13:21

**earn**
73:6

**easily**
38:25

**economy**
26:22 27:6,24 30:16,20,
24 31:4,7 52:4,17,20,25
53:6 76:17 78:20 83:14,
18

**efficiencies**
52:25

**efficiency**
79:24 80:8

**efficient**
27:6

**either**
27:5 31:2 35:16,19
44:14 77:18

**electrical**
33:7

**electronic**
38:9

**elicited**
34:5

**eliciting**
24:14

**emissions**
27:6 30:24 31:3,7,13,
17,19 36:18 37:6 46:6,
19 47:15,18,20,23 48:4,
6 49:21 50:3 51:8,10,19
52:5 53:2,5 76:17
77:16,23 79:23 80:7

**employed**
32:13

**employee**
23:19 26:4,5 69:21

**employees**
12:20,25

**employment**
12:17

**engagement**
71:22

**engine**
33:6 45:16,23 46:18
47:15 48:10,13,15,22
49:5,10,13 50:7 51:5
79:16

**engineer**
35:16 60:24,25

**engineering**
33:8

**engines**
28:25 29:5 50:19,21
77:12,18 81:10,15,19
82:6,7,12 83:18

**entire**
56:18 57:16,18

**entitled**
1:19 4:7 11:12 20:8

**entity**

73:3

**environmental**
78:19

**EPA**
51:4 78:18,21 79:3

**ESQ**
2:9,17,23,24

**established**
52:9

**evaluating**
76:16

**everybody**
34:7 42:23

**exact**
39:23 82:20

**exactly**
9:15

**examination**
3:2 5:15 20:25 43:16
73:24 76:4 80:24

**examined**
5:12

**example**
31:17 32:25

**excerpt**
3:15 76:7,8

**exclusively**
12:19 23:10

**excuse**
17:11 21:7 32:9 33:11
35:17 50:23 54:17 78:5

**exhaust**
77:23

**exhibit**
14:5,8,11 43:8,10,22,25
75:23,25 76:7

**explain**
59:17 64:18 81:23

**explained**
28:16 32:8,17 79:15

**explanation**
29:17

**explore**
29:12 50:6

**explored**
72:22

**expressly**
46:16 47:13 48:3

**extent**
63:5,16

**F**

**fact**
29:3 33:20 58:19 66:22

**facts**
72:25

**fair**
9:5 61:25

**fall**
21:18

**family**
14:23

**far**
7:3 27:16 30:6 33:5
52:25 59:21 60:21 61:3
64:13

**FCA**
23:19 26:7,11,23 28:17
33:11 36:18 37:6 45:15,
16,23 46:4,6,17 47:14
48:12,22 49:11 60:7
69:8

**February**
3:10 10:16 13:10,21,25
14:2,12 15:10 37:14
56:24

**felt**
69:19

**Fiat**
1:9 4:9

**figure**
18:25

**filed**
4:9 65:16,24

**find**
35:8

**fine**
17:25 36:15 75:3

**fired**

50:20

**firm**
2:4 4:25 23:5,7 69:6

**firms**
7:4

**first**
5:11 7:5,7 9:10 10:19
20:12 25:9 26:20 44:6,
17,19 45:5 50:23 51:14
54:25 56:20 57:21

**flat**
33:11

**floor**
2:6 77:19

**focused**
34:25 35:4

**follow**
12:7 17:6

**followed**
67:5

**follows**
5:13 43:6 66:14 75:17

**force**
77:11

**forgotten**
8:5 42:18

**form**
78:10

**format**
7:22,24

**formatted**
39:3,13,14

**former**
12:17,20 26:3,5 69:21

**formulate**
74:19

**forth**
53:21

**forward**
54:20 80:4

**forwarded**
54:19 56:3 58:5,9 60:5,
16 79:20

**four**
14:19 33:16 60:7

**fresh**
82:25

**front**
14:18

**fuel**
26:22 27:5,24 30:15,20,
24 31:4,7 35:19 52:4,
17,20,24 53:6 76:17
78:20 79:23 80:7 83:14,
18

**Fuks**
2:9 3:4 4:24 10:25 11:6,
13 16:11,15 17:2,11,18,
25 19:23 20:10,21 21:5,
9 22:3,13 24:2,12,22,25
25:5,13,18 41:22 42:13,
24 49:23 56:25 57:5,8,
23 59:6 61:6,15 62:4,8,
11,20,25 63:5,15 66:18
67:20 68:4,9 73:18
74:6,23 75:2,11,21 76:5
80:19

**further**
57:10 73:16 80:20
83:21

---

**G**

**gallon**
78:22

**game**
61:25

**Gary**
1:3 4:7

**gas**
27:7,21 28:17 31:13
36:6 67:7,12

**gasoline**
27:7,22,23 29:7 30:2
48:10 50:20 52:18,20
53:25 54:10 55:14
66:23 76:18 77:12 80:2
81:10,14 83:18

**gathered**
51:5 53:25 79:16

**general**
29:2,10,19 30:3,12
31:5,19 32:4 49:8,9,12
50:7,12 52:22 59:20

82:8

**generally**
12:18 38:18 50:9,20

**getting**
72:22

**give**
8:25 12:8 28:22 29:16
34:21 73:18

**glasses**
44:4

**go**
22:16 25:20 32:18 34:9,
21,24 43:23 45:11
49:18 59:15 60:19
63:25 68:11 74:24
77:14

**goal**
12:11,14

**God**
8:22

**goes**
10:25 16:11 32:19 34:8
35:3,5 56:25

**going**
4:3 7:8 8:19,24 11:4
17:2 18:4,8 21:10,22
22:4,15,20 24:4 25:20
43:2,13 45:10 57:6
62:14,15,25 66:10,16
73:19 74:4,13 75:13,19
81:4

**good**
5:18,19 8:25 72:4,9

**great**
74:20

**guess**
6:25 39:17 71:20 72:4
75:23

**guys**
28:4

---

**H**

**half**
8:7 9:12 10:18 42:20
83:3

**handful**

38:25

**handing**
14:3

**handling**
23:5

**hands**
34:7

**happen**
67:11

**happened**
59:19

**happens**
67:6

**hardware**
79:22 80:6

**haven't**
68:22

**he's**
10:2 15:22 20:10 22:8
24:13 42:8 58:20 60:14
62:15 64:15 69:23

**head**
18:22 33:3 53:20

**heavily**
14:15

**held**
4:12

**helped**
20:15

**highway**
77:24 78:23

**Hills**
26:14 76:15

**hold**
9:15 62:18 72:24

**home**
5:23 6:2

**hose**
77:22

**hotter**
50:20

**hour**
77:21

**hours**

73:7 82:23

**hundreds**
73:7

_____

**I**

**I'LL**
5:21 8:25 63:15 76:7
**I'M**
9:17,24 12:5,24 17:2,19
21:7,10 23:16 24:4
25:15 30:13 31:11 33:2
34:25 44:13,16 56:12
57:9 58:17 59:12 62:25
70:7 77:7 81:21
**I'VE**
72:10 81:6
**idea**
15:25 16:5 33:19 36:5
38:24
**identification**
14:8 43:10 75:25
**identified**
18:15,18 20:2,11 23:2
30:16 47:4 70:21,25
**identify**
16:13 34:10 47:3 49:2
55:20 69:12
**identifying**
46:14 47:7
**identity**
34:23 71:6
**impacting**
79:23
**important**
78:17
**impressions**
61:8
**inaccurate**
79:9
**inaccurately**
78:12
**inappropriate**
25:23
**include**
40:9 68:15

**included**
36:3 40:13 52:24 65:19
**including**
41:13
**inconsistent**
79:9
**incorporate**
80:6
**incorrect**
51:23 52:11
**independent**
9:12 72:21
**indicate**
15:8 51:17
**Individually**
1:4
**individuals**
33:22
**inform**
70:13
**information**
7:3,20 12:6 15:8 16:14,
16,25 19:4,10,14 35:8
58:15 64:6,12 69:17
70:11
**initially**
7:14 60:25
**instance**
77:21 83:3
**instruct**
17:3 24:4 63:7,18 67:22
**instructing**
11:6 17:12 24:10 25:16
68:7,9
**instruction**
12:22 13:2 16:21,23
17:7 25:21,22,25
**instructs**
6:10
**intend**
17:6
**interview**
7:22 11:17 12:2,13,16,
20 41:13 64:14
**interviewing**

33:19
**interviews**
11:17 49:3 65:3 82:24
**introduce**
4:17 22:23
**introduced**
22:25
**introductions**
23:16
**investigation**
8:4 10:9 12:4 23:8
42:17
**investigations**
23:4 69:5 72:12
**investigator**
72:15 73:5
**involved**
36:17,18 37:6 45:15,23
46:5 48:12,22 53:9 69:6
**isn't**
41:4
**issues**
29:24
**it's**
8:6,24 9:3 11:7 13:19
24:17 42:19 56:9,14
60:12 64:7,8,15 68:24
70:2,16 76:8 81:7

_____

**J**

**January**
3:10 14:11
**Jeff**
34:11,15
**Jeffrey**
32:18,21 54:19 56:4
60:3 79:20
**job**
9:18 11:24 12:6 13:19
26:18 32:5 35:23 37:20,
22 53:7,8 65:25 66:5
**joined**
9:20,23
**journalist**
40:21

**JR**
2:24
**jumped**
47:20

_____

**K**

**keep**
21:25 25:21,22 38:4,6,7
**Kidd**
1:3 4:8
**kids**
14:24
**kind**
26:17 41:4 47:20 49:15
**knew**
45:2 58:14 59:4,9,18
**know**
6:22 13:7 16:7 18:3
19:18,19 20:8,17 22:20
29:2 33:24 34:6 35:6,
10,25 39:23 41:14 45:4,
5 48:6 49:17,18 50:5
52:14,22 56:7,8,15,22
57:14,19,25 58:22 59:3,
16 60:4,15 69:11 70:6,
24 71:4,17 72:11 73:8
81:4 82:24
**knowledge**
28:7,13,14,23,25 29:9,
11,13,19,22 30:7,9,12,
17 46:2 48:9,15 49:5,8,
10,13 50:7,12 51:8
52:22 58:22 67:3,9
76:18 82:9
**known**
50:14
**Koopman**
1:3 4:7
**KUNSELMAN**
1:10

_____

**L**

**ladder**
28:10 31:23 32:3
**language**
55:24,25 56:2,11,13

late
9:11

law
2:4 4:25 7:3 23:4,7
41:12 69:6

lawsuit
56:19 69:8,13 71:7

lawyers
7:17 44:15 71:19

layers
58:25

leading
25:14

learn
7:5,7

leave
18:10 64:8

led
72:10

Lee
32:19,22 33:6 34:11,16
54:20 56:4 59:2,14
60:3,14 79:20 80:4

let's
20:12 22:16,17 66:7
74:8

letter
71:22

levels
33:12,16,20 34:2 60:7

Lexus
53:20

license
72:12,14,23

licensed
73:14

licenses
72:18

licensing
72:21

line
17:13 45:19

lion's
65:4

list
18:10 19:15,17,20
23:21,24 24:3,7,9,13,21
25:2,12

listed
18:14

lists
14:18

litigation
23:5 69:24

little
55:5

live
41:6,8

LLP
2:12,19

loading
77:17

long
19:15 39:22 51:12 54:5,
14

longer
9:25

look
14:13 18:24 54:4 76:10
78:15

looked
41:17

looking
26:22 27:3 30:23 77:8

looks
14:13

lot
13:17 33:12

lower
27:5,6 30:24 53:2

lowering
53:4

Lux
32:18,21 33:4 34:11,15
54:19 56:4 59:2,13
60:3,14 79:20 80:4

---

**M**

**M-A-I-O**

6:2

**Madison**
2:6

**Maio**
1:18 2:1 3:1,9 4:1,4 5:1,
25 6:1,5 7:1 8:1 9:1
10:1 11:1 12:1 13:1
14:1,8 15:1 16:1 17:1
18:1 19:1 20:1 21:1
22:1 23:1,2 24:1 25:1
26:1 27:1 28:1 29:1
30:1 31:1 32:1 33:1
34:1 35:1 36:1 37:1
38:1 39:1 40:1 41:1
42:1 43:1,10 44:1 45:1
46:1 47:1 48:1 49:1
50:1 51:1 52:1 53:1
54:1 55:1 56:1 57:1
58:1 59:1 60:1 61:1
62:1 63:1 64:1 65:1
66:1,19 67:1 68:1 69:1
70:1 71:1 72:1 73:1
74:1 75:1,25 76:1,10
77:1 78:1 79:1 80:1
81:1 82:1 83:1 84:1,3

**makers**
53:19

**making**
25:21 81:24

**man**
46:13

**management**
33:12 34:2 60:8

**manager**
32:11 34:22 54:18 55:6,
9,14,18,21 56:3 58:6,
12,21 59:2,23 79:18

**manufactured**
27:25 53:16

**March**
63:21

**Marchionne**
1:9 32:20 33:17,23
59:15 60:4,8,14 61:4
80:5

**Marchionne,'**
54:21

**mark**
14:4 43:7,22 75:22

**marked**
14:8,10 43:10,25 75:25

**match**
76:25

**matched**
18:18

**materials**
67:15

**matter**
1:19 68:3

**mean**
8:6 9:3 12:6 25:15
27:14 28:14 30:3 33:14
34:25 50:14 52:14
53:16 58:17,21 59:12
60:22 68:23 70:15 82:3,
22

**Meaning**
40:15

**means**
52:23

**measure**
77:10

**media**
4:3

**memo**
13:15 39:18,21,22 40:3,
10 41:20 42:6,10 56:8,
12,14 83:4

**memorandum**
63:24 83:24

**memory**
20:6

**memos**
10:19,23 11:10,15 12:9
22:6 82:23

**mental**
24:19 25:4 61:7,8,13
62:5,7,10

**mentioned**
9:6 31:21 37:18 69:20
71:25

**Mercurio**
4:14

**mere**
58:19

**Michael**
2:24 4:22

**Michigan**
76:15

**middle**
21:8

**miles**
77:21 78:22

**mind**
13:11 82:25

**mine**
72:4

**minute**
15:9

**minutes**
46:16 73:19

**mischaracterizes**
74:7

**misidentification**
48:25

**misleading**
54:21

**misrecollection**
22:9

**missing**
58:25

**models**
53:19

**Montenegro**
2:17 5:3,4

**month**
9:12 44:10

**months**
56:23

**Moore**
1:20 4:16

**morning**
5:18,19

**move**
13:23

**moved**
9:17 16:3

**moving**
16:4 26:8 50:24 54:13

**N**

**N.V.**
1:9

**name**
4:14 5:20,23,25 8:20
9:4 53:22 59:22 71:25

**named**
55:22

**names**
32:21,24 34:12,13
59:21

**need**
69:19 74:18

**negative**
36:23

**never**
13:13 27:11 28:21
31:19 33:18 34:17
40:22 59:20 60:12 73:8
82:11

**New**
1:2,16,22 2:7,15,22
4:10,13 7:12

**newspaper**
9:18

**nitrogen**
46:5

**no-no**
41:10

**non-fca**
27:3,25

**Notary**
1:22 5:11

**note**
16:20 40:3 66:22 83:21

**noted**
25:24

**notes**
7:20 8:2 19:6,8 20:14,
18 21:17 22:6 37:15
38:4,11,17,20 39:6
40:6,9 41:17,19 42:6,9
63:24 65:6 74:19 82:18,
21 83:24

**notified**
7:10 44:21 81:6

**NOX**
46:6,18 47:15,17,23
48:4,5 49:21 50:3 51:8,
10,19 52:4,5,14

**number**
4:10 15:10,14 16:10
17:9,14,20 18:5,9,19,
21,25 20:3 39:23 76:14
81:5

**numbers**
14:19,22 15:4 17:4
19:16,25 78:20

**O**

**object**
16:22 17:2 25:25 74:9,
15,20 78:10

**objected**
17:11

**objecting**
17:15,19 25:15,22
57:10

**objection**
10:25 16:11 19:23 24:2
41:22 49:23 56:25
57:23 59:6 61:6 62:25
63:16 67:20 68:4 76:22
79:6,11 80:12,17

**objections**
16:20

**obligation**
70:14

**occur**
13:14

**October**
9:16,21,23

**Oh**
8:22 18:17 36:11 71:24

**okay**
15:6 21:9 22:3,14 25:13
27:15 42:13,22 44:20
50:22 60:12 66:6 68:11
74:24 75:2,11 76:12
80:19,21

**Once**
11:21 63:23

**ongoing**
67:23 69:24

**open**
22:2,15 83:23

**opportunity**
64:19

**opposed**
18:13 81:22

**order**
1:20 61:21,23 73:3,4

**ordered**
11:3

**orders**
12:7

**organization**
33:11

**outlined**
23:15 26:17

**owns**
72:7,8

**oxide**
46:5

**P**

**P.A.**
2:4

**p.m.**
14:2 15:10

**page**
3:2 14:18 15:3,8 18:14

**pages**
39:24,25

**PALMER**
1:10

**paper**
19:5 38:7,12

**paragraph**
45:14 46:3,12 48:7,8
50:24 51:12 52:4 54:5,
13,16 58:3 59:24,25
76:11,13 77:3,7 78:6,16
79:14 80:10,15 81:8
82:14,15

**paragraphs**
51:2,9

**part**
16:17 17:4 31:4,7 35:7
39:6 46:22 57:19 62:23,
24 77:8

**particular**
8:11

**parts**
46:25

**pass**
32:10 33:22

**passed**
28:9 31:22 32:2 34:15,
19 55:10

**passing**
55:13 67:10

**Pat**
23:2

**Patrick**
1:18 2:1 3:1,9 4:1,4 5:1,
25 6:1 7:1 8:1 9:1 10:1
11:1 12:1 13:1 14:1
15:1 16:1 17:1 18:1
19:1 20:1 21:1 22:1
23:1 24:1 25:1 26:1
27:1 28:1 29:1 30:1
31:1 32:1 33:1 34:1
35:1 36:1 37:1 38:1
39:1 40:1 41:1 42:1
43:1 44:1 45:1 46:1
47:1 48:1 49:1 50:1
51:1 52:1 53:1 54:1
55:1 56:1 57:1 58:1
59:1 60:1 61:1 62:1
63:1 64:1 65:1 66:1
67:1 68:1 69:1 70:1
71:1 72:1 73:1 74:1
75:1 76:1 77:1 78:1
79:1 80:1 81:1 82:1
83:1 84:1

**people**
12:7,13,16 41:8

**perceived**
44:24

**percent**
44:16 64:8

**period**
26:20 76:16

**permitted**
12:24

**person**
73:2

**personally**
34:15 58:5 72:14

**pertinent**
56:17

**phone**
3:9 14:11,17,19,21
15:9,10,13 16:7,10
17:4,9,14,20 18:4,5,9,
11,14,15,21,25 19:15,
25 20:7 40:14,15 65:10

**phrase**
55:17

**piece**
19:5

**pipe**
77:23

**Pirnick**
4:8

**PIRNIK**
1:4

**placed**
77:22

**Plaintiffs**
1:6 2:5,13 4:25 5:5 8:16
69:2,13

**plan**
14:23

**plausible**
31:12

**please**
4:17 6:15 8:21 36:22
37:4 47:25 79:14

**point**
8:15,18 9:7,22 10:9
23:3 43:4 50:4 58:18
63:14 66:12 69:5 72:6,
11,18,22 73:3,14 75:15

**Point's**
72:21

**pole**
60:15,22 61:4

**politicians**
40:23

**Pomerantz**
2:12 5:4 7:18 44:15

**portions**
63:13,19

**position**
9:22 24:18 61:12 75:7,
10

**possibility**
71:9,11

**possible**
11:25

**potential**
41:9

**potentially**
41:12 71:3

**power**
33:4,5,7 35:16,17 60:25
77:11,18

**preparation**
20:14 21:3,15,20 22:10
41:20 42:6,10 62:17

**prepare**
7:15 8:13 11:10

**prepared**
7:22,24 19:17 35:14
41:24 53:13

**presented**
54:18 56:3 79:17

**President**
33:5,8

**Presumably**
54:11

**pretty**
9:3 68:24

**previously**
42:17

**private**
72:12,15

**privileged**
41:25 69:16 70:10

**privy**
12:5

**probably**
10:15 13:12,21 34:20
41:18 58:16

**proceed**
5:8

**proceedings**
43:4 66:12 75:15

**process**
16:3 53:6 62:10 64:4
65:7 79:25

**processes**
24:19 61:14 62:6,9 67:5

**produce**
21:13,23 22:11 62:16
83:24

**producing**
22:4

**product**
16:12,17 17:5,22 19:24
22:7 24:3,4,16,17 25:8

**Professional**
1:21

**pronounce**
8:20 72:5

**properly**
23:2

**propulsion**
33:7

**Protection**
78:19

**provide**
50:11 58:8,24 77:17

**provided**
7:3,21 16:24 19:21
23:24 24:7,13,15,16,20
25:3

**Public**
1:22 5:12

**purported**
61:17

**purposes**
20:25

**pursuant**
1:19

**put**

7:22

**Q**

**question**
6:15 11:5,15 17:19
23:18 25:11,14 31:12
34:3,5,10 36:13,22 37:4
42:3,9 47:24 57:7,9,13,
14 59:8 62:18 66:2
67:25 69:25 70:3,9 72:9

**questioning**
17:13

**questions**
5:21 6:8,9,25 13:17
17:19 22:16 23:22,25
24:3,14,21 41:23 57:10
68:12 69:22 73:17,20
74:10,16,20 75:9,22
80:20,22

**quickly**
11:25

**quite**
64:20

**quote**
82:16,18,20 83:4,7,9

**quoted**
56:2

**quotes**
38:17,19,22 40:4 54:6,
24 56:5,6

**quoting**
56:9

**R**

**ran**
82:4

**reached**
15:15 18:19

**reaction**
44:18,20

**read**
30:18 32:8 33:14 37:19
38:8 45:17 46:7,20
48:17 51:14 52:6 54:25
56:18 61:23 64:16,17

**reading**
44:4

**really**
29:18 31:10 45:5

**Realtime**
1:21

**reason**
6:19 10:17,19 41:5 61:2

**recall**
31:9 33:2 67:15,18,25

**receive**
10:12 20:24 44:11

**received**
12:23 46:13 59:5,10

**recess**
43:5 66:13 75:16

**recognize**
44:3

**recollection**
20:20 21:4,16,21 62:17

**record**
4:3,19 5:24 20:23 21:12
40:14,18,20 41:5,6,15
43:2,13 65:10 66:10,16
73:22 74:4,9,13 75:13,
19 83:22 84:5

**recorded**
40:22

**recording**
41:8

**records**
15:4 18:4

**redacted**
3:11 14:15

**reference**
55:8

**references**
52:8

**referred**
51:9 52:3 63:14,20
68:22

**referring**
30:19 35:21 49:16,20
50:3 53:25 54:9 81:3
83:14,17

**reflect**
51:24 54:22 80:16

**reflecting**
39:4

**reflects**
63:6

**refresh**
20:6,20 22:9

**refreshed**
21:4,15,21 62:16

**refusal**
83:23

**refuse**
21:24,25

**refusing**
22:11

**regard**
66:20

**regarding**
7:21 35:15

**Registered**
1:20

**rehearse**
74:10,16

**related**
46:5,18 47:14

**relation**
37:20

**relied**
20:5

**remain**
22:15

**remember**
10:14 18:20 20:15
42:19 47:6 57:9,11,15
65:11

**remind**
8:3,6 19:3,10 42:16

**reminded**
8:8 19:14

**repeat**
47:24 57:12 59:8

**replicated**
51:4 79:2

**report**
34:7,21,24 35:2,5,12,14
36:4 51:6 54:8,17 58:20
79:17,19

**reporter**
1:21 4:16 5:7 9:18 14:4
43:22,24

**reporter's**
36:12

**reports**
28:8 31:22 32:2,10,18
34:15,19 35:20,24 36:9,
16 37:5 51:18 53:13
54:20 55:11,12 58:9
60:5,16,19 67:10 80:5

**represent**
4:18 76:8

**representation**
71:18

**represented**
69:23 71:13

**representing**
8:16 69:6

**request**
21:22

**requesting**
20:24 21:12

**research**
9:25 16:16 72:21

**researcher**
23:3 47:5,7 49:2

**researching**
41:11

**resolve**
44:22

**respect**
65:6

**respectfully**
61:24

**respond**
70:14

**response**
26:3

**responsibilities**
26:18 27:16,20 32:5
35:24 37:20,23 53:8

**responsibility**
13:19 26:25

**rest**
52:12

**restate**
36:22

**Returning**
58:3

**reveal**
25:4 63:2,17

**revealed**
71:6

**reveals**
24:19 61:13

**review**
7:19 19:3 20:14 41:19
42:10 57:21 62:21
63:12,19,25 65:15,22
66:3,4 67:14

**reviewed**
7:18 8:3 19:9 21:2,15,
20 22:8 39:3 42:5,8,15
56:16 57:4 61:5 83:25

**reviewing**
35:11

**RICHARD**
1:9

**riddled**
9:4

**right**
9:17 10:10 11:12 13:25
14:6,12 15:3,11 27:17
28:2,11 30:5,13,16
31:21,23 36:6,19,25
37:8,16 39:5,18 45:3,10
52:10 53:17 54:3,10,12
55:7,15,18,21 58:2
59:19,24 62:4,20 64:20
65:17 70:11,16,18 72:2
82:16 83:5,10,14,18,20

**road**
77:17

**Robert**
32:19,22 33:6 34:10,16
54:19 56:4 59:2,14 60:3
79:20

**Rocky**

4:14

**Rosen**
2:4 4:25 7:17

**roughly**
26:21

**route**
73:9

**Rule**
20:17

**ruled**
22:5

**run**
77:24

---

**S**

**S-Z-E-C-H-I-N-S-K-I**
9:2

**sake**
36:12

**San**
9:19

**Sara**
2:9 4:24

**saw**
44:19 56:20

**says**
45:14 46:3,12 59:25
60:2 61:21,25 77:8 78:2
79:15 81:16 83:7

**scheduling**
76:17

**scope**
11:2,8 57:2 61:15,16,22

**SCOTT**
1:10

**screen**
38:9

**second**
23:18 25:10 26:25
43:22 53:7 60:2

**sections**
56:18

**securities**
69:2,7

**see**
14:19 15:7 44:6,25
81:11,16

**seeing**
27:3

**sell**
78:18

**send**
37:25

**senior**
32:11 34:22 54:18 55:6,
9,13,17 56:3 58:6,12,
21,25 59:13,22 79:18

**sense**
6:17 31:5 47:9

**sent**
44:16

**sentence**
21:8 51:22 60:2

**separate**
53:5

**separately**
28:12 53:5

**September**
9:16

**Sergio**
1:9 54:21 60:4

**sfuks@rosenlegal.
com**
2:10

**share**
65:4

**short**
11:25 77:10

**shot**
8:25

**side**
27:8,22,23 28:7,14,15
30:5,10,20 52:18,20
66:23 67:3,6,7,12,13
71:20 80:2,3 82:9

**signature**
35:15

**similar**
67:6,12

**Similarly**
1:4

**simulate**
77:20,24

**simulated**
77:17

**sitting**
71:19

**Situated**
1:5

**skills**
64:14

**skipping**
48:7

**software**
80:7

**somebody**
41:13 73:10

**somewhat**
54:5

**soon**
82:23

**sorry**
23:17 72:3 77:7

**sort**
9:2 30:17 53:9 54:14
58:22

**sounded**
32:7 33:13

**source**
16:14

**Southern**
1:2 10:5

**speak**
11:19 12:24 64:22

**speaking**
12:7,18 33:10 74:21

**specific**
30:12 53:18 63:13
83:16

**specifically**
6:10 10:14 13:18 27:23
31:9 33:25 47:6,17
52:19

**specificity**
  31:15 53:3 59:21

**specified**
  31:19

**speculating**
  58:17

**speculation**
  49:24 76:23

**spell**
  8:21

**spin**
  77:14

**spoke**
  7:17 8:14,15 16:2,5
  42:20 46:15

**sponsor**
  73:4

**staffed**
  46:17 47:13

**standard**
  70:2

**start**
  9:9 21:11 23:13 43:23
  45:13

**started**
  5:22 10:4,22

**starts**
  54:14

**state**
  1:22 4:10 5:23 41:12
  54:16 72:23 73:22

**stated**
  47:22 58:10 68:2

**statement**
  46:10,23 48:20 49:14
  52:12,15 60:10

**statements**
  45:11 51:24 52:2,16,19
  54:22

**states**
  1:2 41:9 48:8,9 50:25
  51:23 72:17 73:14
  76:13 81:13

**Stephen**
  1:20 4:16

**stints**
  9:10

**stop**
  20:13 51:11

**strategy**
  16:12 17:5,22 19:24
  61:7

**Street**
  1:15 2:21 4:13

**submit**
  64:5 78:21

**submitted**
  63:23

**substance**
  41:23 42:3,12

**subsumed**
  25:8

**suggest**
  51:6

**Sullivan**
  2:19 4:21,23

**super**
  78:17

**suppose**
  13:12 30:13

**sure**
  16:8 22:19 31:11 42:24
  44:13,16 51:3 64:6
  78:25 81:21

**surface**
  70:12

**surmise**
  10:15,17,19

**swear**
  5:7

**sworn**
  5:11

**systems**
  33:8

**Szechinski**
  8:20 72:3

─────────────

**T**

**table**

71:20

**take**
  38:11,23 42:22 66:7
  74:18 75:5 76:10 78:15

**talk**
  22:17 28:4,11 31:6
  45:12 52:13 53:4,11
  74:25 75:2

**talked**
  27:13 31:18 47:19 55:6
  68:13,16

**talking**
  30:14 35:12 36:17
  43:23 53:24 55:13
  57:16,18 68:18

**Tasha**
  2:23 4:20 5:20

**teach**
  10:6

**teaching**
  10:4

**team**
  25:7

**Tech**
  26:14 66:24 76:15
  77:20

**telephone**
  46:13

**tell**
  26:6,10,15 27:9 29:8
  31:25 40:25 47:13
  48:14,23,24 49:4 58:4
  59:4,9,22 68:25 70:17,
  20 71:5,10 73:13 82:5

**tells**
  13:5

**ten**
  39:25

**terms**
  62:6

**test**
  82:2

**tested**
  31:7 53:8

**testified**
  5:12 20:13 21:17,19

42:8 73:25

**testify**
  6:20

**testimonies**
  7:2

**testimony**
  66:20 74:7 81:18

**testing**
  29:6,24 30:20 31:4,8
  35:15 37:6 45:15,23
  46:5 48:13,16,22 49:6,
  8,10,13,15,21 50:3,8
  51:8,10,20 52:5 53:9
  67:11 76:17,19 77:9,16
  81:19

**testing.'**
  48:10

**tests**
  51:5,6 77:13 78:17
  79:3,16 83:8,9,13,14,
  17,18

**Thank**
  37:2 43:20 68:12

**things**
  30:9,17 56:6 67:9 83:2

**think**
  20:8,21 26:21 33:15
  36:23 45:13 53:18 55:8
  58:21 68:23 74:6 78:2

**Third**
  2:14

**Thompson**
  2:23 3:3,5 4:20 5:16,20
  14:3 16:22 17:15,23
  20:5 24:6,17 25:24 37:2
  42:21 43:7,17 57:3
  61:11 66:7 73:16 76:22
  78:2,10 79:6,11 80:12,
  17,21,25 83:20

**thought**
  13:9,12,20

**thousands**
  73:8

**time**
  4:6 9:11,19 10:20 12:2
  15:18 37:10 41:16 43:2,
  13 45:8,14 46:4 48:12,
  21 56:20 65:2 66:10,16

71:4 73:17 74:4,13
75:13,19 84:3

**times**
11:19 60:6

**Timothy**
1:3 4:8

**tires**
77:14

**title**
33:5,8

**titles**
32:25 33:3 34:11

**today**
4:5 5:21 6:7,20,23,24
7:9 8:13,14 20:25 21:13
71:14

**told**
7:13 45:20 46:16 48:3
49:7 59:11 60:18 67:2
69:4 72:13 78:7,12
79:5,9 80:10,16 82:11

**Tomaino**
2:24 4:22 11:9,14
16:13,18 20:12,22 21:7,
10 22:8,14 24:23 25:2,
9,16,19 36:21 37:3 42:2
61:20 62:7,9,13 67:14,
17,22 68:7,11 73:21
74:8,15,24 75:5

**top**
15:4 18:22 33:3 53:20

**torque**
77:11

**totally**
16:18

**totem**
60:15,22 61:4

**touches**
58:12

**touching**
35:2,5

**trade**
9:18

**train**
33:4,5,7 35:16,17 60:25
77:18

**transmission**
33:4

**Tribune**
9:19

**tried**
29:14

**trouble**
78:25

**true**
48:23 60:12 70:7 76:20

**truth**
41:2

**truthfully**
6:20

**try**
64:18

**trying**
30:14 33:2

**turn**
13:15 15:3 40:6 79:13
82:15

**turning**
12:9

**turns**
13:16,18

**two**
9:10 14:24 26:17,21
27:12,16,19 28:16
30:17 32:5 33:21 35:20,
22,23 59:13 62:16
71:19

**type**
38:14,15 67:10

**types**
31:6 35:20

— U —

**ultimately**
32:17 33:21 59:2,13
60:19

**Um-hum**
39:16 81:12,17

**underneath**
73:2

**understand**
6:12,14 31:3 53:11
72:24,25

**understanding**
34:19 50:2 58:9 61:22

**understood**
6:17 13:6 29:5 33:9
67:8

**Union**
9:19

**UNITED**
1:2

**University**
10:5

**unredacted**
15:7 18:10

**use**
14:25 21:13 32:21 81:9

**useful**
39:19

— V —

**vehicle**
48:15 49:5 50:8 77:14,
23 78:22

**vehicle's**
77:13

**vehicles**
27:10 36:18 37:7 45:16,
24 46:6,18 47:15 48:13,
23 49:11 53:24 54:2,10
55:15 76:16 80:8

**verbally**
59:11 64:22

**verified**
20:3

**verify**
64:11

**Veronica**
2:17 5:3

**version**
14:16 38:10

**versus**
4:8 31:12

**Vice**
33:5,8

**Victor**
1:4 4:8

**video**
4:4

**videographer**
4:2,15 5:6 42:25 43:12
66:9,15 74:3,12 75:12,
18 84:2

**VIDEOTAPED**
1:18

**view**
61:3

**Volvo**
53:20

**VPS**
59:13

— W —

**wait**
36:13

**want**
21:24 34:6 35:6 56:22
58:22 64:6 75:22

**wanted**
35:10 66:24

**wasn't**
24:24 42:2

**way**
6:7 27:10 32:4,20 59:20
62:22 79:21

**we'll**
25:22

**Wednesday**
4:5

**Welcome**
43:19

**went**
33:21 35:8 40:8 59:13
73:9

**what's**
61:25

**who's**
35:4 74:21

**wife**
  14:24

**witness**
  1:19 5:7,10 63:4 66:21
  67:16 70:21,25 73:24
  74:21 75:8 76:14 81:5
  83:25

**word**
  47:10 59:12 70:7

**work**
  9:6 16:12,17 17:5,22
  19:24 22:6 23:6,10
  24:3,4,16,17 25:6,8
  28:9 45:15 46:4,17
  47:14,23 48:3,5,12,21
  50:18 60:6 67:9 73:2,7,
  10 77:9 81:14 82:12

**worked**
  23:12 26:11,13 27:9
  28:19 29:4,23 32:6
  35:22 53:24 58:16
  66:22 76:14 79:25
  81:19,20,21,22 82:5

**working**
  10:2 23:3,4 28:6 29:9,
  10,19 30:12 35:17,25
  49:8,10,12 50:7,12
  52:22 58:20 67:3,9
  69:2,5,7 72:6 81:25
  82:3,8

**works**
  6:7 25:5,7 36:6

**wouldn't**
  36:9 64:16

**write**
  10:23 11:16,24 38:16,
  19 82:22 83:2

**writing**
  10:5,6

**written**
  10:20

**wrong**
  62:12

**wrote**
  39:21

---

**Y**

**yeah**
  8:6 13:20 19:2 27:14,15
  30:7 34:6 39:8,20 45:9
  52:18,21 54:11 59:11
  66:21 70:2,15 78:20

**year**
  8:7 10:18 42:19 83:3

**years**
  26:21,24

**yesterday**
  41:18 42:9

**York**
  1:2,16,22 2:7,15,22
  4:10,13 7:12

**you're**
  77:8

**you've**
  20:2 40:21 63:3