UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GARY KOOPMANN, TIMOTHY KIDD and VICTOR PIRNIK, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>FIAT CHRYSLER AUTOMOBILES N.V., FCA US LLC, SERGIO MARCHIONNE, SCOTT KUNSELMAN, MICHAEL DAHL, STEVE MAZURE and ROBERT E. LEE,<br><br>  Defendants. | No. 15 Civ. 7199 (JMF) |

### DECLARATION OF WILLIAM B. MONAHAN IN OPPOSITION TO PLAINTIFFS' LETTER-MOTION SEEKING TO SERVE SUR-REBUTTALS

I, William B. Monahan, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a member of the bar of this Court and am a partner at the law firm Sullivan & Cromwell LLP, counsel for Defendants in the above-captioned action.

2. I respectfully submit this Declaration to provide the Court with certain materials cited in Defendants' October 9, 2018 letter in opposition to Plaintiffs' request for leave to serve sur-rebuttal expert reports.

3. Attached hereto as <u>Exhibit 1</u> is a true and correct copy of excerpts from the Expert Report of Dr. Christopher M. Atkinson, dated August 15, 2018.

4. Attached hereto as <u>Exhibit 2</u> is a true and correct copy of excerpts from the rebuttal Expert Report of James M. Lyons, dated September 26, 2018.

5. Attached hereto as <u>Exhibit 3</u> is a true and correct copy of excerpts from the transcript of the deposition of Steven Mazure, dated July 10, 2018.

6. Attached hereto as <u>Exhibit 4</u> is a true and correct copy of excerpts from the Expert Report of Dr. Axel Friedrich, dated August 15, 2018.

7. Attached hereto as <u>Exhibit 5</u> is a true and correct copy of excerpts from the transcript of the deposition of Dr. Axel Friedrich, dated September 14, 2018.

8. Attached hereto as <u>Exhibit 6</u> is a true and correct copy of excerpts from the rebuttal Expert Report of Nick Molden, dated September 26, 2018.

9. Attached hereto as <u>Exhibit 7</u> is a true and correct copy of excerpts from the Expert Report of Dr. Zachary Nye, dated August 15, 2018.

10. Attached hereto as <u>Exhibit 8</u> is a true and correct copy of excerpts from the rebuttal Expert Report of David Bradley, dated September 26, 2018.

11. Attached hereto as <u>Exhibit 9</u> is a true and correct copy of excerpts from the rebuttal Expert Report of Dr. Paul A. Gompers, dated September 26, 2018.

12. Attached hereto as <u>Exhibit 10</u> is a true and correct copy of excerpts from the transcript of the deposition of Dr. Zachary Nye, dated February 2, 2018.

13. Attached hereto as <u>Exhibit 11</u> is a true and correct copy of excerpts from the Expert Report of Dr. Zachary Nye, dated March 13, 2018.

14. Attached hereto as <u>Exhibit 12</u> is a true and correct copy of excerpts from the rebuttal Expert Report of Daniel C. Esty, dated September 26, 2018.

15. I declare under penalty of perjury that the foregoing is true and correct.

Dated: San Francisco, California
October 9, 2018

/s/ William B. Monahan
William B. Monahan