UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
GARY KOOPMANN, TIMOTHY KIDD and :
VICTOR PIRNIK, Individually and on Behalf :
of All Others Similarly Situated, : Case No. 15-cv-07199-JMF
:
Plaintiff(s), :
v. :
: **Motion Date: September 5, 2019**
FIAT CHRYSLER AUTOMOBILES N.V., :
FCA US, LLC, RONALD ISELI AND :
ALESSANDRO BALDI, AS CO- :
EXECUTORS FOR THE ESTATE OF :
SERGIO MARCHIONNE, SCOTT :
KUNSELMAN, MICHAEL DAHL, STEVE :
MAZURE and ROBERT E. LEE, :
:
Defendants. :
------------------------------------------------------------ X

**NOTICE OF MOTION FOR
FINAL APPROVAL OF CLASS ACTION SETTLEMENT
AND PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation of Settlement Proceeds, dated August 1, 2019, the accompanying Joint Declaration of Jeremy Lieberman and Laurence Rosen, dated August 1, 2019, the exhibits annexed thereto, all prior papers and proceedings herein, and such additional evidence or argument as may be presented at or before the hearing, Class Representatives Gary Koopmann, Timothy Kidd, and Victor Pirnik (collectively, "Plaintiffs"), individually and on behalf of all Class Members, by and through their undersigned counsel, will respectfully move this Court, before the Honorable Jesse M. Furman, United States District Judge for the Southern District of New York, on September 5, 2019 at 3:00 p.m., in Courtroom 1105 at the Thurgood Marshall United States Courthouse, 40 Foley Square,

New York, New York 10007, for entry of an Order (1) approving the terms and conditions of the proposed Stipulation and Agreement of Settlement, dated April 5, 2019, as fair, reasonable, and adequate for settlement of all claims asserted by the Class against Defendants; (2) approving the proposed Plan of Allocation as a fair and reasonable method to allocate the Net Settlement Fund among Class Members, and (3) entering Final Judgment dismissing this Action with prejudice.

Dated: August 1, 2019                                            Respectfully submitted,

**POMERANTZ LLP**

*/s/ Jeremy A. Lieberman*_____
Jeremy A. Lieberman
Michael J. Wernke
Veronica V. Montenegro
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile:  (212) 661-8665
Email:  jalieberman@pomlaw.com
mjwernke@pomlaw.com
          vvmontenegro@pomlaw.com

-and-

Patrick V. Dahlstrom
10 South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile:  (312) 377-1184
Email:  pdahlstrom@pomlaw.com

**THE ROSEN LAW FIRM, P.A.**

*/s/Laurence M. Rosen*
Laurence M. Rosen
Phillip Kim
Sara Fuks
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Facsimile:  (212) 202-3827
Email:  lrosen@rosenlegal.com
pkim@rosenlegal.com
           sfuks@rosenlegal.com

*Co-Class Counsel for Plaintiffs*


**BRONSTEIN, GEWIRTZ
& GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone: (212) 697-6484
Email:  peretz@bgandg.com

*Additional Counsel for Plaintiffs*