# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

August 29, 2019

Via ECF

The Honorable Jesse M. Furman,
   United States District Judge,
      United States District Court for the Southern District of New York,
         Thurgood Marshall United States Courthouse,
           40 Foley Square,
             New York, New York 10007.

        Re:   *Pirnik et al.* v. *Fiat Chrysler Automobiles N.V., et al.*,
             No. 15 Civ. 7199 (JMF)

Dear Judge Furman:

      On behalf of the Defendants, we respond to the Court's August 26, 2019 Order (ECF No. 362) requesting the parties' views on the issues raised in an August 8, 2019 letter from class member Timothy C. Birx.

      Defendants understand from Plaintiffs that Mr. Birx submitted a timely opt-out from the proposed Class Action Settlement and that the claims administrator has deemed Mr. Birx's opt-out to be valid. Accordingly, Defendants do not believe Mr. Birx's letter raises any issues requiring the Court's attention.

                                    Respectfully,

                                    */s/ William B. Monahan*

                                    William B. Monahan

cc:    All counsel of record (via ECF)