September 4, 2019

**<u>VIA ECF</u>**

The Honorable Jesse M. Furman
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

*Re: Koopmann et al. v. Fiat Chrysler Automobiles N.V. et al.,* **1:15-cv-07199-JMF (S.D.N.Y.)**

Dear Judge Furman:

  On behalf of Plaintiffs in the above-referenced action, we write to provide the Court with the list of the eleven Class Members that have requested exclusion from the Settlement as discussed in the Supplemental Declaration of Matthew Mulvihill (ECF No. 365-1), and the Proposed Judgment Approving Class Action Settlement. ECF No. 355-5, at 6. The list is attached hereto as Exhibit 1.

  Respectfully submitted,

             */s/Jeremy A. Lieberman*
             Jeremy A. Lieberman
             Michael J. Wernke
             Veronica V. Montenegro
             POMERANTZ LLP
             600 Third Avenue, 20th Floor
             New York, New York 10016
             Telephone: (212) 661-1100
             Facsimile: (212) 661-8665

             POMERANTZ LLP
             Patrick V. Dahlstrom
             10 South La Salle Street, Suite 3505
             Chicago, Illinois 60603
             Telephone:  (312) 377-1181
             Facsimile:  (312) 377-1184

             THE ROSEN LAW FIRM, P.A.
             Laurence M. Rosen
             Phillip Kim
             Sara Fuks

275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827

*Co-Class Counsel*

`

cc:   All counsel (by ECF)