# EXHIBIT 1

| Exclusion Request | Name | City/State/ZIP | Shares Purchased During Class Period |
|---|---|---|---|
| 1 | Giovanni Abbruzzese & Teresa Abbruzzese | Kingsville, ON, Canada N9Y 2E5 | 300 |
| 2 | Barth Guinta | Port Orange, FL 32129 | 350 |
| 3 | Leon Torbeck & Judith Torbeck | Vandalia, IL 62471 | 1,000 |
| 4 | William B. Pritchett III | Tucker, GA 30085 | 3,000 |
| 5 | Jonathan Sato | Campbell, CA 95008-1823 | 550 |
| 6 | Joseph E. Rudderow, Jr. & Jeanette P. Rudderow | Leesburg, FL 34748 | 100 |
| 7 | Edward L. Abbott & Elizabeth G. Abbott | Newnan, GA 30263 | 150 |
| 8 | Timothy C. Birx | Glen Burnie, MD 21061-1917 | 500 |
| 9 | Patricia E. Babcock | New Smyrna Beach, FL 32168 | 1,400 |
| 10 | Kyoko Kobayashi | Whitestone, NY 11357 | 100 |
| 11 | Zvonimir Pusnik | Lincoln, NE 68503 | 2 |
|  |  |  | 7,452 |