UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                                                     :

GARY KOOPMANN, TIMOTHY KIDD, and VICTOR  :
PIRNIK, *individually and on behalf of all others similarly* :
*situated*, et al.,                                                  :

                                       :           15-CV-7199 (JMF)
                  Plaintiffs,                    :

                                       :              <u>ORDER</u>
       -v-                                :

FIAT CHRYSLER AUTOMOBILES N.V., et al.,       :

                  Defendants.                 :

-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        On September 5, 2019, the Court entered judgment approving the Stipulation and Agreement of Settlement ("Settlement Agreement"), ECF No. 355, and dismissing the action with prejudice against Defendants, *see* ECF No. 369. Pursuant to Paragraph 26 of the Settlement Agreement, on November 17, 2020, Plaintiffs moved for an order authorizing the distribution of class action settlement funds. *See* ECF No. 372. Plaintiffs' papers identify six claimants who dispute the administrative determinations made the Claims Administrator and who requested court review of those determinations (the "Disputed Claimants"). *See* ECF No. 374 ("Schmidt Decl."), ¶ 24. Upon reflection, the Court concludes that the Disputed Claimants should be provided with notice and an opportunity to be heard by the Court.

        Accordingly, **no later than December 7, 2020**, Plaintiffs shall mail copies of (1) their moving papers (i.e. ECF Nos. 372, 373, 374 (minus the attached exhibits)); (2) their letter dated December 2, 2020, ECF No. 376; and (3) this Order to the Disputed Claimants. Plaintiffs shall also attempt to contact the Disputed Claimants by telephone as described in their December 2

letter, *see* ECF No. 376, at 2.  **No later than January 6, 2021,** the Disputed Claimants shall file any objections to the administrative determinations with the Court.  Any such filing **must include** the docket number for this case.

If a Disputed Claimant is represented by counsel, any objection must be filed on ECF.  If a Disputed Claimant is unrepresented by counsel, any objection shall be submitted to the Pro Se Intake Unit and may *not* be mailed directly to Chambers.  In light of the current global health crisis, unrepresented parties are encouraged to submit all filings to the Pro Se Intake Unit by email to Temporary_Pro_Se_Filing@nysd.uscourts.gov.  Such parties also are encouraged to consent to receive all court documents electronically.  A consent to electronic service form is available on the Court's website.  Unrepresented parties who are unable to use email may submit documents by regular mail or in person at the drop box located at the U.S. Courthouses in Manhattan (500 Pearl Street) and White Plains (300 Quarropas Street).  More information, including instructions on email service, is on the Court's website at nysd.uscourts.gov.

SO ORDERED.

Dated: December 3, 2020
       New York, New York

_____
JESSE M. FURMAN
United States District Judge