UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
       :
GARY KOOPMANN, TIMOTHY KIDD, and VICTOR  :
PIRNIK, *individually and on behalf of all others similarly* :
*situated*, et al.,
       :
       :    15-CV-7199 (JMF)
              Plaintiffs,    :
       :    ORDER
    -v-       :
       :
FIAT CHRYSLER AUTOMOBILES N.V., et al.,    :
       :
             Defendants.  :
       :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The Court has received the communication attached as Exhibit A from an alleged class member, Ronald Wambach. Lead Counsel shall promptly contact Mr. Wambach and file a letter on the docket addressing the concerns that he raises **no later than two weeks from the date of this Order**.

      Mr. Wambach is advised that parties may not contact the Court directly. Accordingly, he must either communicate through Lead Counsel (or his own counsel admitted to practice in this Court) or via the *Pro Se* Intake Unit. In light of the current global health crisis, parties proceeding *pro se* (that is, without counsel) are encouraged to submit all filings by email to Temporary_Pro_Se_Filing@nysd.uscourts.gov. *Pro se* parties who are unable to use email may still submit documents by regular mail to the *Pro Se* Office, Thurgood Marshall Courthouse, 40 Centre Street, Room 105, New York, New York 10007, or in person at the drop box located at the U.S. Courthouses in Manhattan (500 Pearl Street) and White Plains (300 Quarropas Street). In either case, however, there may be significant delays before such filings are received and/or docketed.

      Lead Counsel shall promptly mail or email a copy of this Order to Mr. Wambach and file proof of such service on the docket.

      SO ORDERED.

Dated: March 23, 2021
      New York, New York
                                             JESSE M. FURMAN
                                             United States District Judge

# Exhibit A

| | |
|---|---|
| **From:** | Ronald Wambach |
| **To:** | Furman NYSD Chambers |
| **Subject:** | Fiat Chrysler 15 cv 07199 |
| **Date:** | Monday, March 22, 2021 3:28:48 PM |

**CAUTION - EXTERNAL:**

Dear Hon. J.M. Furman, I am writing to you as something is seriously wrong with the settlement in the above noted case. I have called and spoken to the claim administrator and left a vm with the NY Atty listed, Robert Willaby. No satisfaction from claims people and no reply from Willaby.

I have been involved personally and as attorney for several class action claims. There are some gross miscalculations when the settlement pays only 31% of what was the formula in the original notice. In this particular action, the potential number of claimants could have been determined to a reasonable degree based upon shareholder records. The amount of the settlement should have been reflective of those numbers. How can the calculations presented have 2 tables, 3 to 6 columns, and 8 to 21 rows and yet be off by almost 70%?There have been substantial errors in the presentation, calculations and settlement. The claim I filed based upon the tables provided resulted in a potential claim settlement of $8470. Why am I sent a check for $2676? I know there are miscellaneous expenses etc that can be up to 10% reduction, but almost 70% is unacceptable especially considering the substantial fees these people are paid. Is this another class action based upon malfeasance in      representing the claimants?  Where do we get this addressed if not through you?  Thank you for your attention.   Ronald J Wambach

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.