UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
                                                                       :
GARY KOOPMANN, TIMOTHY KIDD, and VICTOR                                :
PIRNIK, *individually and on behalf of all others similarly*           :
*situated*, et al.,                                                    :
                                                                       :              15-CV-7199 (JMF)
                                      Plaintiffs,                      :
                                                                       :                  ORDER
              -v-                                                      :
                                                                       :
FIAT CHRYSLER AUTOMOBILES N.V., et al.,                                :
                                                                       :
                                      Defendants.                      :
                                                                       :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     Plaintiffs shall file a letter updating the Court on the status of distribution efforts by **November 1, 2021**.  Thereafter, Plaintiffs shall file a letter updating the Court on the status of distribution efforts every three months until the distribution is complete.

     SO ORDERED.

Dated: October 14, 2021
     New York, New York          _____
                                         JESSE M. FURMAN
                                 United States District Judge