UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
GARY KOOPMANN, TIMOTHY KIDD, and VICTOR :
PIRNIK, *individually and on behalf of all others similarly* :
*situated*, et al., :
: 15-CV-7199 (JMF)
Plaintiffs, :
: ORDER
-v- :
:
FIAT CHRYSLER AUTOMOBILES N.V., et al., :
:
Defendants. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's October 14, 2021 Order, ECF No. 387, Plaintiff is required to file a letter detailing the status of its settlement distribution efforts every three months until distribution is complete. The most recent letter was due August 1, 2022. To date, Plaintiff has not filed the required letter. As a courtesy, Plaintiff's deadline is hereby EXTENDED, *nunc pro tunc*, to **August 12, 2022**.

      SO ORDERED.

Dated: August 5, 2022
       New York, New York
                                                JESSE M. FURMAN
                                              United States District Judge