# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GARY KOOPMANN, TIMOTHY KIDD and VICTOR PIRNIK, Individually and on Behalf of All Others Similarly Situated, | Civ. Action No: 15-cv-07199-JMF |
| Plaintiff(s), | **CLASS ACTION** |
| v. | |
| FIAT CHRYSLER AUTOMOBILES N.V., FCA US, LLC, RONALD ISELI AND ALESSANDRO BALDI, AS CO-EXUCUTORS FOR THE ESTAT OF SERGIO MARCHIONNE, RICHARD K. PALMER, SCOTT KUNSELMAN, MICHAEL DAHL, STEVE MAZURE, and ROBERT E. LEE, | |
| Defendants. | |

### [PROPOSED] ORDER DESIGNATING *CY PRES* RECIPIENT

Upon consideration of Lead Counsel's Motion for an Order Designating *Cy Pres* Recipient, and exhibits thereto:

**IT IS HEREBY ORDERED THAT**;

The remaining $657.53 in the Settlement Fund be allocated to the Investor Protection Trust.

Dated: November 28, 2023

The Clerk of Court is directed to terminate ECF No. 404. SO ORDERED.

Hon. Jesse M. Furman
United States District Judge

1